DOCUMENT 85

ELECTRONICALLY FILED
10/18/2016 2:29 PM
31-CV-2016-900670.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

FILED
2016 Oct-26  PM 04:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

THE WATER WORKS AND SEWER )
BOARD OF THE CITY OF GADSDEN, )
  )
  )
      Plaintiff, )
  )
v. )
  )
3M COMPANY; APRICOT )
INTERNATIONAL, INC.; )
ARROWSTAR, LLC; BEAULIEU )
GROUP, LLC, BEAULIEU OF )
AMERICA, INC.; COLLINS & )
AIKMAN FLOOR COVERING )
INTERNATIONAL, INC.; )
DALTONIAN FLOORING, INC.; )
DEPENDABLE RUG MILLS, INC.; )
DORSETT INDUSTRIES, INC.; )
DYSTAR, L.P.; )
ECMH, LLC d/b/a CLAYTON )
MILLER HOSPITALITY CARPETS; )
EMERALD CARPETS, INC.; )
FORTUNUE CONTRACT, INC.; )
HARCROS CHEMICAL, INC.; HOME )
CARPET INDUSTRIES, LLC; INDIAN )
SUMMER CARPET MILLS, INC.; )
INDUSTRIAL CHEMICALS, INC.; )
J&J INDUSTRIES, INC.; KALEEN )
RUGS, INC.; LEXMARK CARPET )
MILLS, INC.; LYLE INDUSTRIES, )
INC.; MFG CHEMICAL, INC.; )
MOHAWK CARPET, LLC; )
MOHAWK GROUP, INC.; MOHAWK )
INDUSTRIES, INC.; NPC SOUTH, )
INC.; ORIENTAL WEAVERS USA, )
INC.; S & S MILLS, INC.; SAVANNAH )
MILLS GROUP, LLC; SHAW )
INDUSTRIES, INC.; TANDUS )
CENTIVA, INC.; TANDUS CENTIVA )
US, LLC; THE DIXIE GROUP, INC.; )
TIARCO CHEMICAL COMPANY, )
INC.; VICTOR CARPET MILLS, INC.; )
and FICTITIOUS DEFENDANTS A-J, )

CIVIL ACTION NO:
_____

***TRIAL BY JURY REQUESTED***

1

those persons, corporations,                         )
partnerships or entities who acted either            )
as principal or agent, for or in concert             )
with the other named Defendants and/or               )
whose acts caused or contributed to the              )
damages sustained by the Plaintiff,                  )
whose identities are unknown to the                  )
Plaintiff, but which will be substituted             )
by amendment when ascertained,                       )
                                                     )
         Defendants.                                 )

## COMPLAINT

Plaintiff Water Works and Sewer Board of the City of Gadsden ("Gadsden Water") brings

this Complaint against Defendants 3M Company, Apricot International, Inc., ArrowStar, LLC,

Beaulieu Group LLC, Beaulieu of America, Inc., Collins & Aikman Floor covering International,

Inc., Daltonian Flooring, Inc., Dependable Rug Mills, Inc., Dorsett Industries, Inc., Dystar, L.P.,

ECMH, LLC d/b/a Clayton Miller Hospitality Carpets, Emerald Carpets, Inc., Fortune Contract,

Inc., Harcros Chemical, Inc., Home Carpet Industries LLC, Indian Summer Carpet Mills, Inc.,

Industrial Chemicals, Inc., J&J Industries, Inc., Kaleen Rugs Inc., Lexmark Carpet Mills Inc., Lyle

Industries, Inc., MFG Chemical, Inc., Mohawk Carpet LLC, Mohawk Group, Inc., Mohawk

Industries, Inc., NPC South, Inc., Oriental Weavers USA, Inc., S & S Mills, Inc., Savannah Mills

Group, LLC, Shaw Industries, Inc., Tandus Centiva Inc., Tandus Centiva US LLC, The Dixie

Group, Inc., Tiarco Chemical Company, Inc., and Victor Carpet Mills, Inc. ("Defendants"), and

allege as follows:

## STATEMENT OF THE CASE

1.      Plaintiff, Gadsden Water, has and continues to be damaged due to the negligent,

willful and wanton conduct of the Named and Fictitious Defendants, as well as nuisance and

trespass caused by the Defendants' past and present release of toxic chemicals, including

perfluorinated compounds ("PFC") perfluorooctanoic acid ("PFOA"), perfluorooctane sulfonate ("PFOS"), and related chemicals from their manufacturing facilities in and around the City of Dalton, Georgia.

2.       Gadsden Water provides drinking water directly to its own residential and commercial customers in Etowah County, and also sells finished water to the Attalla Water Works Board, Highland Water Authority, Northeast Etowah Water Co-op, Utilities Board of Rainbow City, Reece City water system, Southside Water Department, Tillison Bend Water Authority, West Etowah County Water Authority, and Whorton Bend Water Authority, who provide water to their own customers in surrounding areas. Gadsden Water utilizes the Coosa River as its raw water source, specifically drawing its source water from Lake Neely Henry in the Middle Coosa Basin.

3.       Named and Fictitious Defendants operate, or supply chemical products to, manufacturing facilities located upstream of Gadsden Water's intake site, in or near the City of Dalton, Georgia. Names and Fictitious Defendants use PFCs, such as PFOA and PFOS, at their facilities to impart water, stain, and grease resistance to their carpet and other textile products. Industrial wastewater discharged from Named and Fictitious Defendants' manufacturing plants contains high levels of PFOA and PFOS. These chemicals resist degradation during processing at Dalton Utilities' wastewater treatment center and contaminate the Conasauga River. The Conasauga River is one of the Coosa River's five major tributaries.

4.       Named and Fictitious Defendants' toxic chemicals have contaminated the water in the Coosa River at Gadsden Water's intake site, and the chemicals cannot be removed by the water treatment processes utilized by Gadsden Water's C.B. Collier Water Treatment Plant.

5.       As a direct and proximate result of Named and Fictitious Defendants' contamination of the Plaintiff's raw water source, Plaintiff Gadsden Water has suffered substantial

economic and consequential damage, including, but not limited to, expenses associated with the future installation and operation of a filtration system capable of removing the Named and Fictitious Defendants' chemicals from the water; expenses incurred to monitor PFC contamination levels; and lost profit and sales.

6.      Wherefore, Plaintiff Gadsden Water seeks compensatory and punitive damages to the fullest extent allowed by award from a jury. Plaintiff also seeks equitable and injunctive relief compelling the Named and Fictitious Defendants to remediate their contamination and prevent additional releases of PFCs, including PFOS and PFOA, into the water supply.

## JURISDICTION

7.      Jurisdiction is proper in this Court pursuant to ALA. CODE §12-11-30(1)(1975), as Plaintiff's claims exceed $10,000.

8.      Plaintiff asserts no federal cause of action in this Complaint.

## PARTIES

9.      Plaintiff Gadsden Water is a domestic municipal corporation formed pursuant to Ala. Code §11-50-230, with its principal place of business in Etowah County, Alabama.

10.     Defendant 3M Company ("3M") is a foreign corporation qualified to do business in the State of Alabama, and is causing injuring in Etowah County, Alabama.

11.     Defendant Apricot International, Inc., is a foreign corporation causing injury in Etowah County, Alabama.

12.     Defendant Arrowstar, LLC, is a foreign corporation causing injury in Etowah County, Alabama.

13.     Defendant Beaulieu Group LLC is a foreign corporation causing injury in Etowah County, Alabama.

14.     Defendant Beaulieu of America, Inc., is a foreign corporation causing injury in Etowah County, Alabama.

15.     Defendant Collins & Aikman Floor Covering International, Inc., is a foreign corporation causing injury in Etowah County, Alabama.

16.     Defendant Daltonian Flooring, Inc., is a foreign corporation causing injury in Etowah County, Alabama.

17.     Defendant Dependable Rug Mills, Inc., is a foreign corporation qualified to do business in the State of Alabama, and is causing injury in Etowah County, Alabama.

18.     Defendant Dorsett Industries, Inc., is a foreign corporation causing injury in Etowah County, Alabama.

19.     Defendant Dystar, L.P., is a foreign corporation causing injury in Etowah County, Alabama.

20.     Defendant ECMH, LLC d/b/a Clayton Miller Hospitality Carpets is a foreign corporation causing injury in Etowah County, Alabama.

21.     Defendant Emerald Carpets, Inc., is a foreign corporation causing injury in Etowah County, Alabama.

22.     Defendant Fortune Contract, Inc., is a foreign corporation causing injury in Etowah County, Alabama.

23.     Defendant Harcros Chemical, Inc., is a foreign corporation causing injury in Etowah County, Alabama.

24.     Defendant Home Carpet Industries LLC is a foreign corporation causing injury in Etowah County, Alabama.

25.     Defendant Indian Summer Carpet Mills, Inc., is a foreign corporation qualified to do business in the State of Alabama, and is causing injury in Etowah County, Alabama.

26.     Defendant Industrial Chemicals, Inc., is a domestic corporation with its principal place of business in Birmingham, Alabama, and is causing injury in Etowah County, Alabama.

27.     Defendant J&J Industries, Inc., is a foreign corporation causing injury in Etowah County, Alabama.

28.     Defendant Kaleen Rugs, Inc., is a foreign corporation causing injury in Etowah County, Alabama.

29.     Defendant Lexmark Carpet Mills, Inc., is a foreign corporation causing injury in Etowah County, Alabama.

30.     Defendant Lyle Industries, Inc., is a foreign corporation causing injury in Etowah County, Alabama.

31.     Defendant MFG Chemical, Inc., is a foreign corporation causing injury in Etowah County, Alabama.

32.     Defendant Mohawk Carpet, LLC, is a foreign corporation causing injury in Etowah County, Alabama.

33.     Defendant Mohawk Group, Inc., is a foreign corporation causing injury in Etowah County, Alabama.

34.     Defendant Mohawk Industries, Inc., is a foreign corporation causing injury in Etowah County, Alabama.

35.     Defendant NPC South, Inc., is a foreign corporation causing injury in Etowah County, Alabama.

36.     Defendant Oriental Weavers USA, Inc., is a foreign corporation causing injury in Etowah County, Alabama.

37.     Defendant S&S Mills, Inc., is a foreign corporation causing injury in Etowah County, Alabama.

38.     Defendant Savannah Mills Group, LLC, is a foreign corporation causing injury in Etowah County, Alabama.

39.     Defendant Shaw Industries, Inc., is a foreign corporation qualified to do business in the State of Alabama, and is causing injury in Etowah County, Alabama.

40.     Defendant Tandus Centiva, Inc., is a foreign corporation qualified to do business in the State of Alabama, and is causing injury in Etowah County, Alabama.

41.     Defendant Tandus Centiva US, LLC, is a foreign corporation qualified to do business in the State of Alabama, and is causing injury in Etowah County, Alabama.

42.     Defendant The Dixie Group, Inc., is a foreign corporation qualified to do business in the State of Alabama, and is causing injury in Etowah County, Alabama.

43.     Defendant Tiarco Chemical Company, Inc., is a foreign corporation qualified to do business in the State of Alabama, and is causing injury in Etowah County, Alabama.

44.     Defendant Victor Carpet Mills, Inc., is a foreign corporation causing injury in Etowah County, Alabama.

45.     Fictitious Defendants A, B, C, D, E, F, G, H, I, & J are those persons, corporations, partnerships, or entities who discharged PFOA, PFOS, or other related chemicals into the water supply upstream of Plaintiff Gadsden Water's intake site, who acted either as principal or agent, for or in concert with the named Defendants, and/or who acts caused or contributed to the damages

sustained by the Plaintiff, whose identities are unknown to Plaintiff, but which will be substituted by amendment when ascertained.

## FACTUAL ALLEGATIONS

46.     The City of Dalton, Georgia, contains over 150 carpet manufacturing plants, and more than 90% of the world's carpet is produced within a 65-mile radius of the city. These manufacturing plants have used PFOA, PFOS, and other related chemicals in the stain-resistant carpeting manufacturing process.

47.     Defendants are owners and operators of, or the chemical suppliers to, manufacturing facilities in and around Dalton, Georgia, which utilize various PFCs and their precursors in the manufacturing process. Defendants discharge PFOA, PFOS, and related chemicals in their industrial wastewater, which is then treated by Dalton Utilities wastewater treatment plants before being pumped to a 9,800-acre Land Application System ("LAS") where it is sprayed onto the property.

48.     PFOA and PFOS, along with many other PFCs, resist degradation during the treatment process utilized by Dalton Utilities and can increase in concentration as waste accumulates in the LAS. The LAS is bordered by the Conasauga River, and runoff contaminated with PFCs pollutes the river as it flows past the LAS.

49.     The United States Environmental Protection Agency ("EPA") has identified industrial wastewater from defendants' manufacturing facilities as the source of PFOA and PFOS being applied to the LAS and entering the Conasauga River.

50.     The human health risks caused by exposure to low levels of PFOA, PFOS, and related chemicals include testicular cancer, kidney cancer, ulcerative colitis, thyroid disease, high

cholesterol, and pregnancy-induced hypertension. The stable carbon-fluorine bonds that make PFOA and PFOS so pervasive in industrial and consumer products also results in their environmental persistence, as there is no known environmental degradation mechanism for these chemicals. They are readily absorbed into biota and have a tendency to accumulate with repeated exposure.

51.     The association of exposure to these chemicals and certain cancers has been reported by the C8 Health Project, an independent Science Panel charged with reviewing the evidence linking PFOA, PFOS, and related chemicals to the risk of disease. The C8 Panel determined that kidney and testicular cancers have a "probable link" to PFOA exposure. Epidemiological studies of workers exposed to PFOA support the association between PFOA exposure and kidney and testicular cancers. These studies also suggest associations between PFOA exposure and prostate and ovarian cancers and non-Hodgkin lymphoma. Rodent studies also support the link with cancer. The majority of a United States Environmental Protection Agency ("EPA") Science Advisory Board expert committee recommended in 2006 that PFOA be considered "likely to be carcinogenic to humans."

52.     Defendant 3M Company has long been aware of the persistence and toxicity of PFOA, PFOS, and related chemicals, yet it knowingly and intentionally continued to sell these chemicals to the carpet and textile manufacturing industry. Blood tests of 3M workers conducted in 1978 found elevated organic fluorine levels proportionate to the length of time the employees had spent in production areas. Furthermore, a 1979 3M study of the effects of fluorochemical compounds on Rhesus monkeys was terminated after only 20 days after every monkey, at every dosage level, died from exposure to the chemicals.

53.     Defendant 3M Company has also known for at least 14 years that PFOA, PFOS, and related chemicals are not effectively treated by conventional wastewater treatment plant processes after finding high concentrations of these chemicals in samples taken from the effluent of a wastewater treatment plant located only a few miles downstream from one of its production facilities.

54.     The EPA took regulatory action on March 11, 2002, and December 9, 2002, by publishing two significant new use rules under the Toxic Substances Control Act to limit the future manufacture and use of PFOA, PFOS, and related chemicals.

55.     The State of New Jersey adopted a drinking water health advisory in 2006 for PFOA that is 0.04 ppb.

56.     The EPA in 2009 published provisional drinking water health advisories for PFOA and PFOS, the limits being 0.4 ppb for PFOA and 0.2 ppb for PFOS.

57.     More recent studies have shown that the 2009 EPA advisory limits were far too high. In 2014, the EPA released a draft of its proposed "reference dose" for PFOA, which is an estimate of how much a person could safely consume daily over their lifetime. That proposed reference dose translated to a limit of 0.1 ppb for PFOA, which was one-quarter the 2009 advisory level.

58.     In May 2016, the EPA issued a new drinking water health advisory for PFOA and PFOS, warning that exposure to elevated levels of these compounds can lead to a number of health problems, such as cancer in adults and developmental effects in fetuses and breastfed infants. This advisory stated that, in order to provide a margin of protection from lifetime exposure to PFOA and PFOS in drinking water, the combined concentration of these chemicals should be no greater than 0.07 ppb. The EPA health advisory was based on peer-reviewed studies of the effects of

PFOA and PFOS on laboratory animals, as well as epidemiological studies of human populations exposed to these chemicals.

59.    Gadsden Water began regular testing for PFOA and PFOS in its water supply following the issuance of the May 2016 EPA health advisory, and has consistently found PFOA and PFOS levels that combine to meet or exceed the 0.07 ppb limit.

60.    Gadsden Water's current water filtration system, found at the C.B. Collier Water Treatment Plant, is not capable of removing or reducing levels of PFOA or PFOS.

61.    Due to the high levels of PFOA and PFOS found in its water supply, many of Gadsden Water's residential consumers have turned to alternate sources of drinking water, resulting in Plaintiff's lost profits and sales. If the levels of PFOA and PFOS found in Plaintiff's water supply continue to meet or exceed the 0.07 ppb EPA advisory limit, Plaintiff's water system purchase customers will be forced to find an alternate water supply, resulting in further lost profits and sales.

62.    As a direct and proximate result of Defendants' contamination of Plaintiff's water supply, Plaintiff Gadsden Water has been damaged, including, but not limited to past and future monitoring and testing expenses, lost revenues and profits, and expenses in remediating and maintaining its water system.

## COUNT ONE
### Negligence

63.    Plaintiff incorporates all prior paragraphs by reference as if fully set forth herein.

64.    Named and Fictitious Defendants owe a duty to Plaintiff to exercise due and reasonable care in their manufacturing and chemical supply operations to prevent the discharge of toxic chemicals, including PFOA, PFOS, and related chemicals, into the water supply.

65.     Named and Fictitious Defendants breached the duty owed to Plaintiff, and under the circumstances, Defendants' breaches constitute negligent, willful, and/or reckless conduct.

66.     As a direct, proximate, and foreseeable result of the Named and Fictitious Defendants' conduct, practices, actions, and inactions, Plaintiff Gadsden Water has incurred expenses and will incur reasonably ascertainable expenditures in the future.

WHEREFORE PREMISES CONSIDERED, Plaintiff demands judgment for compensatory damages against all defendants, both named and fictitious, jointly and severally, in an amount to be determined by a struck jury in an amount in excess of the jurisdictional minimum of this court, past and future, plus interest and costs.

## COUNT TWO
### Nuisance

67.     Plaintiff re-alleges all prior paragraphs as if set forth fully herein.

68.     Plaintiff Gadsden Water owns and occupies property used to serve its water customers and other water utilities, including a water treatment plant, water distribution system, and offices.

69.     Named and Fictitious Defendants have created a nuisance by their discharge of PFOA, PFOS, and related chemicals into the Coosa River's tributaries, which has caused contamination of the Plaintiff's water supply, thereby causing Plaintiff Gadsden Water hurt, inconvenience, and harm.

70.     The levels of toxic chemical contamination found in the Plaintiff's water supply, directly caused by the Named and Fictitious Defendants' pollution, have created a condition that threatens the health and well-being of Gadsden Water's employees and customers.

71.     It was reasonably foreseeable, and in fact known to the Named and Fictitious Defendants, that their actions would place, and have placed, the Plaintiff at risk of harm. The

nuisance has caused substantial damages, and will continue to cause damages until it is satisfactorily abated.

WHEREFORE PREMISES CONSIDERED, Plaintiff demands judgment for compensatory damages against all Defendants, both named and fictitious, jointly and severally, in an amount to be determined by a struck jury in an amount in excess of the jurisdictional minimum of this court, past and future, plus interest and costs.

## COUNT THREE
### Trespass

72.    Plaintiff re-alleges all prior paragraphs as if set forth fully herein.

73.    Plaintiff Gadsden Water owns and occupies property used to serve its water customers and other water utilities, including a water treatment plant, water distribution system, and offices.

74.    Named and Fictitious Defendants' intentional acts in discharging PFOA, PFOS, and related chemicals, knowing that they would contaminate the water supply and flow downstream, caused an invasion of Plaintiff's property by Defendants' chemicals, which has affected and is affecting Plaintiff's interest in the exclusive possession of its property.

75.    Plaintiff did not consent to the invasion of its property by Named and Fictitious Defendants' chemicals.

76.    Named and Fictitious Defendants knew or should have known that their discharges of PFOA, PFOS, and related chemicals could contaminate the water supply and result in an invasion of Plaintiff's possessory interest in their property.

77.    Named and Fictitious Defendants' trespass is continuing.

78.    Named and Fictitious Defendants' continuing trespass has impaired Plaintiff's use of its property and has caused it damages by diminishing its value.

WHEREFORE PREMISES CONSIDERED, Plaintiff demands judgment for compensatory damages against all Defendants, both named and fictitious, jointly and severally, in an amount to be determined by a struck jury in an amount in excess of the jurisdictional minimum of this court, past and future, plus interest and costs.

## COUNT FOUR
**Wantonness and Punitive Damages**

79.     Plaintiff re-alleges all prior paragraphs as if restated herein.

80.     Named and Fictitious Defendants owe a duty to Plaintiff to exercise due and reasonable care in their manufacturing and chemical supply operations to prevent the discharge of toxic chemicals, including PFOA, PFOS, and related chemicals, into the water supply.

81.     In breaching the duties described above, Named and Fictitious Defendants acted in a wanton, willful, and reckless manner.

82.     Named and Fictitious Defendants knew or should have known the danger to Plaintiff created by Defendants' conduct, practices, actions, and inactions.

83.     Named and Fictitious Defendants knew or should have known of the likely impact, harm, damage, and injury their conduct would have on the Plaintiff.

84.     Named and Fictitious Defendants' conduct, practices, and inactions evidence Defendants' reckless disregard for Plaintiff's property.

WHEREFORE PREMISES CONSIDERED, Plaintiff demands judgment for punitive damages against all Defendants, both named and fictitious, jointly and severally, in an amount to be determined by a struck jury in an amount in excess of the jurisdictional minimum of this court, past and future, plus interest and costs.

## COUNT FIVE
**Injunctive Relief**

85.     Plaintiff re-alleges all prior paragraphs as if set forth fully herein.

86.     Plaintiff requests that this Court enter an Order enjoining Named and Fictitious Defendants from continuing the conduct described above and requiring Named and Fictitious Defendants to take all steps necessary to remove their chemicals from Plaintiff's water supplies and property.

87.     There is continuing irreparable injury to Plaintiff if an injunction does not issue, as Named and Fictitious Defendants' chemicals in its water supplies pose a continuing threat to Plaintiff's property interests, and there is no adequate remedy at law.

WHEREFORE PREMISES CONSIDERED, Plaintiff demands injunctive relief against all Defendants, both named and fictitious, jointly and severally, requiring Defendants to remove their chemicals from Plaintiff's water system and to prevent these chemicals from continuing to contaminate Plaintiff's water supply.

## RELIEF DEMANDED

Wherefore, Plaintiff Gadsden Water respectfully requests this Court grant the following relief:

a)      Award Plaintiff damages in an amount to be determined by a jury sufficient to compensate it for real property damage, out of pocket expenses, lost profits and sales, and future expenses;

b)      Issue an injunction requiring Named and Fictitious Defendants to remove their chemicals from Plaintiff's water supply and to prevent these chemicals from continuing to contaminate Plaintiff's water supply;

c)      Award attorney fees and costs and expenses incurred in connection with the litigation of this matter;

d)      Award such other and further relief as this Court may deem just, proper, and

equitable.

## **<u>JURY DEMAND</u>**

PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY ON ALL ISSUES OF THIS CAUSE.

Dated: September 22, 2016.

Respectfully submitted,

_s/ Rhon E. Jones_____
JERE L. BEASLEY (BEA020)
Jere.Beasley@beasleyallen.com
RHON E. JONES (JON093)
Rhon.Jones@beasleyallen.com
RICHARD D. STRATTON (STR021)
Rick.Stratton@beasleyallen.com
GRANT M. COFER (COF008)
Grant.Cofer@beasleyallen.com
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P.O. Box 4160
Montgomery, Alabama 36103
T: 334-269-2343
F: 334-954-7555

ROGER H. BEDFORD
senbedford@aol.com
Roger Bedford & Associates, P.C.
P.O. Box 370
Russellville, Alabama 35653
T: 256-332-6966
F: 256-332-2800

Attorneys for Plaintiff

DOCUMENT 87

ELECTRONICALLY FILED
10/18/2016 2:29 PM
31-CV-2016-900676.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

## IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

| | |
|---|---|
| THE WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) CIVIL ACTION NO: |
| 3M COMPANY; APRICOT INTERNATIONAL, INC.; ARROWSTAR, LLC; BEAULIEU GROUP, LLC, BEAULIEU OF AMERICA, INC.; COLLINS & AIKMAN FLOOR COVERING INTERNATIONAL, INC.; DALTONIAN FLOORING, INC.; DEPENDABLE RUG MILLS, INC.; DORSETT INDUSTRIES, INC.; DYSTAR, L.P.; ECMH, LLC d/b/a CLAYTON MILLER HOSPITALITY CARPETS; EMERALD CARPETS, INC.; FORTUNUE CONTRACT, INC.; HARCROS CHEMICAL, INC.; HOME CARPET INDUSTRIES, LLC; INDIAN SUMMER CARPET MILLS, INC.; INDUSTRIAL CHEMICALS, INC.; J&J INDUSTRIES, INC.; KALEEN RUGS, INC.; LEXMARK CARPET MILLS, INC.; LYLE INDUSTRIES, INC.; MFG CHEMICAL, INC.; MOHAWK CARPET, LLC; MOHAWK GROUP, INC.; MOHAWK INDUSTRIES, INC.; NPC SOUTH, INC.; ORIENTAL WEAVERS USA, INC.; S & S MILLS, INC.; SAVANNAH MILLS GROUP, LLC; SHAW INDUSTRIES, INC.; TANDUS CENTIVA, INC.; TANDUS CENTIVA US, LLC; THE DIXIE GROUP, INC.; TIARCO CHEMICAL COMPANY, INC.; VICTOR CARPET MILLS, INC.; and FICTITIOUS DEFENDANTS A-J, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

those persons, corporations,                    )
partnerships or entities who acted either   )
as principal or agent, for or in concert    )
with the other named Defendants and/or      )
whose acts caused or contributed to the     )
damages sustained by the Plaintiff,         )
whose identities are unknown to the         )
Plaintiff, but which will be substituted    )
by amendment when ascertained,              )
                                            )
   Defendants.               )

### PLAINTIFF'S FIRST SET OF INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION TO DEFENDANTS 3M COMPANY, INC.; ARROWSTAR, LLC; DYSTAR, L.P.; HARCROS CHEMICAL, INC.; INDUSTRIAL CHEMICALS, INC.; MFG CHEMICAL, INC. AND TIARCO CHEMICAL COMPANY, INC.

**COMES NOW**, Plaintiff Water Works and Sewer Board of the City of Gadsden ("Gadsden Water"), and propounds its First Set of Interrogatories and First Request for Production of Documents on Defendants 3M Company, Inc.; ArrowStar, LLC, Dystar, L.P., Harcros Chemical, Inc.; Industrial Chemical, Inc.; MFG Chemical, Inc.; and Tiarco Chemical Company Inc. (hereinafter referred to as "Defendants"). Plaintiff makes the following requests:

### <u>INSTRUCTIONS</u>

1.  Unless otherwise indicated, these requests refer to the time, place and circumstances of the claims set forth in the Complaint.

2.  If, in answering these requests, you perceive any ambiguities in a request, instruction, or definition, set forth the matter deemed ambiguous and the construction used in answering.

3.  If any response claims application of privilege or confidentiality, state the factual basis for such claim, identify all parties to communications allegedly thereto, and identify the current or last known custodian of each document concerning, referring, or relating to such communication.

4.      Where appropriate, you are to construe all references to the singular as including the plural, all references to the masculine as including the feminine or neuter, all references to the disjunctive as including the conjunctive, and vice versa.

5.      If any documents requested are unavailable or have been destroyed, list each document and when and why it was destroyed or why it is unavailable.

6.      If any documents requested are unavailable or have been destroyed, identify all persons who have had personal knowledge of those documents.

7.      If you claim any documents requested are outside of your possession, control and custody, please state why such documents are beyond your possession, control and custody, and the current and/or last known location of said documents.

## DEFINITIONS

**"Chemical Product"** refers to any chemical compound intended to be used to impart stain, soil, or water resistance characteristics to carpet or other textile products during or after the manufacturing process.

**"Correspondence"** refers to any oral, electronic or written communication, discussion, inquiry, inspection, visit, or request.

**"Document"** refers to anything contemplated by Alabama Rules of Civil Procedure, and includes all media by which information or data may be stored or obtained, including, without limitation, books, pamphlets, notes, letters, correspondence, diaries, telegrams, reports, pictures, recordings, memoranda, records, studies, extracts, working papers, charts, papers, indices, tapes, data sheets or cards, minutes, transcriptions, computer disks, diskettes, e-mail or other electronic media, and any other written, printed, reported, transcribed, punched, taped or typed materials,

movies or other photographic matter, however produced or reproduced, and all mechanical or electronic sound records or transcripts thereof, in your possession, custody or control.

**"Person"** refers to any entity of any description, including, but not limited to, a natural person, corporation, partnership, other business association or entity, government, governmental body, commission, board, or agency.

**"Plaintiff"** refers to the Plaintiff, Gadsden Water.

**"You," "Your,"** and **"Defendant**" refer to the Defendants, 3M Company, Inc.; ArrowStar, LLC, Dystar, L.P., Harcros Chemical, Inc.; Industrial Chemical, Inc.; MFG Chemical, Inc.; and Tiarco Chemical Company Inc, as well as its agents, heirs, relatives, employees, contractors, servants, representatives, subrogors, subrogees, and, unless privileged, attorneys.

## INTERROGATORIES

1.      State the inclusive dates during which you have sold or delivered chemical products to manufacturing facilities located in Whitfield County, Georgia.

2.      State the inclusive dates that you have maintained sales or distribution offices in Whitfield County, Georgia, and the physical address of each location.

3.      Identify each Defendant named in the Complaint in this matter to whom this Defendant has sold or supplied chemical products in Dalton, Georgia.

4.      For each Defendant identified in the immediately preceding interrogatory, identify the name and type of chemical product sold, the dates the chemical products were sold, the volume or other measure of the amount of chemical products sold on each date identified, and the purpose for which the products were to be used.

5.      State the name and address of each manufacturing facility located in Whitfield County, Georgia to which you have sold chemical products.

6.      For every entity identified in the immediately preceding interrogatory, identify the chemical products that were sold, the date(s) the products were sold, the volume or other measure of the amount of products sold on each date identified, and the purpose for which the products were to be used.

7.      Identify each defendant named in the complaint in this matter to whom you sold chemical products that were used to impart stain, water or soil stain resistance properties to carpet or textile fabrics.

8.      For ever entity identified in the immediately preceding interrogatory, state the inclusive dates during which you sold the chemical product and the total volume or other measurement of the amount of the product sold during that period

9.      Identify each chemical product sold or delivered by you to any manufacturing facility located in Whitfield County Georgia that was intended to be used to impart stain, water or soil stain resistance properties to carpet or textile fabrics.

10.     For each product identified in the immediately preceding interrogatory, state the inclusive dates during which you sold the product and the total volume of the product sold during that period.

11.     Identify each defendant named in the complaint in this matter to whom you sold chemical products that contained or that could produce PFOA, PFOS, PFOA precursors, or PFOS precursors.

12.     For every entity identified in the immediately preceding interrogatory, identify the chemical products that were sold, the date(s) the products were sold, the volume of products sold on each date identified and the purpose for which the product is used.

13.     Identify each chemical product sold by you to any entity with manufacturing facilities in Whitfield County Georgia that contained or that could produce PFOA, PFOS, PFOA precursors, or PFOS precursors.

14.     For each product identified in the immediately preceding interrogatory, state the inclusive dates during which you sold the product and the total volume of the product sold during that period.

15.     Identify each water treatment facility in Whitfield County, Georgia that you have provided chemicals.

16.     For each entity in the immediately preceding interrogatory, identify the chemical that was provided, the amount that was provided, and the purpose for which it was provided.

## REQUEST FOR PRODUCTION

1.     All documents that mention, refer, reflect or relate to the identity of products sold; the volume or other measure of the amount of products sold; the identity of the entities to whom the products were sold; and the dates that the products were sold for the entities and chemical products identified in your responses to the above interrogatories.

Dated: September 22, 2016.

Respectfully submitted,

 s/ Rhon E. Jones                          
JERE L. BEASLEY (BEA020)
 Jere.Beasley@beasleyallen.com 
RHON E. JONES (JON093)
 Rhon.Jones@beasleyallen.com 
RICHARD D. STRATTON (3939T76R)

Rick.Stratton@beasleyallen.com
GRANT M. COFER (COF008)
Grant.Cofer@beasleyallen.com
Beasley, Allen, Crow, Methvin, Portis &
Miles, P.C.
P.O. Box 4160
Montgomery, Alabama 36103
T: 334-269-2343
F: 334-954-7555

ROGER H. BEDFORD
senbedford@aol.com
Roger Bedford & Associates, P.C.
P.O. Box 370
Russellville, Alabama 35653
T: 256-332-6966
F: 256-332-2800

Attorneys for Plaintiff

DOCUMENT 8

ELECTRONICALLY FILED
10/18/2016 2:29 PM
31-CV-2016-900676.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

## IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

| | |
|---|---|
| THE WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN,<br><br><br>    **Plaintiff,**<br><br>v.<br>APRICOT INTERNATIONAL, INC.; BEAULIEU GROUP, LLC, BEAULIEU OF AMERICA, INC.; COLLINS & AIKMAN FLOOR COVERING INTERNATIONAL, INC.; DALTONIAN FLOORING, INC.; DEPENDABLE RUG MILLS, INC.; DORSETT INDUSTRIES, INC. ECMH, LLC d/b/a CLAYTON MILLER HOSPITALITY CARPETS; EMERALD CARPETS, INC.; FORTUNUE CONTRACT, INC.; GOODWYN, MILLS 7 CAWOOD, INC.; HOME CARPET INDUSTRIES, LLC, INDIAN SUMMER CARPET MILLS, INC.; J&J INDUSTRIES, INC.; KALEEN RUGS, INC.; LEXMARK CARPET MILLS, INC.; LYLE INDUSTRIES, INC.; MOHAWK CARPET, LLC;  MOHAWK GROUP, INC.; MOHAWK INDUSTRIES, INC.; NPC SOUTH, INC.; ORIENTAL WEAVERS USA, INC.; S & S MILLS, INC.; SAVANNAH MILLS GROUP, LLC; SHAW INDUSTRIES, INC.; TANDUS CENTIVA, INC.; TANDUS CENTIVA US, LLC; THE DIXIE GROUP, INC.; VICTOR CARPET MILLS, INC.; WIEDEMAN AND SINGLETON, INC.; and FICTITIOUS DEFENDANTS A-J, those persons, corporations, partnerships or entities who acted either as principal or agent, for or in concert with the other named Defendants and/or whose acts caused or contributed to the damages sustained by | **CIVIL ACTION NO:**<br>_____ |

1

| the Plaintiff, whose identities are | ) |
|---|---|
| unknown to the Plaintiff, but which will | ) |
| be substituted by amendment when | ) |
| ascertained, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANTS APRICOT INTERNATIONAL, INC.; BEAULIEU GROUP, LLC; BEAULIEU OF AMERICA, INC.; COLLINS & AIKMAN FLOOR COVERING INTERNATIONAL, INC.; DALTONIAN FLOORING, INC.; DEPENDABLE RUG MILLS, INC.; DORSETT INDUSTRIES, INC.; ECMH, LLC d/b/a CLAYTON MILLER HOSPITALITY CARPETS; EMERALD CARPETS, INC.; FORTUNE CONTRACT, INC.; HOME CARPET INDUSTRIES, LLC; INDIAN SUMMER CARPET MILLS, INC.; J&J INDUSTRIES, INC.; KALEEN RUGS, INC.; LEXMARK CARPET MILLS, INC.; LYLE INDUSTRIES, INC.; MOHAWK CARPET, LLC; MOHAWK GROUP, INC.; MOHAWK INDUSTRIES, INC.; NPC SOUTH, INC.; ORIENTAL WEAVERS USA, INC.; S & S MILLS, INC.; SAVANNAH MILLS GROUP, LLC; SHAW INDUSTRIES, INC.; TANDUS CENTIVA, INC.; TANDUS CENTIVA US, LLC; THE DIXIE GROUP, INC.; AND VICTOR CARPET MILLS, INC.**

**COMES NOW**, Plaintiff Water Works and Sewer Board of the City of Gadsden ("Gadsden Water"), and propounds its First Set of Interrogatories to Defendants Apricot International, Inc.; Beaulieu Group, LLC; Beaulieu of America, Inc.; Collins & Aikman Floor Covering International, Inc.; Daltonian Flooring, Inc.; Dependable Rug Mills, Inc.; Dorsett Industries, Inc.; ECMN, LLC d/b/a Clayton Miller Hospitality Carpets; Emerald Carpets, Inc.; Fortune Contract, Inc.; Home Carpet Industries, LLC; Indian Summer Carpet Mills, Inc.; J&J Industries, Inc.; Kaleen Rugs, Inc.; Lexmark Carpet Mills, Inc.; Lyle Industries, Inc.; Mohawk Carpet, LLC; Mohawk Group, Inc.; Mohawk Industries, Inc.; NPC South, Inc.; Oriental Weavers USA, Inc.; S & S Mills, Inc.; Savannah Mills Group, LLC; Shaw Industries, Inc.; Tandus Centiva, Inc.; Tandus Centiva US, LLC; The Dixie Group, Inc.; and Victor Carpet Mills, Inc. Plaintiff makes the following requests:

**<u>INSTRUCTIONS</u>**

1.      Unless otherwise indicated, these requests refer to the time, place and circumstances of the claims set forth in the Complaint.

2.      If, in answering these requests, you perceive any ambiguities in a request, instruction, or definition, set forth the matter deemed ambiguous and the construction used in answering.

3.      If any response claims application of privilege or confidentiality, state the factual basis for such claim, identify all parties to communications allegedly thereto, and identify the current or last known custodian of each document concerning, referring, or relating to such communication.

4.      Where appropriate, you are to construe all references to the singular as including the plural, all references to the masculine as including the feminine or neuter, all references to the disjunctive as including the conjunctive, and vice versa.

5.      If any documents requested are unavailable or have been destroyed, list each document and when and why it was destroyed or why it is unavailable.

6.      If any documents requested are unavailable or have been destroyed, identify all persons who have had personal knowledge of those documents.

7.      If you claim any documents requested are outside of your possession, control and custody, please state why such documents are beyond your possession, control and custody, and the current and/or last known location of said documents.

## **DEFINITIONS**

**"Chemical Product"** refers to any chemical compound intended to be used to impart stain, soil, or water resistance characteristics to carpet or other textile products during or after the manufacturing process.

**"Correspondence"** refers to any oral, electronic or written communication, discussion, inquiry, inspection, visit, or request.

**"Document"** refers to anything contemplated by Alabama Rules of Civil Procedure, and includes all media by which information or data may be stored or obtained, including, without limitation, books, pamphlets, notes, letters, correspondence, diaries, telegrams, reports, pictures, recordings, memoranda, records, studies, extracts, working papers, charts, papers, indices, tapes, data sheets or cards, minutes, transcriptions, computer disks, diskettes, e-mail or other electronic media, and any other written, printed, reported, transcribed, punched, taped or typed materials, movies or other photographic matter, however produced or reproduced, and all mechanical or electronic sound records or transcripts thereof, in your possession, custody or control.

**"Person"** refers to any entity of any description, including, but not limited to, a natural person, corporation, partnership, other business association or entity, government, governmental body, commission, board, or agency.

**"Plaintiff"** refers to the Plaintiff, Gadsden Water.

**"You," "Your,"** and **"Defendant"** refer to the individual or entity, corporate or otherwise, to which this document is addressed, as well as its agents, heirs, relatives, employees, contractors, servants, representatives, subrogors, subrogees, and, unless privileged, attorneys.

## INTERROGATORIES

1. State the name, address, job title and duties of the person(s) answering, aiding, or who was consulted or supplied information upon which answers to these interrogatories are based and state the place where these interrogatories are answered.

2. State the name of each Chemical Product, and the name of the manufacturer of each chemical product, used in Your manufacturing facilities in Whitfield County, Georgia, that were

intended to provide stain resistance in Your products, and identify the type of products that You manufactured using these Chemical Products.

3.    Identify the inclusive dates during which any Chemical Products identified in Your response to Interrogatory #2 were used in Your manufacturing processes, as well as the name and address of each facility where the Chemical Product was used.

4.    Identify each manufacturing facility currently or formerly owned or operated by You in Whitfield County, Georgia, in which Chemical Products were used, and the inclusive dates during which Chemical Products were used at each facility as well as when each facility was in operation.

5.    With regard to any facility identified in response to Interrogatory #4, state the name of each Chemical Product utilized at that facility and list the inclusive dates during which each Chemical Product was used.

6.    With regard to any facility identified in response to Interrogatory #4, state whether waste water resulting from the manufacturing process was pre-treated prior to disposal or discharge to a waste water system, and describe in detail any such process used to pre-treat waste water at each facility.

7.    State the name of the wastewater treatment system provider for each of Your manufacturing facilities in Whitfield County, and the inclusive dates that each waste water treatment system was utilized by each facility.

8.    State whether any waste from any of Your manufacturing facilities in Whitfield County has been discharged to the environment in any manner other than through a municipal wastewater system, describing with specificity and detail the nature and extent of any such discharge(s).

9.      State the name and address of any manufacturing facility not located in Whitfield County owned or operated by You that discharged wastewater directly into the environment or into a wastewater treatment system that discharges into any tributary of the Coosa River, and identify the inclusive dates during which any such discharges occurred.

10.      Identify any entity not named as a party to this action that has caused or contributed to causing perfluorinated compounds ("PFC"), including but not limited to perfluorooctanoic acid ("PFOA") and perfluorooctanoic sulfonate ("PFOS"), to enter the Consauga River, or any other tributary of the Coosa River.

11.      State whether You are aware that the use of certain stain resistance products in Your manufacturing process may have resulted in the presence of PFOA and/or PFOS in the Consauga River, and if answering in the affirmative, state when You gained this awareness.

12.      State with specificity and in detail any action or activity You have undertaken to reduce the use of any Chemical Products in your manufacturing process, when those actions or activities were undertaken, and Your reason(s) for undertaking those actions or activities.

13.      State with specificity and detail all knowledge You have regarding any investigation by any governmental agency regarding the release of PFOA and/or PFOS from the Dalton Utilities Industrial Wastewater System, including the date the knowledge was obtained.

Dated: September 22, 2016.

Respectfully submitted,

 s/ Rhon E. Jones_____
JERE L. BEASLEY (BEA020)
 Jere.Beasley@beasleyallen.com
RHON E. JONES (JON093)
 Rhon.Jones@beasleyallen.com
RICHARD D. STRATTON (3939T76R)
 Rick.Stratton@beasleyallen.com
GRANT M. COFER (COF008)

6

Grant.Cofer@beasleyallen.com
Beasley, Allen, Crow, Methvin, Portis &
Miles, P.C.
P.O. Box 4160
Montgomery, Alabama 36103
T: 334-269-2343
F: 334-954-7555

ROGER H. BEDFORD
senbedford@aol.com
Roger Bedford & Associates, P.C.
P.O. Box 370
Russellville, Alabama 35653
T: 256-332-6966
F: 256-332-2800

Attorneys for Plaintiff

DOCUMENT 89

ELECTRONICALLY FILED
10/18/2016 2:29 PM
31-CV-2016-900676.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

## IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

| | | |
|---|---|---|
| THE WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN, | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) | **CIVIL ACTION NO:** |
| APRICOT INTERNATIONAL, INC.; BEAULIEU GROUP, LLC, BEAULIEU OF AMERICA, INC.; COLLINS & AIKMAN FLOOR COVERING INTERNATIONAL, INC.; DALTONIAN FLOORING, INC.; DEPENDABLE RUG MILLS, INC.; DORSETT INDUSTRIES, INC. ECMH, LLC d/b/a CLAYTON MILLER HOSPITALITY CARPETS; EMERALD CARPETS, INC.; FORTUNUE CONTRACT, INC.; GOODWYN, MILLS 7 CAWOOD, INC.; HOME CARPET INDUSTRIES, LLC, INDIAN SUMMER CARPET MILLS, INC.; J&J INDUSTRIES, INC.; KALEEN RUGS, INC.; LEXMARK CARPET MILLS, INC.; LYLE INDUSTRIES, INC.; MOHAWK CARPET, LLC;  MOHAWK GROUP, INC.; MOHAWK INDUSTRIES, INC.; NPC SOUTH, INC.; ORIENTAL WEAVERS USA, INC.; S & S MILLS, INC.; SAVANNAH MILLS GROUP, LLC; SHAW INDUSTRIES, INC.; TANDUS CENTIVA, INC.; TANDUS CENTIVA US, LLC; THE DIXIE GROUP, INC.; VICTOR CARPET MILLS, INC.; WIEDEMAN AND SINGLTON, INC.; and FICTITIOUS DEFENDANTS A-J, those persons, corporations, partnerships or entities who acted either as principal or agent, for or in concert with the other named Defendants and/or whose acts caused or contributed to the damages sustained by | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | _____ |

1

DOCUMENT 89

the Plaintiff, whose identities are ⟩
unknown to the Plaintiff, but which will ⟩
be substituted by amendment when ⟩
ascertained, ⟩
⟩
         Defendants. ⟩

**PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS APRICOT INTERNATIONAL, INC.; BEAULIEU GROUP, LLC; BEAULIEU OF AMERICA, INC.; COLLINS & AIKMAN FLOOR COVERING INTERNATIONAL, INC.; DALTONIAN FLOORING, INC.; DEPENDABLE RUG MILLS, INC.; DORSETT INDUSTRIES, INC.; ECMH, LLC d/b/a CLAYTON MILLER HOSPITALITY CARPETS; EMERALD CARPETS, INC.; FORTUNE CONTRACT, INC.; HOME CARPET INDUSTRIES, LLC; INDIAN SUMMER CARPET MILLS, INC.; J&J INDUSTRIES, INC.; KALEEN RUGS, INC.; LEXMARK CARPET MILLS, INC.; LYLE INDUSTRIES, INC.; MOHAWK CARPET, LLC; MOHAWK GROUP, INC.; MOHAWK INDUSTRIES, INC.; NPC SOUTH, INC.; ORIENTAL WEAVERS USA, INC.; S & S MILLS, INC.; SAVANNAH MILLS GROUP, LLC; SHAW INDUSTRIES, INC.; TANDUS CENTIVA, INC.; TANDUS CENTIVA US, LLC; THE DIXIE GROUP, INC.; AND VICTOR CARPET MILLS, INC.**

**COMES NOW**, Plaintiff Water Works and Sewer Board of the City of Gadsden ("Gadsden Water"), and propounds its First Set of Requests for Production to Defendants Apricot International, Inc.; Beaulieu Group, LLC; Beaulieu of America, Inc.; Collins & Aikman Floor Covering International, Inc.; Daltonian Flooring, Inc.; Dependable Rug Mills, Inc.; Dorsett Industries, Inc.; ECMN, LLC d/b/a Clayton Miller Hospitality Carpets; Emerald Carpets, Inc.; Fortune Contract, Inc.; Home Carpet Industries, LLC; Indian Summer Carpet Mills, Inc.; J&J Industries, Inc.; Kaleen Rugs, Inc.; Lexmark Carpet Mills, Inc.; Lyle Industries, Inc.; Mohawk Carpet, LLC; Mohawk Group, Inc.; Mohawk Industries, Inc.; NPC South, Inc.; Oriental Weavers USA, Inc.; S & S Mills, Inc.; Savannah Mills Group, LLC; Shaw Industries, Inc.; Tandus Centiva, Inc.; Tandus Centiva US, LLC; The Dixie Group, Inc.; and Victor Carpet Mills, Inc. Plaintiff makes the following requests:

**INSTRUCTIONS**

2

1.      Unless otherwise indicated, these requests refer to the time, place and circumstances of the claims set forth in the Complaint.

2.      If, in answering these requests, you perceive any ambiguities in a request, instruction, or definition, set forth the matter deemed ambiguous and the construction used in answering.

3.      If any response claims application of privilege or confidentiality, state the factual basis for such claim, identify all parties to communications allegedly thereto, and identify the current or last known custodian of each document concerning, referring, or relating to such communication.

4.      Where appropriate, you are to construe all references to the singular as including the plural, all references to the masculine as including the feminine or neuter, all references to the disjunctive as including the conjunctive, and vice versa.

5.      If any documents requested are unavailable or have been destroyed, list each document and when and why it was destroyed or why it is unavailable.

6.      If any documents requested are unavailable or have been destroyed, identify all persons who have had personal knowledge of those documents.

7.      If you claim any documents requested are outside of your possession, control and custody, please state why such documents are beyond your possession, control and custody, and the current and/or last known location of said documents.

## **DEFINITIONS**

**"Chemical Product"** refers to any chemical compound intended to be used to impart stain, soil, or water resistance characteristics to carpet or other textile products during or after the manufacturing process.

**"Correspondence"** refers to any oral, electronic or written communication, discussion, inquiry, inspection, visit, or request.

**"Document"** refers to anything contemplated by Alabama Rules of Civil Procedure, and includes all media by which information or data may be stored or obtained, including, without limitation, books, pamphlets, notes, letters, correspondence, diaries, telegrams, reports, pictures, recordings, memoranda, records, studies, extracts, working papers, charts, papers, indices, tapes, data sheets or cards, minutes, transcriptions, computer disks, diskettes, e-mail or other electronic media, and any other written, printed, reported, transcribed, punched, taped or typed materials, movies or other photographic matter, however produced or reproduced, and all mechanical or electronic sound records or transcripts thereof, in your possession, custody or control.

**"Person"** refers to any entity of any description, including, but not limited to, a natural person, corporation, partnership, other business association or entity, government, governmental body, commission, board, or agency.

**"Plaintiff"** refers to the Plaintiff, Gadsden Water.

**"You," "Your,"** and **"Defendant"** refer to the individual or entity, corporate or otherwise, to which this document is addressed, as well as its agents, heirs, relatives, employees, contractors, servants, representatives, subrogors, subrogees, and, unless privileged, attorneys.

## REQUESTS FOR PRODUCTION

1.      Please produce all Documents identified in or relied upon by You in Your responses to Plaintiff's First Set of Interrogatories to all Defendants.

2.      Please produce a chart showing Your organizational structure.

3.      Please produce copies of Your document retention policies.

4

4.     Please produce copies of all insurance policies under which You are or may be insured for liability with respect to the occurrences complained of in this action.

5.     Please produce copies of all Documents that mention, refer to, reflect or relate to the volume or other quantity of Chemical Products used by you in your manufacturing processes at your facilities located in Whitfield County, Georgia.

6.     Please produce copies of any and all Documents that You typically generate, receive, and/or keep relating to Your acquisition, use, and/or disposal of Chemical Products.

7.     Please produce copies of any and all Documents that You typically generate, receive, and/or keep relating to Your acquisition, use, and/or disposal of PFCs, specifically including, but not limited to, PFOA and PFOS.

8.     Please produce copies of any and all Documents that reference, memorialize, relate to, or Concern Your knowledge of the human health risks caused by exposure to PFCs, specifically including, but not limited to, PFOA and PFOS.

9.     Please produce copies of any and all Documents that reference, memorialize, relate to, or Concern Your knowledge of the environmental persistence of PFOA and PFOS.

10.     Please produce copies of any and all Documents that reference, memorialize, relate to, or Concern any testing performed on the wastewater discharged from Your facilities in Whitfield County, Georgia.

11.     Please produce copies of any and all Documents that reference, memorialize, relate to, or Concern the volume of wastewater discharged from Your facilities in Whitfield County, Georgia.

12.     Please produce copies of any and all Documents that reference, memorialize, relate to, or Concern Your knowledge of any surface water testing performed on the Conasauga River to determine PFC concentration levels.

13.     Please produce all written memoranda, emails, notes, minutes of any meetings or discussions, and any other Documents, concerning the occurrences complained of in this action.

14.     Please produce a list identifying any Person from whom You have purchased PFCs or their precursors, identifying the products purchased and the intended use of such products.

15.     Please produce all manuals, booklets, instructions, pamphlets, data sheets, or other Documents pertaining to Your use and/or disposal of PFCs.

16.     Please produce copies of all Documents concerning Correspondences and/or records of Correspondences between You and the Georgia Department of Natural Resources ("GDNR").

17.     Please produce copies of all Documents concerning Correspondences and/or records of Correspondences between You and the United States Environmental Protection Agency ("EPA").

18.     Produce copies of all permits related to the discharge of wastewater from any facility owned or operated by you in Whitfield County.

19.     Produce all Documents related to notices, permit non-compliance, citations, investigations or legal actions arising from the production or discharging of wastewater from any of Your manufacturing facilities in Whitefield County.

20.     Please produce a complete, current and accurate copy of any curriculum vitae, employment history, resume, and/or biography for any expert you intend to use in this case.

21.     Please produce all Documents or other information, either used, reviewed or relied upon by Your expert(s) in reaching and/or supporting their conclusions regarding the above styled manner.

22.     Please produce all written Documents Your expert(s) has created, edited, or prepared in relation to this matter and in support of their opinion, including but not limited to drafts, recordings, memoranda, and notes.

Dated: September 22, 2016.

Respectfully submitted,

  s/ Rhon E. Jones
JERE L. BEASLEY (BEA020)
 Jere.Beasley@beasleyallen.com
RHON E. JONES (JON093)
 Rhon.Jones@beasleyallen.com
RICHARD D. STRATTON (3939T76R)
 Rick.Stratton@beasleyallen.com
GRANT M. COFER (COF008)
 Grant.Cofer@beasleyallen.com
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P.O. Box 4160
Montgomery, Alabama 36103
T: 334-269-2343
F: 334-954-7555

ROGER H. BEDFORD
 senbedford@aol.com
Roger Bedford & Associates, P.C.
P.O. Box 370
Russellville, Alabama 35653
T: 256-332-6966
F: 256-332-2800

Attorneys for Plaintiff



**AlaFile E-Notice**

31-CV-2016-900676.00

To:   RHON E. JONES
      rhon.jones@beasleyallen.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following alias summons was FILED on 10/18/2016 2:29:45 PM

Notice Date:     10/18/2016 2:29:45 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   APRICOT INTERNATIONAL, INC.
      GUY BINETTE
      P.O. BOX 1544
      DALTON, GA, 30721

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following alias summons was FILED on 10/18/2016 2:29:45 PM

Notice Date:      10/18/2016 2:29:45 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br><br>31-CV-2016-900676.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF ETOWAH COUNTY**

**WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.**

APRICOT INTERNATIONAL, INC., GUY BINETTE P.O. BOX 1544, DALTON, GA 30721

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY RHON E. JONES

WHOSE ADDRESS IS P. O. BOX 4160, MONTGOMERY, AL 36103

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of     WATER WORKS AND SEWER BOARD
pursuant to the Alabama Rules of the Civil Procedure     OF THE CITY OF GADSDEN

Date   10/18/2016 2:29:45 PM        /s/ CASSANDRA JOHNSON

Clerk/Register

801 FORREST AVENUE

SUITE 202
GADSDEN, AL 35901

☑ Certified Mail is hereby requested        /s/ RHON E. JONES

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____
(Date)

_____        _____        _____
Date                            Server's Signature              Address of Server

_____        _____        _____
Type of Server                  Server's Printed Name

_____
Phone Number of Server

ELECTRONICALLY FILED
10/19/2016 1:14 PM
31-CV-2016-900676.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

## IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

|  |  |  |
|---|---|---|
| THE WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. CV-2016-900676 |
| 3M COMPANY, et al., | ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

COMES NOW attorney Gregory A. Brockwell of the law firm of Leitman, Siegal &

Payne, P.C., and hereby gives notice of his appearance as counsel of record for Defendant

Fortune Contract, Inc.

Respectfully submitted,

 /s/ Gregory A. Brockwell
Gregory A. Brockwell (BRO-209)
*Attorney for Defendants NPC South, Inc.,*
*Indian Summer Carpet Mills, Inc., and*
*Fortune Contract, Inc.*

**OF COUNSEL:**

LEITMAN, SIEGAL & PAYNE, P.C.
420 20th Street North, Suite 2000
Birmingham, AL 35203
Telephone:    (205) 251-5900
Facsimile:    (205) 986-5071

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing via the Alabama E-Filing system, which will automatically deliver notice to all parties and/or their counsel of record, on this the 19th day of October, 2016, as follows:

Jere L. Beasley
Rhon E. Jones
Richard D. Stratton
Grant M. Cofer
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103

Roger H. Bedford
ROGER BEDFORD & ASSOCIATES, P.C.
P.O. Box 370
Russellville, AL 35653

_/s/ Gregory A. Brockwell_____
Of Counsel



AlaFile E-Notice

31-CV-2016-900676.00

To:   GREGORY AUSTIN BROCKWELL
      gbrockwell@lsppc.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/19/2016 1:14:37 PM

Notice Date:      10/19/2016 1:14:37 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  3M COMPANY, INC. (PRO SE)
C T CORPORATION SYSTEM
2 N JACKSON ST., STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/19/2016 1:14:37 PM

Notice Date:     10/19/2016 1:14:37 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  APRICOT INTERNATIONAL, INC. (PRO SE)
GUY BINETTE
P.O. BOX 1544
DALTON, GA, 30721-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/19/2016 1:14:37 PM

Notice Date:     10/19/2016 1:14:37 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  ARROWSTAR, LLC (PRO SE)
     KEVIN HARRIS
     530 N. ELM STREET
     DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/19/2016 1:14:37 PM

Notice Date:     10/19/2016 1:14:37 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  BEAULIEU GROUP LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGY PARKWAY SOU
NORCROSS, GA, 30092-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/19/2016 1:14:37 PM

Notice Date:      10/19/2016 1:14:37 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To: BEAULIEU OF AMERICA, INC (PRO SE)
PETER N. FARLEY
1502 CORONET DR.
DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/19/2016 1:14:37 PM

Notice Date:     10/19/2016 1:14:37 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  COLLINS & AIKMAN FLOOR COVERING INTERNATIONAL, INC (P
THE PRENTICE-HALL CORPORA
2711 CENTERVILLE RD. SUIT
WILMINGTON, DE, 19808-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/19/2016 1:14:37 PM

Notice Date:      10/19/2016 1:14:37 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To: DALTONIAN FLOORING, INC. (PRO SE)
R. MIKE WITHROCK
402 W. CUYLER ST.
DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/19/2016 1:14:37 PM

Notice Date:      10/19/2016 1:14:37 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   DEPENDABLE RUG MILLS, INC. (PRO SE)
      JERRY NEALEY
      515 MIRACLE DR.
      ROCKY FACE, GA, 30740-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/19/2016 1:14:37 PM

Notice Date:     10/19/2016 1:14:37 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  DORSETT INDUSTRIES, INC. (PRO SE)
     BRYAN C. MACON
     1304 MAY ST.
     DALTON, GA, 30721-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/19/2016 1:14:37 PM

Notice Date:     10/19/2016 1:14:37 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  DYSTAR, L.P. (PRO SE)
     CT CORPORATION SYSTEM
     1201 PEACHTREE STREET, NE
     ATLANTA, GA, 30361-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/19/2016 1:14:37 PM

Notice Date:      10/19/2016 1:14:37 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To: ECMH, LLC D/B/A CLAYTON MILLER HOSPITALITY CARPETS (PF
JOHN T. MINOR IV
745 COLLEGE DR., SUITE B
DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/19/2016 1:14:37 PM

Notice Date:    10/19/2016 1:14:37 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  EMERALD CARPETS, INC. (PRO SE)
     TOM MINOR
     745 COLLEGE DRIVE
     DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/19/2016 1:14:37 PM

Notice Date:     10/19/2016 1:14:37 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To: HARCROS CHEMICAL, INC. (PRO SE)
C T CORPORATION SYSTEM
2 N JACKSON ST, SUITE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/19/2016 1:14:37 PM

Notice Date:     10/19/2016 1:14:37 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   HOME CARPET INDUSTRIES LLC (PRO SE)
      CARL D. WESTFALL
      2730 DUG GAP RD.
      DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/19/2016 1:14:37 PM

Notice Date:     10/19/2016 1:14:37 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  INDUSTRIAL CHEMICALS, INC. (PRO SE)
     WILLIAM L. WELCH
     2042 MONTREAT DRIVE
     BIRMINGHAM, AL, 35218-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/19/2016 1:14:37 PM

Notice Date:      10/19/2016 1:14:37 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  J&J INDUSTRIES, INC. (PRO SE)
     JAMES E. BETHEL
     615 VALLEY DR.
     DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/19/2016 1:14:37 PM

Notice Date:     10/19/2016 1:14:37 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  KALEEN RUGS INC. (PRO SE)
MANMOHAN RATHI
103 BONNY OAKS DR.
DALTON, GA, 30721-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/19/2016 1:14:37 PM

Notice Date:      10/19/2016 1:14:37 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  LEXMARK CARPET MILLS INC. (PRO SE)
     CT CORPORATION SYSTEM
     1201 PEACHTREE ST. SUITE
     ATLANTA, GA, 30361-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/19/2016 1:14:37 PM

Notice Date:     10/19/2016 1:14:37 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To: LYLE INDUSTRIES, INC. (PRO SE)
LYLE G. LAMAR
1800 KIMBERLY PARK DR.
DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/19/2016 1:14:37 PM

Notice Date:      10/19/2016 1:14:37 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  MFG CHEMICAL, INC. (PRO SE)
CHARLES GAVIN, III
1804 KIMBERLY PARK DRIVE
DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/19/2016 1:14:37 PM

Notice Date:     10/19/2016 1:14:37 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  MOHAWK CARPET, LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGY PKWY S #300
NORCROSS, GA, 30092-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/19/2016 1:14:37 PM

Notice Date:     10/19/2016 1:14:37 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  MOHAWK GROUP, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTERVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/19/2016 1:14:37 PM

Notice Date:     10/19/2016 1:14:37 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   MOHAWK INDUSTRIES, INC. (PRO SE)
      CORPORATION SERVICE COMPA
      2711 CENTERVILLE RD #400
      WILMINGTON, DE, 19808-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/19/2016 1:14:37 PM

Notice Date:      10/19/2016 1:14:37 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  ORIENTAL WEAVERS USA, INC. (PRO SE)
     AHMED SALAMA
     3252 LOWER DUG GAP RD.
     DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/19/2016 1:14:37 PM

Notice Date:     10/19/2016 1:14:37 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  S & S MILLS, INC. (PRO SE)
     ROBERT G. MCCURRY
     402 SELVIDGE ST.
     DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/19/2016 1:14:37 PM

Notice Date:     10/19/2016 1:14:37 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   SAVANNAH MILLS GROUP, LLC (PRO SE)
      BENNIE M LAUGHTER
      115 WEST KING ST.
      DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/19/2016 1:14:37 PM

Notice Date:     10/19/2016 1:14:37 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  SHAW INDUSTRIES, INC. (PRO SE)
CSC LAWYERS INCORPORATING
150 S. PERRY STREET
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/19/2016 1:14:37 PM

Notice Date:      10/19/2016 1:14:37 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   TANDUS CENTIVA INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/19/2016 1:14:37 PM

Notice Date:      10/19/2016 1:14:37 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   TANDUS CENTIVA US LLC (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/19/2016 1:14:37 PM

Notice Date:      10/19/2016 1:14:37 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  THE DIXIE GROUP (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST. NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/19/2016 1:14:37 PM

Notice Date:     10/19/2016 1:14:37 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  TIARCO CHEMICAL COMPANY, INC. (PRO SE)
     FREDERICK H. HOWALT, III
     1400 TIARCO DR.
     DALTON, GA, 30721-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/19/2016 1:14:37 PM

Notice Date:     10/19/2016 1:14:37 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  VICTOR CARPET MILLS, INC. (PRO SE)
ELIZABETH AHLUWALIA
1505 CORONET DRIVE
DALTON, GA, 30721-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/19/2016 1:14:37 PM

Notice Date:      10/19/2016 1:14:37 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  JONES RHON EUGENE
rhon.jones@beasleyallen.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/19/2016 1:14:37 PM

Notice Date:     10/19/2016 1:14:37 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



Cassandra "Sam" Johnson
Etowah County Circuit Clerk
800 Forrest Ave, Suite 202
Gadsden, AL 35901

**CERTIFIED MAIL**

7016 1370 0001 5870 3030



$ 008.41°

PITNEY BOWES

MAILED FROM ZIP CODE 35901

SEP 23 2016

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

APRICOT INTERNATIONAL INC
GUY BINETTE
215 WEST AVE
DALTON GA 30722
CV16-900676 WHR
S&C

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

**FILED**

OCT 20 2016

9590 9402 1719 6074 4114 34

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7016 1370 0001 5870 3030

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

**FILED**

OCT 20 2016

CASSANDRA SAM JOHNSON
CIRCUIT COURT CLERK



APRICOT INTERNATIONAL INC
GUY BINETTE
215 WEST AVE
DALTON GA 30722

RETURN TO SENDER

KEY RETURN ZIP CODE





Cassandra "Sam" Johnson
Etowah County Circuit Clerk
801 Forrest Ave, Suite 202
Gadsden, AL 35901

**CERTIFIED MAIL**

7016 1370 0001 5870 3030



$ 008.41°
SEP 23 2016
MAILED FROM ZIP CODE 35901

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

APRICOT INTERNATIONAL INC
GUY BINETTE
215 WEST AVE
DALTON GA 30722
CV16-900676 WHR
S&C

9590 9402 1719 6074 4114 34

2. Article Number (Transfer from service label)
7016 1370 0001 5870 3030

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                    ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**FILED**
OCT 20 2016

**FILED**
OCT 20 2016
CASSANDRA SAM JOHNSON
CIRCUIT COURT CLERK



APRICOT INTERNATIONAL INC
GUY BINETTE
215 WEST AVE
DALTON GA 30722

NMR

RETURN TO SENDER

KEY RETURN ZIP CODE





AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   JONES RHON EUGENE
      rhon.jones@beasleyallen.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was not served on 10/20/2016

**D002 APRICOT INTERNATIONAL, INC.**

**Corresponding To**

UNDELIVERABLE

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

Cassandra "Sam" Johnson
Etowah County Circuit Clerk
801 Forrest Ave., Suite 202
Gadsden, AL 35901


CERTIFIED MAIL

7016 1370 0001 5870 3030



$ 008.41
PITNEY BOWES
SEP 21 2016

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

APRICOT INTERNATIONAL INC
GUY BINETTE
215 WEST AVE
DALTON GA  30722
CV16-900676 WHR
S&C


9590 9402 1719 6074 4114 34

2. Article Number (Transfer from service label)

7016 1370 0001 5870 3030

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No


FILED
OCT 20 2016
CASSANDRA SAM JOHNSON
CIRCUIT COURT CLERK

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

FILED
OCT 20 2016
CASSANDRA SAM JOHNSON
CIRCUIT COURT CLERK



APRICOT INTERNATIONAL INC
GUY BINETTE
215 WEST AVE
DALTON GA  30722

RETURN TO SENDER

KEY RETURN ZIP CODE





**AlaFile E-Notice**

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   JONES RHON EUGENE
rhon.jones@beasleyallen.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was not served on 10/20/2016

D002 APRICOT INTERNATIONAL, INC.
Corresponding To
UNDELIVERABLE

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

DOCUMENT 99

ELECTRONICALLY FILED
10/21/2016 1:52 PM
31-CV-2016-900676.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

## IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

THE WATER WORKS AND
SEWER BOARD OF THE CITY
OF GADSDEN,

      Plaintiff,

v.                          CIVIL ACTION NO. CV-2016-900676

3M COMPANY; APRICOT
INTERNATIONAL, INC.;
ARROWSTAR, LLC; BEAULIEU
GROUP, LLC; BEAULIEU OF
AMERICA, INC.; COLLINS &
AIKMAN FLOOR COVERING
INTERNATIONAL, INC.;
DALTONIAN FLOORING, INC.;
DEPENDABLE RUG MILLS, INC.;
DORSETT INDUSTRIES, INC.;
DYSTAR, L.P.; ECMH, LLC d/b/a
CLAYTON MILLER
HOSPITALITY CARPETS;
EMERALD CARPETS, INC.;
FORTUNE CONTRACT, INC.;
HARCROS CHEMICAL, INC.;
HOME CARPET INDUSTRIES,
LLC; INDIAN SUMMER CARPET
MILLS, INC.; INDUSTRIAL
CHEMICALS, INC.; J&J
INDUSTRIES, INC.; KALEEN
RUGS, INC.; LEXMARK CARPET
MILLS, INC.; LYLE INDUSTRIES,
INC.; MFG CHEMICAL, INC.;
MOHAWK CARPET, LLC;
MOHAWK GROUP, INC.; MOHAWK
INDUSTRIES, INC.; NPC SOUTH,
INC.; ORIENTAL WEAVERS USA,
INC.; S & S MILLS, INC.;

SAVANNAH MILLS GROUP, LLC;
SHAW INDUSTRIES, INC.;
TANDUS CENTIVA, INC.; TANDUS
CENTIVA US, LLC; THE DIXIE
GROUP, INC.; TIARCO CHEMICAL
COMPANY, INC.; VICTOR CARPET
MILLS, INC.; and FICTITIOUS
DEFENDANTS A-J, those persons,
corporations, partnerships or entities
who acted either as principal or agent,
for or in concert with the other named
Defendants and/or whose acts caused
or contributed to the damages
sustained by the Plaintiff, whose
identities are unknown to the Plaintiff,
but which will be substituted by
amendment when ascertained,

> Defendants.

## NOTICE OF APPEARANCE

Comes now James E. Gentry and hereby enters an appearance as attorney of record for the defendant named in the complaint as VICTOR CARPET MILLS, INC.

/s James E. Gentry
James E. Gentry (GEN-007)

Of Counsel:
James E. Gentry, LLC
Attorney at Law
601 Greensboro Avenue, Suite 1-A
Tuscaloosa, Alabama 35401
(205) 349-4147
Email: jimgent2317@gmail.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 20, 2016, I electronically filed the foregoing with the Clerk of the Court by using the e-filing system which will send a notice of electronic filing to all parties and/or their counsel of record:

Jere L. Beasley
Rhon E. Jones
Richard D. Stratton
Grant M. Cofer
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103

Roger H. Bedford
ROGER BEDFORD & ASSOCIATES, P.C.
P.O. Box 370
Russellville, AL 35653

Gregory A. Brockwell
LEITMAN, SIEGAL & PAYNE, P.C.
420 20th Street North, Suite 2000
Birmingham, AL 35203

/s James E. Gentry
James E. Gentry



**AlaFile E-Notice**

31-CV-2016-900676.00

To:   JAMES ERIK GENTRY
        jimgent2317@gmail.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/21/2016 1:52:35 PM

Notice Date:        10/21/2016 1:52:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  3M COMPANY, INC. (PRO SE)
     C T CORPORATION SYSTEM
     2 N JACKSON ST., STE 605
     MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/21/2016 1:52:35 PM

Notice Date:      10/21/2016 1:52:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  APRICOT INTERNATIONAL, INC. (PRO SE)
GUY BINETTE
P.O. BOX 1544
DALTON, GA, 30721-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/21/2016 1:52:35 PM

Notice Date:      10/21/2016 1:52:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  ARROWSTAR, LLC (PRO SE)
     KEVIN HARRIS
     530 N. ELM STREET
     DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/21/2016 1:52:35 PM

Notice Date:     10/21/2016 1:52:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To: BEAULIEU GROUP LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGY PARKWAY SOU
NORCROSS, GA, 30092-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/21/2016 1:52:35 PM

Notice Date:     10/21/2016 1:52:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   BEAULIEU OF AMERICA, INC (PRO SE)
      PETER N. FARLEY
      1502 CORONET DR.
      DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/21/2016 1:52:35 PM

Notice Date:      10/21/2016 1:52:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  COLLINS & AIKMAN FLOOR COVERING INTERNATIONAL, INC (P
THE PRENTICE-HALL CORPORA
2711 CENTERVILLE RD. SUIT
WILMINGTON, DE, 19808-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/21/2016 1:52:35 PM

Notice Date:      10/21/2016 1:52:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  DALTONIAN FLOORING, INC. (PRO SE)
     R. MIKE WITHROCK
     402 W. CUYLER ST.
     DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/21/2016 1:52:35 PM

Notice Date:     10/21/2016 1:52:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  DEPENDABLE RUG MILLS, INC. (PRO SE)
JERRY NEALEY
515 MIRACLE DR.
ROCKY FACE, GA, 30740-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/21/2016 1:52:35 PM

Notice Date:      10/21/2016 1:52:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   DORSETT INDUSTRIES, INC. (PRO SE)
      BRYAN C. MACON
      1304 MAY ST.
      DALTON, GA, 30721-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/21/2016 1:52:35 PM

Notice Date:    10/21/2016 1:52:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  DYSTAR, L.P. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE STREET, NE
ATLANTA, GA, 30361-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/21/2016 1:52:35 PM

Notice Date:      10/21/2016 1:52:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  ECMH, LLC D/B/A CLAYTON MILLER HOSPITALITY CARPETS (PF
JOHN T. MINOR IV
745 COLLEGE DR., SUITE B
DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/21/2016 1:52:35 PM

Notice Date:     10/21/2016 1:52:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   EMERALD CARPETS, INC. (PRO SE)
TOM MINOR
745 COLLEGE DRIVE
DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/21/2016 1:52:35 PM

Notice Date:      10/21/2016 1:52:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  HARCROS CHEMICAL, INC. (PRO SE)
C T CORPORATION SYSTEM
2 N JACKSON ST, SUITE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/21/2016 1:52:35 PM

Notice Date:     10/21/2016 1:52:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  HOME CARPET INDUSTRIES LLC (PRO SE)
CARL D. WESTFALL
2730 DUG GAP RD.
DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/21/2016 1:52:35 PM

Notice Date:      10/21/2016 1:52:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  INDUSTRIAL CHEMICALS, INC. (PRO SE)
     WILLIAM L. WELCH
     2042 MONTREAT DRIVE
     BIRMINGHAM, AL, 35218-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/21/2016 1:52:35 PM

Notice Date:     10/21/2016 1:52:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   J&J INDUSTRIES, INC. (PRO SE)
JAMES E. BETHEL
615 VALLEY DR.
DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/21/2016 1:52:35 PM

Notice Date:      10/21/2016 1:52:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  KALEEN RUGS INC. (PRO SE)
     MANMOHAN RATHI
     103 BONNY OAKS DR.
     DALTON, GA, 30721-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/21/2016 1:52:35 PM

Notice Date:     10/21/2016 1:52:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To: LEXMARK CARPET MILLS INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST. SUITE
ATLANTA, GA, 30361-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/21/2016 1:52:35 PM

Notice Date:      10/21/2016 1:52:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  LYLE INDUSTRIES, INC. (PRO SE)
     LYLE G. LAMAR
     1800 KIMBERLY PARK DR.
     DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/21/2016 1:52:35 PM

Notice Date:      10/21/2016 1:52:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  MFG CHEMICAL, INC. (PRO SE)
CHARLES GAVIN, III
1804 KIMBERLY PARK DRIVE
DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/21/2016 1:52:35 PM

Notice Date:     10/21/2016 1:52:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  MOHAWK CARPET, LLC (PRO SE)
     CORPORATION SERVICES COMP
     40 TECHNOLOGY PKWY S #300
     NORCROSS, GA, 30092-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/21/2016 1:52:35 PM

Notice Date:     10/21/2016 1:52:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  MOHAWK GROUP, INC. (PRO SE)
     CORPORATION SERVICE COMPA
     2711 CENTERVILLE RD #400
     WILMINGTON, DE, 19808-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/21/2016 1:52:35 PM

Notice Date:     10/21/2016 1:52:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To: MOHAWK INDUSTRIES, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTERVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/21/2016 1:52:35 PM

Notice Date:      10/21/2016 1:52:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  ORIENTAL WEAVERS USA, INC. (PRO SE)
     AHMED SALAMA
     3252 LOWER DUG GAP RD.
     DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/21/2016 1:52:35 PM

Notice Date:     10/21/2016 1:52:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  S & S MILLS, INC. (PRO SE)
     ROBERT G. MCCURRY
     402 SELVIDGE ST.
     DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/21/2016 1:52:35 PM

Notice Date:      10/21/2016 1:52:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  SAVANNAH MILLS GROUP, LLC (PRO SE)
BENNIE M LAUGHTER
115 WEST KING ST.
DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/21/2016 1:52:35 PM

Notice Date:      10/21/2016 1:52:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  SHAW INDUSTRIES, INC. (PRO SE)
CSC LAWYERS INCORPORATING
150 S. PERRY STREET
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/21/2016 1:52:35 PM

Notice Date:    10/21/2016 1:52:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  TANDUS CENTIVA INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/21/2016 1:52:35 PM

Notice Date:      10/21/2016 1:52:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  TANDUS CENTIVA US LLC (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/21/2016 1:52:35 PM

Notice Date:     10/21/2016 1:52:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  THE DIXIE GROUP (PRO SE)
     CT CORPORATION SYSTEM
     1201 PEACHTREE ST. NE
     ATLANTA, GA, 30361-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/21/2016 1:52:35 PM

Notice Date:      10/21/2016 1:52:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  TIARCO CHEMICAL COMPANY, INC. (PRO SE)
     FREDERICK H. HOWALT, III
     1400 TIARCO DR.
     DALTON, GA, 30721-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/21/2016 1:52:35 PM

Notice Date:     10/21/2016 1:52:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  JONES RHON EUGENE
      rhon.jones@beasleyallen.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/21/2016 1:52:35 PM

Notice Date:      10/21/2016 1:52:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   BROCKWELL GREGORY AUSTIN
      gbrockwell@lsppc.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following NOTICE OF APPEARANCE was FILED on 10/21/2016 1:52:35 PM

Notice Date:     10/21/2016 1:52:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



ELECTRONICALLY FILED
10/21/2016 1:54 PM
31-CV-2016-900676.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

## IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

THE WATER WORKS AND
SEWER BOARD OF THE CITY
OF GADSDEN,

      Plaintiff,

v.                            CIVIL ACTION NO. CV-2016-900676

3M COMPANY; APRICOT
INTERNATIONAL, INC.;
ARROWSTAR, LLC; BEAULIEU
GROUP, LLC; BEAULIEU OF
AMERICA, INC.; COLLINS &
AIKMAN FLOOR COVERING
INTERNATIONAL, INC.;
DALTONIAN FLOORING, INC.;
DEPENDABLE RUG MILLS, INC.;
DORSETT INDUSTRIES, INC.;
DYSTAR, L.P.; ECMH, LLC d/b/a
CLAYTON MILLER
HOSPITALITY CARPETS;
EMERALD CARPETS, INC.;
FORTUNE CONTRACT, INC.;
HARCROS CHEMICAL, INC.;
HOME CARPET INDUSTRIES,
LLC; INDIAN SUMMER CARPET
MILLS, INC.; INDUSTRIAL
CHEMICALS, INC.; J&J
INDUSTRIES, INC.; KALEEN
RUGS, INC.; LEXMARK CARPET
MILLS, INC.; LYLE INDUSTRIES,
INC.; MFG CHEMICAL, INC.;
MOHAWK CARPET, LLC;
MOHAWK GROUP, INC.; MOHAWK
INDUSTRIES, INC.; NPC SOUTH,
INC.; ORIENTAL WEAVERS USA,
INC.; S & S MILLS, INC.;

SAVANNAH MILLS GROUP, LLC;
SHAW INDUSTRIES, INC.;
TANDUS CENTIVA, INC.; TANDUS
CENTIVA US, LLC; THE DIXIE
GROUP, INC.; TIARCO CHEMICAL
COMPANY, INC.; VICTOR CARPET
MILLS, INC.; and FICTITIOUS
DEFENDANTS A-J, those persons,
corporations, partnerships or entities
who acted either as principal or agent,
for or in concert with the other named
Defendants and/or whose acts caused
or contributed to the damages
sustained by the Plaintiff, whose
identities are unknown to the Plaintiff,
but which will be substituted by
amendment when ascertained,

        Defendants.

## **ANSWER**

    Comes now the Defendant VICTOR CARPET MILLS, INC., by and through counsel of record, James E. Gentry, and answers the complaint (the "Complaint") in this matter as follows:

### Answer to Statement of the Case Averments

1. Denied as to this Defendant.

2. This Defendant is without sufficient knowledge and/or information to admit or deny this allegation.

3. Denied as to this Defendant.

4. Denied as to this Defendant.

5. Denied as to this Defendant.

6. This paragraph does not require any response from this Defendant.

### Answer to Jurisdictional Averments

7. This paragraph does not require any response from this Defendant.

8. This paragraph does not require any response from this Defendant.

<u>Parties</u>

9.  For answer to paragraphs (9) – (43), his Defendant is without sufficient knowledge and/or information to admit or deny these allegations.

44. For answer to paragraph 44, this Defendant admits it is a foreign corporation but denies it has caused any injury in Etowah County, Alabama.

45. This paragraph does not require any response from this Defendant.


<u>Answer to Factual Allegations</u>

46. Denied as to this Defendant.

47. Denied as to this Defendant.

48. Denied as to this Defendant.

49. Denied as to this Defendant.

50. Denied as to this Defendant.

51. This Defendant is without sufficient knowledge and/or information to admit or deny this allegation.

52. This Defendant is without sufficient knowledge and/or information to admit or deny this allegation.

53. This Defendant is without sufficient knowledge and/or information to admit or deny this allegation.

54. This Defendant is without sufficient knowledge and/or information to admit or deny this allegation.

55. This Defendant is without sufficient knowledge and/or information to admit or deny this allegation.

56. This Defendant is without sufficient knowledge and/or information to admit or deny this allegation.

57. This Defendant is without sufficient knowledge and/or information to admit or deny this allegation.

58. This Defendant is without sufficient knowledge and/or information to admit or deny this allegation.

59. This Defendant is without sufficient knowledge and/or information to admit or deny this allegation.

60. This Defendant is without sufficient knowledge and/or information to admit or deny this allegation.

61. This Defendant is without sufficient knowledge and/or information to admit or deny this allegation.

62. Denied as to this Defendant.

## Answer to Count One

63. This paragraph does not require any response from this Defendant.

64. Denied as to this Defendant.

65. Denied as to this Defendant.

66. Denied as to this Defendant.

## Answer to Count Two

67. This paragraph does not require any response from this Defendant.

68. Denied as to this Defendant.

69. Denied as to this Defendant.

70. Denied as to this Defendant.

71. Denied as to this Defendant.

## Answer to Count Three

72. This paragraph does not require any response from this Defendant.

73. Denied as to this Defendant.

74. Denied as to this Defendant.

75. Denied as to this Defendant.

76. Denied as to this Defendant.

77. Denied as to this Defendant.

78. Denied as to this Defendant.

## Answer to Count Four

79. This paragraph does not require any response from this Defendant.

80. Denied as to this Defendant.

81. Denied as to this Defendant.

82. Denied as to this Defendant.

83. Denied as to this Defendant.

84. Denied as to this Defendant.

## Answer to Count Five

85. This paragraph does not require any response from this Defendant.

86. Denied as to this Defendant.

87. Denied as to this Defendant.

## ADDITIONAL DEFENSES

1. The complaint fails to state a claim upon which relief can be granted.

2. Defendant pleads not guilty.

3. Defendant pleads the general issue.

4. Defendant denies the allegations in the "Factual Allegations" portion of the Complaint and demands strict proof thereof.

5. Defendant denies the allegations in Count One of the Complaint and demands strict proof thereof.

6. Defendant denies the allegations in Count Two of the Complaint and demands strict proof thereof.

7. Defendant denies the allegations in Count Three of the Complaint and demands strict proof thereof.

8. Defendant denies the allegations in Count Four of the Complaint and demands strict proof thereof.

9. Defendant denies the allegations in Count Five of the Complaint and demands strict proof thereof.

10. Defendant denies the plaintiff is entitled to any damages in this case.

11. Defendant denies plaintiff is entitled to the damages sought in the complaint.

12. Defendant pleads laches.

13. Defendant pleads the statute of limitations.

14. Plaintiff's claim of punitive damages violates the Fourth, Fifth, Sixth, Eighth and Fourteenth Amendments of the Constitution of the United States, and Article I, Section 6 of the Constitution of Alabama on the following grounds:

(a) It is a violation of the Due Process and Equal Protection Clause of the Fourteenth Amendment of the United States Constitution to impose punitive damages, which are penal in nature, against a civil defendant upon the plaintiff's satisfying a burden of

proof which is less than the "beyond a reasonable doubt" burden required in criminal cases;

(b) The procedures pursuant to which punitive damages are awarded in this state constitute an unconstitutional impediment, infringement and restraint to defendant's rights under the Commerce Clause of the United States Constitution;

(c) The procedures pursuant to which punitive damages are awarded in this state fail to provide a reasonable limit on the amount of the award against defendant, which thereby violates the Due Process Clause of the Fourteenth Amendment of the United States Constitution;

(d) The procedures pursuant to which punitive damages are awarded in this state result in the imposition of different penalties for the same or similar acts and, thus, violates the Equal Protection Clause of the Fourteenth Amendment of the United States Constitution;


/s James E. Gentry
James E. Gentry

Of Counsel:
James E. Gentry, LLC
Attorney at Law
601 Greensboro Avenue, Suite 1-A
Tuscaloosa, Alabama 35401
(205) 349-4147
Email:  jimgent2317@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2016, I electronically filed the foregoing with the Clerk of the Court by using the e-filing system which will send a notice of electronic filing to all parties and/or their counsel of record:

Jere L. Beasley
Rhon E. Jones
Richard D. Stratton
Grant M. Cofer
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103

Roger H. Bedford
ROGER BEDFORD & ASSOCIATES, P.C.
P.O. Box 370
Russellville, AL 35653

Gregory A. Brockwell
LEITMAN, SIEGAL & PAYNE, P.C.
420 20th Street North, Suite 2000
Birmingham, AL 35203

/s James E. Gentry
James E. Gentry



AlaFile E-Notice

31-CV-2016-900676.00

To:   JAMES ERIK GENTRY
        jimgent2317@gmail.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/21/2016 1:54:19 PM

Notice Date:        10/21/2016 1:54:19 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  3M COMPANY, INC. (PRO SE)
C T CORPORATION SYSTEM
2 N JACKSON ST., STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/21/2016 1:54:19 PM

Notice Date:     10/21/2016 1:54:19 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   APRICOT INTERNATIONAL, INC. (PRO SE)
      GUY BINETTE
      P.O. BOX 1544
      DALTON, GA, 30721-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/21/2016 1:54:19 PM

Notice Date:      10/21/2016 1:54:19 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   ARROWSTAR, LLC (PRO SE)
      KEVIN HARRIS
      530 N. ELM STREET
      DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/21/2016 1:54:19 PM

Notice Date:      10/21/2016 1:54:19 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To: BEAULIEU GROUP LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGY PARKWAY SOU
NORCROSS, GA, 30092-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/21/2016 1:54:19 PM

Notice Date:     10/21/2016 1:54:19 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   BEAULIEU OF AMERICA, INC (PRO SE)
      PETER N. FARLEY
      1502 CORONET DR.
      DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/21/2016 1:54:19 PM

Notice Date:      10/21/2016 1:54:19 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To: COLLINS & AIKMAN FLOOR COVERING INTERNATIONAL, INC (P
THE PRENTICE-HALL CORPORA
2711 CENTERVILLE RD. SUIT
WILMINGTON, DE, 19808-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/21/2016 1:54:19 PM

Notice Date:      10/21/2016 1:54:19 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   DALTONIAN FLOORING, INC. (PRO SE)
      R. MIKE WITHROCK
      402 W. CUYLER ST.
      DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/21/2016 1:54:19 PM

Notice Date:      10/21/2016 1:54:19 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  DEPENDABLE RUG MILLS, INC. (PRO SE)
     JERRY NEALEY
     515 MIRACLE DR.
     ROCKY FACE, GA, 30740-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/21/2016 1:54:19 PM

Notice Date:      10/21/2016 1:54:19 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  DORSETT INDUSTRIES, INC. (PRO SE)
     BRYAN C. MACON
     1304 MAY ST.
     DALTON, GA, 30721-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/21/2016 1:54:19 PM

Notice Date:      10/21/2016 1:54:19 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  DYSTAR, L.P. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE STREET, NE
ATLANTA, GA, 30361-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/21/2016 1:54:19 PM

Notice Date:      10/21/2016 1:54:19 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To: ECMH, LLC D/B/A CLAYTON MILLER HOSPITALITY CARPETS (PR
JOHN T. MINOR IV
745 COLLEGE DR., SUITE B
DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/21/2016 1:54:19 PM

Notice Date:     10/21/2016 1:54:19 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   EMERALD CARPETS, INC. (PRO SE)
      TOM MINOR
      745 COLLEGE DRIVE
      DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/21/2016 1:54:19 PM

Notice Date:      10/21/2016 1:54:19 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To: HARCROS CHEMICAL, INC. (PRO SE)
C T CORPORATION SYSTEM
2 N JACKSON ST, SUITE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/21/2016 1:54:19 PM

Notice Date:     10/21/2016 1:54:19 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   HOME CARPET INDUSTRIES LLC (PRO SE)
      CARL D. WESTFALL
      2730 DUG GAP RD.
      DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/21/2016 1:54:19 PM

Notice Date:      10/21/2016 1:54:19 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  INDUSTRIAL CHEMICALS, INC. (PRO SE)
     WILLIAM L. WELCH
     2042 MONTREAT DRIVE
     BIRMINGHAM, AL, 35218-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/21/2016 1:54:19 PM

Notice Date:     10/21/2016 1:54:19 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   J&J INDUSTRIES, INC. (PRO SE)
      JAMES E. BETHEL
      615 VALLEY DR.
      DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/21/2016 1:54:19 PM

Notice Date:      10/21/2016 1:54:19 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   KALEEN RUGS INC. (PRO SE)
MANMOHAN RATHI
103 BONNY OAKS DR.
DALTON, GA, 30721-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/21/2016 1:54:19 PM

Notice Date:     10/21/2016 1:54:19 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  LEXMARK CARPET MILLS INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST. SUITE
ATLANTA, GA, 30361-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/21/2016 1:54:19 PM

Notice Date:     10/21/2016 1:54:19 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  LYLE INDUSTRIES, INC. (PRO SE)
     LYLE G. LAMAR
     1800 KIMBERLY PARK DR.
     DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/21/2016 1:54:19 PM

Notice Date:      10/21/2016 1:54:19 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  MFG CHEMICAL, INC. (PRO SE)
     CHARLES GAVIN, III
     1804 KIMBERLY PARK DRIVE
     DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/21/2016 1:54:19 PM

Notice Date:    10/21/2016 1:54:19 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  MOHAWK CARPET, LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGY PKWY S #300
NORCROSS, GA, 30092-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/21/2016 1:54:19 PM

Notice Date:     10/21/2016 1:54:19 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  MOHAWK GROUP, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTERVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/21/2016 1:54:19 PM

Notice Date:    10/21/2016 1:54:19 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   MOHAWK INDUSTRIES, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTERVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/21/2016 1:54:19 PM

Notice Date:     10/21/2016 1:54:19 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  ORIENTAL WEAVERS USA, INC. (PRO SE)
     AHMED SALAMA
     3252 LOWER DUG GAP RD.
     DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/21/2016 1:54:19 PM

Notice Date:     10/21/2016 1:54:19 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  S & S MILLS, INC. (PRO SE)
     ROBERT G. MCCURRY
     402 SELVIDGE ST.
     DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/21/2016 1:54:19 PM

Notice Date:      10/21/2016 1:54:19 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  SAVANNAH MILLS GROUP, LLC (PRO SE)
BENNIE M LAUGHTER
115 WEST KING ST.
DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/21/2016 1:54:19 PM

Notice Date:     10/21/2016 1:54:19 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   SHAW INDUSTRIES, INC. (PRO SE)
      CSC LAWYERS INCORPORATING
      150 S. PERRY STREET
      MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/21/2016 1:54:19 PM

Notice Date:    10/21/2016 1:54:19 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   TANDUS CENTIVA INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/21/2016 1:54:19 PM

Notice Date:      10/21/2016 1:54:19 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   TANDUS CENTIVA US LLC (PRO SE)
      CT CORPORATION SYSTEM
      1201 PEACHTREE ST #1240
      ATLANTA, GA, 30361-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/21/2016 1:54:19 PM

Notice Date:     10/21/2016 1:54:19 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  THE DIXIE GROUP (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST. NE
ATLANTA, GA, 30361-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/21/2016 1:54:19 PM

Notice Date:      10/21/2016 1:54:19 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  TIARCO CHEMICAL COMPANY, INC. (PRO SE)
     FREDERICK H. HOWALT, III
     1400 TIARCO DR.
     DALTON, GA, 30721-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/21/2016 1:54:19 PM

Notice Date:     10/21/2016 1:54:19 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

To:   JONES RHON EUGENE
        rhon.jones@beasleyallen.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/21/2016 1:54:19 PM

Notice Date:      10/21/2016 1:54:19 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  BROCKWELL GREGORY AUSTIN
     gbrockwell@lsppc.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/21/2016 1:54:19 PM

Notice Date:     10/21/2016 1:54:19 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

ELECTRONICALLY FILED
10/24/2016 8:58 AM
31-CV-2016-900676.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

# STATE OF ALABAMA

**Unified Judicial System**

31-ETOWAH

Revised 3/5/08

☐ District Court   ☑ Circuit Court

Cas...

CV2...

| | |
|---|---|
| WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC. | **CIVIL MOTION COVER SHEET**<br>*Name of Filing Party:* D019 - KALEEN RUGS INC. |

*Name, Address, and Telephone No. of Attorney or Party. If Not Represented.*

CHARLES GLOVER FISHER VI

633 CHESTNUT STREET, SUITE 900

CHATTANOOGA, TN 37450

*Attorney Bar No.:* FIS014

☐ Oral Arguments Requested

## TYPE OF MOTION

| Motions Requiring Fee | Motions Not Requiring Fee |
|---|---|
| ☐ Default Judgment ($50.00) | ☐ Add Party |
| ☐ Joinder in Other Party's Dispositive Motion (i.e.Summary Judgment, Judgment on the Pleadings, orother Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Amend |
| | ☐ Change of Venue/Transfer |
| ☐ Judgment on the Pleadings ($50.00) | ☐ Compel |
| ☑ Motion to Dismiss, or in the Alternative SummaryJudgment($50.00) | ☐ Consolidation |
| | ☐ Continue |
| ☐ Renewed Dispositive Motion(Summary Judgment,Judgment on the Pleadings, or other DispositiveMotion not pursuant to Rule 12(b)) ($50.00) | ☐ Deposition |
| | ☐ Designate a Mediator |
| ☐ Summary Judgment pursuant to Rule 56($50.00) | ☐ Judgment as a Matter of Law (during Trial) |
| ☐ Motion to Intervene ($297.00) | ☐ Disburse Funds |
| ☐ Other _____ | ☐ Extension of Time |
| pursuant to Rule _____ ($50.00) | ☐ In Limine |
| | ☐ Joinder |
| *Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees. | ☐ More Definite Statement |
| | ☐ Motion to Dismiss pursuant to Rule 12(b) |
| | ☐ New Trial |
| ☐ Local Court Costs $ 0 | ☐ Objection of Exemptions Claimed |
| | ☐ Pendente Lite |
| | ☐ Plaintiff's Motion to Dismiss |
| | ☐ Preliminary Injunction |
| | ☐ Protective Order |
| | ☐ Quash |
| | ☐ Release from Stay of Execution |
| | ☐ Sanctions |
| | ☐ Sever |
| | ☐ Special Practice in Alabama |
| | ☐ Stay |
| | ☐ Strike |
| | ☐ Supplement to Pending Motion |
| | ☐ Vacate or Modify |
| | ☐ Withdraw |
| | ☐ Other _____ |
| | pursuant to Rule _____ (Subject to Filing Fee) |

| | | |
|---|---|---|
| Check here if you have filed or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees) ☐ | Date:<br><br>10/24/2016 8:49:20 AM | Signature of Attorney or Party<br>/s/ CHARLES GLOVER FISHER VI |

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.

**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.


ELECTRONICALLY FILED
10/24/2016 8:58 AM
31-CV-2016-900676.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

## IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

|  |  |  |
|---|---|---|
| THE WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 31-CV-2016-900676.00 |
| 3M COMPANY, *et al.* | ) ) | |
| Defendants. | ) ) | |

### DEFENDANT KALEEN RUGS, INC.'S MOTION TO DISMISS PURSUANT TO A.R.C.P. 12(b)(2) and (6), AND ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT PURSUANT TO A.R.C.P. 56

Defendant Kaleen Rugs, Inc. ("Kaleen"), by and through its attorneys, Grant, Konvalinka & Harrison, P.C., respectfully moves the Court to enter an Order dismissing it from this litigation pursuant to A.R.C.P. 12(b)(2) and (6). Alternatively, Kaleen moves for summary judgment pursuant to A.R.C.P. 56 in that there is no genuine issue of material fact, and Kaleen is entitled to judgment as a matter of law. In support of this Motion, Kaleen would show the following, as supported by the Affidavit of Kaleen's Senior Vice President, Blake Dennard, filed herewith.

1.      Plaintiff has incorrectly and wrongfully named Kaleen as a Defendant. Kaleen is not a manufacturer, does not utilize any of the chemicals set forth in the Complaint and does not discharge any such chemicals into any water supply.

2.      Kaleen is a Georgia corporation, does not conduct business in, or have sufficient minimum contacts with, Alabama to support personal jurisdiction.

Based upon the undisputed facts, as shown in the Affidavit of Blake Dennard, Kaleen respectfully submits that all claims against it should be dismissed with prejudice. The facts alleged by Plaintiff are simply incorrect in their entirety. [1]

WHEREFORE, Defendant Kaleen Rugs, Inc. respectfully requests that this Court enter an Order dismissing it from this matter, with all costs to be taxed against Plaintiff.

Respectfully submitted,

GRANT, KONVALINKA & HARRISON, P.C.

Charles G. Fisher (FIS014)
Mathew D. Brownfield, TN BPR #010921
633 Chestnut Street, Suite 900
Chattanooga, TN 37450
(423) 756-8400
(423) 756-6518 facsimile
mbrownfield@gkhpc.com
*Attorneys for Kaleen Rugs, Inc.*

---

[1] At this time, Kaleen is wholly unaware of the scope of any investigation conducted by Plaintiff with regard to the allegations asserted against Kaleen.

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the below-listed parties electronically or by first class United States Mail, properly addressed and postage pre-paid, on this ___24TH___ day of ___OCTOBER___, 2016.

Rhon E. Jones, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
PO Box 4160
Montgomery, AL 36103
*Attorneys for Plaintiff*

Roger H. Bedford
Roger Bedford & Associates, P.C.
PO Box 370
Russellville, AL 35653
*Attorneys for Plaintiff*

\\Gkhdc01\ca\Matters\K376 @12957\00003 @100247\Motion to Dismiss.docx



ELECTRONICALLY FILED
10/24/2016 8:58 AM
31-CV-2016-900676.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

## IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

THE WATER WORKS AND SEWER      )
BOARD OF THE CITY OF GADSDEN,   )
                                )
    Plaintiff,                  )
                                )
v.                              )   Civil Action No. 31-CV-2016-900676.00
                                )
3M COMPANY, *et al.*            )
                                )
    Defendants.                 )

### DEFENDANT KALEEN RUGS, INC.'S MEMORANDUM IN SUPPORT OF MOTION TO DISMISS, OR ALTERNATIVELY, FOR SUMMARY JUDGMENT PURSUANT TO A.R.C.P. 56

## I.    INTRODUCTION

This matter is before the Court upon consideration of Defendant Kaleen Rugs, Inc.'s ("Kaleen") Motion to Dismiss Pursuant to A.R.C.P. 12(b)(2) and (6), or Alternatively for Summary Judgment Pursuant to A.R.C.P. 56. Plaintiff has wrongfully and incorrectly alleged that Kaleen is a manufacturer (Complaint at ¶¶ 3, 47), utilizes various toxic chemicals (Complaint at ¶¶ 3, 47), and discharges water containing those chemicals from a manufacturing plant located in the area of Dalton, Georgia (Complaint at ¶¶ 3-5, 47). Those contentions are unsupportable and are wholly untrue. Kaleen has not participated in any such actions and lacks sufficient minimal contacts to support personal jurisdiction in the State of Alabama.

## II.    RELEVANT FACTS

As shown by the Affidavit of Blake Dennard, Senior Vice-President of Kaleen, submitted herewith, the following facts are undisputed:

1.    Kaleen is a Georgia corporation with its principal place of business in Dalton, Georgia. Kaleen does not manufacture rugs or carpet or any other product. (Dennard Aff. at ¶ 2).

2.      Kaleen imports only finished products and then distributes those products. (*Id.* at ¶ 3).

3.      Kaleen does not utilize or supply any chemicals related to the rug or carpet manufacturing process, including those named in the Complaint. (*Id.* at ¶ 4).

4.      Kaleen does not discharge any chemicals related to the rug or carpet manufacturing process into any water supply. (*Id.* at ¶ 5).

5.      Kaleen has not contributed in any way to any water contamination problems in Gadsden, Alabama, as alleged in the Complaint. Since Kaleen does not utilize any of the chemicals set forth in the Complaint, it is physically impossible for it to have done so. (*Id.* at ¶ 6).

6.      Kaleen does not manufacture any products in the State of Alabama. Kaleen has no plant or business location in the State of Alabama and has no employees in Alabama. As set forth above, Kaleen has not contributed to any tortious activity in Alabama, as asserted in the Complaint. (*Id.* at ¶ 7).

## II.     APPLICABLE LAW

### A.     Lack of personal jurisdiction

The standard for dismissal for lack of personal jurisdiction was summarized by the Alabama Supreme Court in *Ex parte Lowengart*, 59 So.3d 673, 678 (Ala. 2010), as follows:

> "In considering a <u>Rule 12(b)(2), Ala. R. Civ. P.</u>, motion to dismiss for want of personal jurisdiction, a court must consider as true the allegations of the plaintiff's complaint not controverted by the defendant's affidavits, <u>*Robinson v. Giarmarco & Bill, P.C.,*</u> 74 F.3d 253 (11th Cir.1996), and <u>*Cable/Home Communication Corp. v. Network Productions, Inc.,*</u> 902 F.2d 829 (11th Cir.1990), and 'where the plaintiff's complaint and the defendant's affidavits conflict, the ... court must construe all reasonable inferences in favor of the plaintiff.' <u>*Robinson,*</u> 74 F.3d at 255 (quoting <u>*Madara v. Hall,*</u> 916 F.2d 1510, 1514 (11th Cir.1990)). 'For purposes of this appeal [on the issue of *in personam* jurisdiction] the facts as alleged by the ... plaintiff will be considered in a light most favorable to him [or her].' <u>*Duke v. Young,*</u> 496 So.2d 37, 38 (Ala.1986)."

*Ex parte McInnis,* 820 So.2d at 798.

In *Ex parte Covington Pike Dodge, Inc.,* 904 So.2d 226, 229–30 (Ala.2004), this Court stated:

> "[I]f the defendant makes a prima facie evidentiary showing that the Court has no personal jurisdiction, 'the plaintiff is then required to substantiate the jurisdictional allegations in the complaint by affidavits or other competent proof, and he may not merely reiterate the factual allegations in the complaint.' *Mercantile Capital, LP v. Federal Transtel, Inc.,* 193 F.Supp.2d 1243, 1247 (N.D.Ala.2002)(citing *Future Tech. Today, Inc. v. OSF Healthcare Sys.,* 218 F.3d 1247, 1249 (11th Cir.2000)). See also *Hansen v. Neumueller GmbH,* 163 F.R.D. 471, 474–75 (D.Del.1995)('When a defendant files a motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(2), and supports that motion with affidavits, plaintiff is required to controvert those affidavits with his own affidavits or other competent evidence in order to survive the motion.') (citing *Time Share Vacation Club v. Atlantic Resorts, Ltd.,* 735 F.2d 61, 63 (3d Cir.1984))."

> A plaintiff may be entitled to discovery on the issue of personal jurisdiction. *Ex parte Puccio,* 923 So.2d 1069, 1077 (Ala.2005). A plaintiff, however, does not enjoy an automatic right to discovery pertaining to personal jurisdiction in every case. *Ex parte Troncalli Chrysler Plymouth Dodge, Inc.,* 876 So.2d 459 (Ala.2003). In order to be entitled to jurisdictional discovery, the plaintiff must allege facts that would support a colorable claim of jurisdiction. *Id.* Discovery will be denied if it is based on bare, attenuated, or unsupported assertions of personal jurisdiction or if the plaintiff's claim is clearly frivolous. *Id.* "[T]he discovery to which a plaintiff is entitled in such a situation is only discovery that is relevant to the issue of personal jurisdiction, and the plaintiff is entitled to that discovery only when the plaintiff has offered the court more than conjecture and surmise in support of the jurisdictional theory." *Ex parte Gregory,* 947 So.2d 385, 390 (Ala.2006).

**B.    Failure To State A Claim**

"The appropriate standard of review under Rule 12(b)(6) [, Ala. R. Civ. P.,] is whether, when the allegations of the complaint are viewed most strongly in the pleader's favor, it appears that the pleader could prove any set of circumstances that would entitle her to relief. *Raley v. Citibanc of Alabama/Andalusia,* 474 So.2d 640, 641 (Ala.1985); *Hill v. Falletta,* 589 So.2d 746 (Ala.Civ.App.1991). In making this determination, this Court does not consider whether the plaintiff will ultimately prevail, but only whether she may possibly prevail. *Fontenot v. Bramlett,* 470 So.2d 669, 671 (Ala.1985); *Rice v. United Ins. Co. of America,* 465 So.2d 1100, 1101 (Ala.1984). We note that a Rule 12(b)(6) dismissal is proper only when it appears

beyond doubt that the plaintiff can prove no set of facts in support of the claim that would entitle the plaintiff to relief."

*Beckerle v. Moore,* 909 So.2d 185, 187 (Ala.2005) (quoting *Nance v. Matthews,* 622 So.2d 297, 299 (Ala.1993)).

### C.   Summary Judgment

"A summary judgment is proper when there is no genuine issue of material fact and the moving party is entitled to a judgment as a matter of law. Rule 56(c) (3), Ala.R.Civ.P. The burden is on the moving party to make a prima facie showing that there is no genuine issue of material fact and that it is entitled to a judgment as a matter of law. In determining whether the movant has carried that burden, the court is to view the evidence in a light most favorable to the nonmoving party and to draw all reasonable inferences in favor of that party. To defeat a properly supported summary judgment motion, the nonmoving party must present 'substantial evidence' creating a genuine issue of material fact—'evidence of such weight and quality that fair-minded persons in the exercise of impartial judgment can reasonably infer the existence of the fact sought to be proved.' Ala.Code 1975, § 12–21–12; *West v. Founders Life Assurance Co. of Florida,* 547 So.2d 870, 871 (Ala.1989)."

*Capital Alliance Ins. Co. v. Thorough–Clean, Inc.,* 639 So.2d 1349, 1350 (Ala.1994).

*Pritchett v. ICN Medical Alliance, Inc.*, 938 So.2d 933, 935 (Ala. 2006).

## IV.   DISCUSSION AND CONCLUSION

Whether relief is granted pursuant to A.R.C.P. 12(b)(2) and (6) or 56, the result should be the same.  All claims against Defendant Kaleen Rugs, Inc. should be dismissed.

Simply, Plaintiff has brought suit against a wrong party.  Kaleen is not a manufacturer, does not utilize any of the dangerous chemicals at issue, as asserted in the Complaint, and does not discharge any such chemicals into any water supply.  The allegations against Kaleen are entirely erroneous.

Counsel for Kaleen wrote to Plaintiff's counsel on October 5, 2016, by certified mail and email, advising of these basic errors.  To date, no response has been received.

Further, based upon the wholly inaccurate allegations of the Complaint with regard to the actions of Kaleen, this Court lacks personal jurisdiction over Kaleen. Kaleen is a Georgia corporation, which has no plant or business location in the State of Alabama and has no employees there. As shown by Mr. Dennard's Affidavit, Kaleen has caused no tortious impact in the State of Alabama.

For the reasons set forth herein, Kaleen respectfully requests the Court grant its Motion, with all claims against it being dismissed.

Respectfully submitted,

GRANT, KONVALINKA & HARRISON, P.C.

_____

Charles G. Fisher (FIS014)
Mathew D. Brownfield, TN BPR #010921
633 Chestnut Street, Suite 900
Chattanooga, TN 37450
(423) 756-8400
(423) 756-6518 facsimile
mbrownfield@gkhpc.com
*Attorneys for Kaleen Rugs, Inc.*

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing has been served upon the below-listed parties electronically or by first class United States Mail, properly addressed and postage pre-paid, on this _24th_ day of _October_, 2016.

Rhon E. Jones, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
PO Box 4160
Montgomery, AL 36103
*Attorneys for Plaintiff*

Roger H. Bedford
Roger Bedford & Associates, P.C.
PO Box 370
Russellville, AL 35653
*Attorneys for Plaintiff*

\\Gkhdc01\ca\Matters\K376 @12957\00003 @100247\Memo in Support of Motion to Dismiss.docx

ELECTRONICALLY FILED
10/24/2016 8:58 AM
31-CV-2016-900676.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

## IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

THE WATER WORKS AND SEWER )
BOARD OF THE CITY OF GADSDEN, )
                              )
       Plaintiff,               )
                              )
v.                             )     Civil Action No. 31-CV-2016-900676.00
                              )
3M COMPANY, *et al.*         )
                              )
       Defendants.        )

## AFFIDAVIT OF BLAKE DENNARD

Blake Dennard, being first duly sworn according to law, states as follows:

1.     I am over eighteen (18) years of age, am competent to provide this affidavit, and have personal knowledge of the facts stated herein, all of which are true and correct. I am the Senior Vice-President of Kaleen Rugs, Inc. ("Kaleen").

2.     Kaleen is a Georgia corporation with its principal place of business in Dalton, Georgia. Kaleen does not manufacture rugs or carpet or any other product.

3.     Kaleen imports only finished products and then distributes those products.

4.     Kaleen does not utilize or supply any chemicals related to the rug or carpet manufacturing process, including those named in the Complaint.

5.     Kaleen does not discharge any chemicals related to the rug or carpet manufacturing process into any water supply.

6.     Kaleen has not contributed in any way to any water contamination problems in Gadsden, Alabama, as alleged in the Complaint. Since Kaleen does not utilize any of the chemicals set forth in the Complaint, it is physically impossible for it to have done so.

7.      Kaleen does not manufacture any products in the State of Alabama.  Kaleen has no

plant or business location in the State of Alabama and has no employees in Alabama.  As set forth

above, Kaleen has not contributed to any tortious activity in Alabama, as asserted in the Complaint.

Further Affiant saith not.

BLAKE DENNARD,
Senior Vice President, Kaleen Rugs, Inc.

STATE OF _____GEORGIA_____

COUNTY OF _____WHITFIELD_____

Sworn to and subscribed this 24ᵀᴴ day of October, 2016.

_____
Notary Public
My Commission Expires:  11/23/2016

MATHEW D. BROWNFIELD
NOTARY PUBLIC
CATOOSA COUNTY, GEORGIA

2

Respectfully submitted,

GRANT, KONVALINKA & HARRISON, P.C.

Charles G. Fisher (FIS014)
Mathew D. Brownfield, TN BPR #010921
633 Chestnut Street, Suite 900
Chattanooga, TN 37450
(423) 756-8400
(423) 756-6518 facsimile
mbrownfield@gkhpc.com
*Attorneys for Kaleen Rugs, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the below-listed parties electronically or by first class United States Mail, properly addressed and postage pre-paid, on this 24TH day of OCTOBER, 2016.

Rhon E. Jones, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
PO Box 4160
Montgomery, AL 36103
*Attorneys for Plaintiff*

Roger H. Bedford
Roger Bedford & Associates, P.C.
PO Box 370
Russellville, AL 35653
*Attorneys for Plaintiff*

\\GKHDC01\CA\Matters\K376 @12957\00003 @100247\Affidavit of Blake Dennard.docx

3



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  CHARLES GLOVER FISHER VI
     cfisher@gkhpc.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/24/2016 8:59:04 AM

D019 KALEEN RUGS INC.

MOTION TO DISMISS, OR IN THE ALTERNATIVE SUMMARY JUDGMENT

[Filer: FISHER CHARLES GLOVER VI]

Notice Date:     10/24/2016 8:59:04 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  3M COMPANY, INC. (PRO SE)
C T CORPORATION SYSTEM
2 N JACKSON ST., STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/24/2016 8:59:04 AM

D019 KALEEN RUGS INC.

MOTION TO DISMISS, OR IN THE ALTERNATIVE SUMMARY JUDGMENT

[Filer: FISHER CHARLES GLOVER VI]

Notice Date:      10/24/2016 8:59:04 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   APRICOT INTERNATIONAL, INC. (PRO SE)
      GUY BINETTE
      P.O. BOX 1544
      DALTON, GA, 30721-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/24/2016 8:59:04 AM

D019 KALEEN RUGS INC.

MOTION TO DISMISS, OR IN THE ALTERNATIVE SUMMARY JUDGMENT

[Filer: FISHER CHARLES GLOVER VI]

Notice Date:      10/24/2016 8:59:04 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  ARROWSTAR, LLC (PRO SE)
     KEVIN HARRIS
     530 N. ELM STREET
     DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/24/2016 8:59:04 AM

D019 KALEEN RUGS INC.

MOTION TO DISMISS, OR IN THE ALTERNATIVE SUMMARY JUDGMENT

[Filer: FISHER CHARLES GLOVER VI]

Notice Date:     10/24/2016 8:59:04 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  BEAULIEU GROUP LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGY PARKWAY SOU
NORCROSS, GA, 30092-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/24/2016 8:59:04 AM

D019 KALEEN RUGS INC.

MOTION TO DISMISS, OR IN THE ALTERNATIVE SUMMARY JUDGMENT

[Filer: FISHER CHARLES GLOVER VI]

Notice Date:     10/24/2016 8:59:04 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   BEAULIEU OF AMERICA, INC (PRO SE)
      PETER N. FARLEY
      1502 CORONET DR.
      DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/24/2016 8:59:04 AM

D019 KALEEN RUGS INC.

MOTION TO DISMISS, OR IN THE ALTERNATIVE SUMMARY JUDGMENT

[Filer: FISHER CHARLES GLOVER VI]

Notice Date:      10/24/2016 8:59:04 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   COLLINS & AIKMAN FLOOR COVERING INTERNATIONAL, INC (P
THE PRENTICE-HALL CORPORA
2711 CENTERVILLE RD. SUIT
WILMINGTON, DE, 19808-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/24/2016 8:59:04 AM

D019 KALEEN RUGS INC.

MOTION TO DISMISS, OR IN THE ALTERNATIVE SUMMARY JUDGMENT

[Filer: FISHER CHARLES GLOVER VI]

Notice Date:       10/24/2016 8:59:04 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To: DALTONIAN FLOORING, INC. (PRO SE)
R. MIKE WITHROCK
402 W. CUYLER ST.
DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/24/2016 8:59:04 AM

D019 KALEEN RUGS INC.

MOTION TO DISMISS, OR IN THE ALTERNATIVE SUMMARY JUDGMENT

[Filer: FISHER CHARLES GLOVER VI]

Notice Date:     10/24/2016 8:59:04 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  DEPENDABLE RUG MILLS, INC. (PRO SE)
JERRY NEALEY
515 MIRACLE DR.
ROCKY FACE, GA, 30740-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/24/2016 8:59:04 AM

D019 KALEEN RUGS INC.

MOTION TO DISMISS, OR IN THE ALTERNATIVE SUMMARY JUDGMENT

[Filer: FISHER CHARLES GLOVER VI]

Notice Date:      10/24/2016 8:59:04 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  DORSETT INDUSTRIES, INC. (PRO SE)
     BRYAN C. MACON
     1304 MAY ST.
     DALTON, GA, 30721-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/24/2016 8:59:04 AM

D019 KALEEN RUGS INC.

MOTION TO DISMISS, OR IN THE ALTERNATIVE SUMMARY JUDGMENT

[Filer: FISHER CHARLES GLOVER VI]

Notice Date:     10/24/2016 8:59:04 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   DYSTAR, L.P. (PRO SE)
      CT CORPORATION SYSTEM
      1201 PEACHTREE STREET, NE
      ATLANTA, GA, 30361-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/24/2016 8:59:04 AM

D019 KALEEN RUGS INC.

MOTION TO DISMISS, OR IN THE ALTERNATIVE SUMMARY JUDGMENT

[Filer: FISHER CHARLES GLOVER VI]

Notice Date:     10/24/2016 8:59:04 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To: ECMH, LLC D/B/A CLAYTON MILLER HOSPITALITY CARPETS (PF
JOHN T. MINOR IV
745 COLLEGE DR., SUITE B
DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/24/2016 8:59:04 AM

D019 KALEEN RUGS INC.

MOTION TO DISMISS, OR IN THE ALTERNATIVE SUMMARY JUDGMENT

[Filer: FISHER CHARLES GLOVER VI]

Notice Date:    10/24/2016 8:59:04 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  EMERALD CARPETS, INC. (PRO SE)
TOM MINOR
745 COLLEGE DRIVE
DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/24/2016 8:59:04 AM

D019 KALEEN RUGS INC.

MOTION TO DISMISS, OR IN THE ALTERNATIVE SUMMARY JUDGMENT

[Filer: FISHER CHARLES GLOVER VI]

Notice Date:      10/24/2016 8:59:04 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  HARCROS CHEMICAL, INC. (PRO SE)
C T CORPORATION SYSTEM
2 N JACKSON ST, SUITE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/24/2016 8:59:04 AM

D019 KALEEN RUGS INC.

MOTION TO DISMISS, OR IN THE ALTERNATIVE SUMMARY JUDGMENT

[Filer: FISHER CHARLES GLOVER VI]

Notice Date:     10/24/2016 8:59:04 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  HOME CARPET INDUSTRIES LLC (PRO SE)
CARL D. WESTFALL
2730 DUG GAP RD.
DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/24/2016 8:59:04 AM

D019 KALEEN RUGS INC.

MOTION TO DISMISS, OR IN THE ALTERNATIVE SUMMARY JUDGMENT

[Filer: FISHER CHARLES GLOVER VI]

Notice Date:     10/24/2016 8:59:04 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  INDUSTRIAL CHEMICALS, INC. (PRO SE)
     WILLIAM L. WELCH
     2042 MONTREAT DRIVE
     BIRMINGHAM, AL, 35218-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/24/2016 8:59:04 AM

D019 KALEEN RUGS INC.

MOTION TO DISMISS, OR IN THE ALTERNATIVE SUMMARY JUDGMENT

[Filer: FISHER CHARLES GLOVER VI]

Notice Date:     10/24/2016 8:59:04 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   J&J INDUSTRIES, INC. (PRO SE)
      JAMES E. BETHEL
      615 VALLEY DR.
      DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/24/2016 8:59:04 AM

D019 KALEEN RUGS INC.

MOTION TO DISMISS, OR IN THE ALTERNATIVE SUMMARY JUDGMENT

[Filer: FISHER CHARLES GLOVER VI]

Notice Date:      10/24/2016 8:59:04 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  KALEEN RUGS INC. (PRO SE)
MANMOHAN RATHI
103 BONNY OAKS DR.
DALTON, GA, 30721-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/24/2016 8:59:04 AM

D019 KALEEN RUGS INC.
MOTION TO DISMISS, OR IN THE ALTERNATIVE SUMMARY JUDGMENT
[Filer: FISHER CHARLES GLOVER VI]

Notice Date:    10/24/2016 8:59:04 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  LEXMARK CARPET MILLS INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST. SUITE
ATLANTA, GA, 30361-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/24/2016 8:59:04 AM

D019 KALEEN RUGS INC.

MOTION TO DISMISS, OR IN THE ALTERNATIVE SUMMARY JUDGMENT

[Filer: FISHER CHARLES GLOVER VI]

Notice Date:      10/24/2016 8:59:04 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  LYLE INDUSTRIES, INC. (PRO SE)
LYLE G. LAMAR
1800 KIMBERLY PARK DR.
DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/24/2016 8:59:04 AM

D019 KALEEN RUGS INC.

MOTION TO DISMISS, OR IN THE ALTERNATIVE SUMMARY JUDGMENT

[Filer: FISHER CHARLES GLOVER VI]

Notice Date:      10/24/2016 8:59:04 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   MFG CHEMICAL, INC. (PRO SE)
      CHARLES GAVIN, III
      1804 KIMBERLY PARK DRIVE
      DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/24/2016 8:59:04 AM

D019 KALEEN RUGS INC.

MOTION TO DISMISS, OR IN THE ALTERNATIVE SUMMARY JUDGMENT

[Filer: FISHER CHARLES GLOVER VI]

Notice Date:      10/24/2016 8:59:04 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To: MOHAWK CARPET, LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGY PKWY S #300
NORCROSS, GA, 30092-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/24/2016 8:59:04 AM

D019 KALEEN RUGS INC.

MOTION TO DISMISS, OR IN THE ALTERNATIVE SUMMARY JUDGMENT

[Filer: FISHER CHARLES GLOVER VI]

Notice Date:     10/24/2016 8:59:04 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  MOHAWK GROUP, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTERVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/24/2016 8:59:04 AM

D019 KALEEN RUGS INC.

MOTION TO DISMISS, OR IN THE ALTERNATIVE SUMMARY JUDGMENT

[Filer: FISHER CHARLES GLOVER VI]

Notice Date:     10/24/2016 8:59:04 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  MOHAWK INDUSTRIES, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTERVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/24/2016 8:59:04 AM

D019 KALEEN RUGS INC.

MOTION TO DISMISS, OR IN THE ALTERNATIVE SUMMARY JUDGMENT

[Filer: FISHER CHARLES GLOVER VI]

Notice Date:     10/24/2016 8:59:04 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  ORIENTAL WEAVERS USA, INC. (PRO SE)
     AHMED SALAMA
     3252 LOWER DUG GAP RD.
     DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/24/2016 8:59:04 AM

D019 KALEEN RUGS INC.

MOTION TO DISMISS, OR IN THE ALTERNATIVE SUMMARY JUDGMENT

[Filer: FISHER CHARLES GLOVER VI]

Notice Date:      10/24/2016 8:59:04 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  S & S MILLS, INC. (PRO SE)
     ROBERT G. MCCURRY
     402 SELVIDGE ST.
     DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/24/2016 8:59:04 AM

D019 KALEEN RUGS INC.

MOTION TO DISMISS, OR IN THE ALTERNATIVE SUMMARY JUDGMENT

[Filer: FISHER CHARLES GLOVER VI]

Notice Date:     10/24/2016 8:59:04 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   SAVANNAH MILLS GROUP, LLC (PRO SE)
      BENNIE M LAUGHTER
      115 WEST KING ST.
      DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/24/2016 8:59:04 AM

D019 KALEEN RUGS INC.

MOTION TO DISMISS, OR IN THE ALTERNATIVE SUMMARY JUDGMENT

[Filer: FISHER CHARLES GLOVER VI]

Notice Date:      10/24/2016 8:59:04 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  SHAW INDUSTRIES, INC. (PRO SE)
CSC LAWYERS INCORPORATING
150 S. PERRY STREET
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/24/2016 8:59:04 AM

D019 KALEEN RUGS INC.

MOTION TO DISMISS, OR IN THE ALTERNATIVE SUMMARY JUDGMENT

[Filer: FISHER CHARLES GLOVER VI]

Notice Date:     10/24/2016 8:59:04 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  TANDUS CENTIVA INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/24/2016 8:59:04 AM

D019 KALEEN RUGS INC.

MOTION TO DISMISS, OR IN THE ALTERNATIVE SUMMARY JUDGMENT

[Filer: FISHER CHARLES GLOVER VI]

Notice Date:     10/24/2016 8:59:04 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   TANDUS CENTIVA US LLC (PRO SE)
      CT CORPORATION SYSTEM
      1201 PEACHTREE ST #1240
      ATLANTA, GA, 30361-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/24/2016 8:59:04 AM

D019 KALEEN RUGS INC.

MOTION TO DISMISS, OR IN THE ALTERNATIVE SUMMARY JUDGMENT

[Filer: FISHER CHARLES GLOVER VI]

Notice Date:     10/24/2016 8:59:04 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   THE DIXIE GROUP (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST. NE
ATLANTA, GA, 30361-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/24/2016 8:59:04 AM

D019 KALEEN RUGS INC.
MOTION TO DISMISS, OR IN THE ALTERNATIVE SUMMARY JUDGMENT
[Filer: FISHER CHARLES GLOVER VI]

Notice Date:      10/24/2016 8:59:04 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   TIARCO CHEMICAL COMPANY, INC. (PRO SE)
      FREDERICK H. HOWALT, III
      1400 TIARCO DR.
      DALTON, GA, 30721-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/24/2016 8:59:04 AM

D019 KALEEN RUGS INC.

MOTION TO DISMISS, OR IN THE ALTERNATIVE SUMMARY JUDGMENT

[Filer: FISHER CHARLES GLOVER VI]

Notice Date:     10/24/2016 8:59:04 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   JONES RHON EUGENE
rhon.jones@beasleyallen.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/24/2016 8:59:04 AM

D019 KALEEN RUGS INC.

MOTION TO DISMISS, OR IN THE ALTERNATIVE SUMMARY JUDGMENT

[Filer: FISHER CHARLES GLOVER VI]

Notice Date:     10/24/2016 8:59:04 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   BROCKWELL GREGORY AUSTIN
      gbrockwell@lsppc.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/24/2016 8:59:04 AM

D019 KALEEN RUGS INC.

MOTION TO DISMISS, OR IN THE ALTERNATIVE SUMMARY JUDGMENT

[Filer: FISHER CHARLES GLOVER VI]

Notice Date:      10/24/2016 8:59:04 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  GENTRY JAMES ERIK
jimgent2317@gmail.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/24/2016 8:59:04 AM

D019 KALEEN RUGS INC.

MOTION TO DISMISS, OR IN THE ALTERNATIVE SUMMARY JUDGMENT

[Filer: FISHER CHARLES GLOVER VI]

Notice Date:     10/24/2016 8:59:04 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

ELECTRONICALLY FILED
10/24/2016 11:02 AM
31-CV-2016-900676.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

**IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA**

WATER WORKS AND SEWER BOARD OF )
THE CITY OF GADSDEN, )
Plaintiff, )
    )
V. )Case No.:   CV-2016-900676.00
    )
3M COMPANY, INC., )
APRICOT INTERNATIONAL, INC., )
ARROWSTAR, LLC, )
BEAULIEU GROUP LLC ET AL, )
Defendants. )


**ORDER**

Plaintiff is ordered to respond, in writing, to "Defendant Kaleen Rugs, Inc.'s Motion to Dismiss Pursuant to A.R.C.P 12(b)(2) and (6), and Alternatively, Motion for Summary Judgment Pursuant to A.R.C.P. 56" within **twenty (20) days** of date hereof.


**DONE this 24th day of October, 2016.**

                **/s/ WILLIAM H RHEA III**
                **CIRCUIT JUDGE**

/sh

ELECTRONICALLY FILED
10/24/2016 1:22 PM
31-CV-2016-900676.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

## IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

THE WATER WORKS AND )
SEWER BOARD OF THE CITY )
OF GADSDEN, )
  )
     Plaintiff, )
  )
v. )   CIVIL ACTION NO. 31-CV-2016-900676.00
  )
  )
3M COMPANY; APRICOT )
INTERNATIONAL, INC.; )
ARROWSTAR, LLC; BEAULIEU )
GROUP, LLC; BEAULIEU OF )
AMERICA, INC.; COLLINS & )
AIKMAN FLOOR COVERING )
INTERNATIONAL, INC.; )
DALTONIAN FLOORING, INC.; )
DEPENDABLE RUG MILLS, INC.; )
DORSETT INDUSTRIES, INC.; )
DYSTAR, L.P.; ECMH, LLC d/b/a )
CLAYTON    MILLER )
HOSPITALITY CARPETS; )
EMERALD CARPETS, INC.; )
FORTUNE CONTRACT, INC.; )
HARCROS CHEMICAL, INC.; )
HOME CARPET INDUSTRIES, )
LLC; INDIAN SUMMER CARPET )
MILLS, INC.; INDUSTRIAL )
CHEMICALS, INC.; J&J )
INDUSTRIES, INC.; KALEEN )
RUGS, INC.; LEXMARK CARPET )
MILLS, INC.; LYLE INDUSTRIES, )
INC.; MFG CHEMICAL, INC.; )
MOHAWK CARPET, LLC; )
MOHAWK GROUP, INC.; MOHAWK )
INDUSTRIES, INC.; NPC SOUTH, )
INC.; ORIENTAL WEAVERS USA, )
INC.; S & S MILLS, INC.; )
SAVANNAH MILLS GROUP, LLC; )
SHAW INDUSTRIES, INC.; )
TANDUS CENTIVA, INC.; TANDUS )
CENTIVA US, LLC; THE DIXIE )
GROUP, INC.; TIARCO CHEMICAL )
COMPANY, INC.; VICTOR CARPET )
MILLS, INC.; and FICTITIOUS )

DEFENDANTS A-J, those persons,          )
corporations, partnerships or entities     )
who acted either as principal or agent,    )
for or in concert with the other named    )
Defendants and/or whose acts caused   )
or contributed to the damages             )
sustained by the Plaintiff, whose          )
identities are unknown to the Plaintiff,   )
but which will be substituted by           )
amendment when ascertained,             )

            Defendants.

## ANSWER OF DEFENDANTS ECMH, LLC D/B/A CLAYTON MILLER AND EMERALD CARPETS, INC.

COMES NOW Defendants ECMH, LLC d/b/a Clayton Miller ("Clayton Miller") and Emerald Carpets, Inc. ("Emerald Carpets") (together with Clayton Miller, "Defendants") and respectfully submit their Answer to the Complaint filed by Plaintiff Water Works and Sewer Board of the City of Gadsden ("Plaintiff"), showing the Court as follows:

### FIRST DEFENSE

Plaintiff's claims fail because venue is improper in the Circuit Court of Etowah County, Alabama, as the only resident defendant, Industrial Chemicals, Inc., was fraudulently joined to prevent Defendants from removing this action to federal court.

### SECOND DEFENSE

Defendants plead the general issue.

### THIRD DEFENSE

Plaintiff's claims fail, in whole or in part, for failure to state a claim upon which relief may be granted.

### FOURTH DEFENSE

Plaintiff's claims fail, in whole or in part, to the extent they are preempted by federal law.

### FIFTH DEFENSE

Plaintiff's claims fail because, to the extent Defendants owed Plaintiff a duty of care, Defendants exercised due and reasonable care.

### SIXTH DEFENSE

Plaintiff's claims fail, in whole or in part, for lack of proximate cause.

### SEVENTH DEFENSE

Plaintiff's claims fail, in whole or in part, to the extent that Plaintiff was contributorily negligent.

### EIGHTH DEFENSE

Plaintiff's claims fail, in whole or in part, because it fails to adequately identify and name the appropriate defendants.

### NINTH DEFENSE

Plaintiff's claims fail, in whole or in part, because the injuries and damages alleged by Plaintiff were proximately caused by or contributed to by the acts of Plaintiff, other defendants, and/or other persons or entities, and said acts were an intervening and superseding cause of the injuries and damages, if any, of which Plaintiff complains.

### TENTH DEFENSE

Plaintiff's claims fail, in whole or in part, because of Plaintiff's failure to mitigate its alleged damages.

### ELEVENTH DEFENSE

Plaintiff's claims fail, in whole or in part, because they are barred by the applicable statute of limitation and/or the doctrine of laches.

### TWELFTH DEFENSE

Plaintiff's claims fail, in whole or in part, under the doctrines of waiver and/or estoppel.

### THIRTEENTH DEFENSE

Plaintiff's claims fail, in whole or in part, because they are barred under the economic injury-loss doctrine.

### FOURTEENTH DEFENSE

Plaintiff's claims fail, in whole or in part, because Plaintiff assumed the risk.

### FIFTEENTH DEFENSE

Defendants do not concede that Etowah County, Alabama is the proper venue for this matter as the Defendants cannot receive a fair trial or will be deprived of their right to a fair trial because an impartial jury cannot be seated in this action as required by Alabama law, including, without limitation, the Alabama Constitution and all amendments thereto.

### SIXTEENTH DEFENSE

Plaintiff is not entitled to any injunctive relief.

### SEVENTEENTH DEFENSE

Plaintiff is not entitled to damages.

### EIGHTEENTH DEFENSE

Plaintiff is not entitled to attorneys' fees under Alabama law.

### NINETEENTH DEFENSE

Plaintiff is not entitled to punitive damages.

### TWENTIETH DEFENSE

Defendants assert that any award of punitive damages to Plaintiff in this action constitutes a violation of the constitutional safeguards provided to Defendants under Article 1, Section 6 of the Constitution of Alabama.

## TWENTY-FIRST DEFENSE

To the extent punitive damages are sought in this matter, any such recovery that may be had is limited to the applicable cap on punitive damages specifically set forth in Ala. Code § 6-11-21 (1975).

## TWENTY-SECOND DEFENSE

The imposition of punitive damages in this case would violate Defendants' rights under the Due Process Clause of the United States Constitution and of the Alabama Constitution of 1901 because the authorization for punitive awards and unlimited punitive awards in certain circumstances has a substantial chilling effect on the exercise of fundamental rights to ordered liberty and of access to the courts. Among other things, the present procedure and standards for imposing punitive damages are unconstitutionally vague and violate due process under the aforesaid federal and state constitutional provisions by (1) failing to provide sufficiently objective and specific standards by which juries may decide whether to award punitive damages and to determine the amount of the punitive damage award; (2) failing to provide sufficiently objective and specific standards by which juries may impose punitive damages based upon the culpability of alleged tortfeasors; (3) failing to provide sufficiently objective and specific standards by which juries may award punitive damages against multiple defendants for different alleged acts of wrongdoing; (4) failing to provide sufficiently objective and specific standards by which juries may award separate judgments against alleged tortfeasors; (5) failing to provide a sufficiently clear, objective and specific standard for post-trial and appellate review of awards for punitive damages; and (6) failing to provide a meaningful opportunity for challenging the excessiveness of such awards.

## TWENTY-THIRD DEFENSE

The imposition of punitive damages in this case would violate Defendants' rights under the Equal Protection Clause of the United States Constitution, and deprive Defendants of the right to

equal protection under the law as provided in the Alabama Constitution of 1901 or otherwise under Alabama law, because the absence of sufficient and specific objective standards for the imposition of punitive damages fails to ensure equality of treatment between and among similarly situated civil defendants, because of the differences in burdens of proof and procedural safeguards applicable to criminal proceedings as opposed to civil proceedings, and because of the protection against self-incrimination applicable in criminal proceedings but not in civil proceedings.

### TWENTY-FOURTH DEFENSE

Defendants assert that any award for punitive damages to Plaintiff in this action constitutes a violation of the constitutional safeguards provided to Defendants under the Fourth Fifth, Sixth, Eighth, and Fourteenth Amendments to the United States Constitution.

### TWENTY-FIFTH DEFENSE

Subject to and without waiving or in any way limiting the foregoing defenses, Defendants answer the individually enumerated Paragraphs contained in Plaintiff's Complaint as follows:

### 1.

Defendants deny the allegations in paragraph 1.

### 2.

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 2 and, therefore, deny the same.

### 3.

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 3 and, therefore, deny the same.

### 4.

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 4 and, therefore, deny the same.

**5.**

Defendants deny the allegations in paragraph 5.

**6.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 6 and, therefore, deny the same.

**7.**

Defendants respond by stating that paragraph 7 of the Complaint sets forth legal conclusions, which do not require a response. Defendants reserve the right to dispute any and all conclusions of law and legal opinions set forth by Plaintiff in its Complaint.

**8.**

Defendants respond by stating that paragraph 8 of the Complaint sets forth legal conclusions, which do not require a response. Defendants reserve the right to dispute any and all conclusions of law and legal opinions set forth by Plaintiff in its Complaint.

**9.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 9 and, therefore, deny the same.

**10.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 10 and, therefore, deny the same.

**11.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 11 and, therefore, deny the same.

**12.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 12 and, therefore, deny the same.

**13.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 13 and, therefore, deny the same.

**14.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 14 and, therefore, deny the same.

**15.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 15 and, therefore, deny the same.

**16.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 16 and, therefore, deny the same.

**17.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 17 and, therefore, deny the same.

**18.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 18 and, therefore, deny the same.

**19.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 19 and, therefore, deny the same.

**20.**

Defendant Clayton Miller admits that it is a foreign corporation. The rest of the allegations in paragraph 20 are denied.

**21.**

Defendant Emerald Carpets admits that it is a foreign corporation. The rest of the allegations in paragraph 21 are denied.

**22.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 22 and, therefore, deny the same.

**23.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 23 and, therefore, deny the same.

**24.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 24 and, therefore, deny the same.

**25.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 25 and, therefore, deny the same.

**26.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 26 and, therefore, deny the same.

**27.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 27 and, therefore, deny the same.

**28.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 28 and, therefore, deny the same.

**29.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 29 and, therefore, deny the same.

**30.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 30 and, therefore, deny the same.

**31.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 31 and, therefore, deny the same.

**32.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 32 and, therefore, deny the same.

**33.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 33 and, therefore, deny the same.

**34.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 34 and, therefore, deny the same.

**35.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 35 and, therefore, deny the same.

**36.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 36 and, therefore, deny the same.

**37.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 37 and, therefore, deny the same.

**38.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 38 and, therefore, deny the same.

**39.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 39 and, therefore, deny the same.

**40.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 40 and, therefore, deny the same.

**41.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 41 and, therefore, deny the same.

**42.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 42 and, therefore, deny the same.

**43.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 43 and, therefore, deny the same.

**44.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 44 and, therefore, deny the same.

**45.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 45 and, therefore, deny the same.

**46.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 46 and, therefore, deny the same.

**47.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 47 as to the other defendants in this case and, therefore, deny the same.  Defendants deny the allegations in paragraph 47 as it pertains to them.

**48.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 48 and, therefore, deny the same.

**49.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 49 as to the other defendants in this case and, therefore, deny the same.  Defendants deny the allegations in paragraph 49 as it pertains to them.

**50.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 50 and, therefore, deny the same.

**51.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 51 and, therefore, deny the same.

**52.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 52 and, therefore, deny the same.

**53.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 53 and, therefore, deny the same.

**54.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 54 and, therefore, deny the same.

**55.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 55 and, therefore, deny the same.

**56.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 56 and, therefore, deny the same.

**57.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 57 and, therefore, deny the same.

**58.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 58 and, therefore, deny the same.

**59.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 59 and, therefore, deny the same.

**60.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 60 and, therefore, deny the same.

**61.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 61 and, therefore, deny the same.

**62.**

Defendants deny the allegations in paragraph 62 and, therefore, deny the same.

**63.**

Defendants incorporate and reallege their responses to all prior paragraphs as though fully set forth herein.

**64.**

Defendants respond by stating that paragraph 64 of the Complaint sets forth legal conclusions, which do not require a response. Defendants reserve the right to dispute any and all conclusions of law and legal opinions set forth by Plaintiff in its Complaint.

**65.**

Defendants deny the allegations in paragraph 65.

**66.**

Defendants deny the allegations in paragraph 66.

**67.**

Defendants incorporate and reallege their responses to all prior paragraphs as though fully set forth herein.

**68.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 68 and, therefore, deny the same.

**69.**

Defendants deny the allegations in paragraph 69.

**70.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 70 and, therefore, deny the same.

**71.**

Defendants respond by stating that paragraph 71 of the Complaint sets forth legal conclusions, which do not require a response. Defendants reserve the right to dispute any and all conclusions of law and legal opinions set forth by Plaintiff in its Complaint.

**72.**

Defendants incorporate and reallege their responses to all prior paragraphs as though fully set forth herein.

**73.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 73 and, therefore, deny the same.

**74.**

Defendants deny the allegations in paragraph 74.

**75.**

Defendants respond by stating that paragraph 75 of the Complaint sets forth legal conclusions, which do not require a response. Defendants reserve the right to dispute any and all conclusions of law and legal opinions set forth by Plaintiff in its Complaint.

**76.**

Defendants deny the allegations in paragraph 76.

**77.**

Defendants deny the allegations in paragraph 77.

**78.**

Defendants deny the allegations in paragraph 78.

**79.**

Defendants incorporate and reallege their responses to all prior paragraphs as though fully set forth herein.

**80.**

Defendants respond by stating that paragraph 80 of the Complaint sets forth legal conclusions, which do not require a response. Defendants reserve the right to dispute any and all conclusions of law and legal opinions set forth by Plaintiff in its Complaint.

**81.**

Defendants respond by stating that paragraph 81 of the Complaint sets forth legal conclusions, which do not require a response. Defendants reserve the right to dispute any and all conclusions of law and legal opinions set forth by Plaintiff in its Complaint.

**82.**

Defendants deny the allegations in paragraph 82.

**83.**

Defendants deny the allegations in paragraph 83.

**84.**

Defendants deny the allegations in paragraph 84.

**85**

Defendants incorporate and reallege their responses to all prior paragraphs as though fully set forth herein.

**86.**

Defendants respond by stating that paragraph 86 of the Complaint sets forth legal conclusions, which do not require a response. Defendants reserve the right to dispute any and all conclusions of law and legal opinions set forth by Plaintiff in its Complaint.

**87.**

Defendants respond by stating that paragraph 87 of the Complaint sets forth legal conclusions, which do not require a response. Defendants reserve the right to dispute any and all conclusions of law and legal opinions set forth by Plaintiff in its Complaint.

**General Denial**

Defendants deny each and every allegation of the Plaintiff's Complaint that is not specifically and expressly admitted herein. Defendants reserve the right to supplement and amend their Answer as it may be necessary.

**PRAYER FOR RELIEF**

WHEREFORE, Defendants respectfully pray for judgment as follows:

1.   That the Court enter judgment in favor of Defendants and against Plaintiff on any and all claims for relief;

2.   That all costs be assessed against Plaintiff; and

3.      That the Court award such other and further relief to Defendants as shall

appear just and proper.

Respectfully submitted this 24th day of October, 2016.

Scruggs Dodd & Brisendine, Attorneys, P.A.


/s/ E. Allen Dodd, Jr.
E. Allen Dodd, Jr. (DOD011)
J. Eric Brisendine (BRI040)

207 Alabama Ave SW
P.O. Box 681109
Fort Payne, AL 35968
Telephone: (256) 845-5932

David J. Marmins*
Georgia Bar No. 470630
Morgan E. M. Morrison*
Georgia Bar No. 470983

171 17th Street. N.W., Suite 2100
Atlanta, GA 30363
Telephone: (404) 873-8126
Facsimile: (404) 873-8127

*Attorneys for Defendants ECMH, LLC d/b/a Clayton Miller and Emerald Carpets, Inc.*

*\* Motion for Admission Pro Hac Vice forthcoming*


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Answer has been served upon all counsel and/or parties of record by AlaFile on this the 24th day of October, 2016.

/s/ E. Allen Dodd, Jr.
E. Allen Dodd, Jr. (DOD011)

ELECTRONICALLY FILED
10/24/2016 1:22 PM
31-CV-2016-900676.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

## IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

| | |
|---|---|
| THE WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 31-CV-2016-900676.00 ) |
| 3M COMPANY; APRICOT INTERNATIONAL, INC.; ARROWSTAR, LLC; BEAULIEU GROUP, LLC; BEAULIEU OF AMERICA, INC.; COLLINS & AIKMAN FLOOR COVERING INTERNATIONAL, INC.; DALTONIAN FLOORING, INC.; DEPENDABLE RUG MILLS, INC.; DORSETT INDUSTRIES, INC.; DYSTAR, L.P.; ECMH, LLC d/b/a CLAYTON     MILLER HOSPITALITY CARPETS; EMERALD CARPETS, INC.; FORTUNE CONTRACT, INC.; HARCROS CHEMICAL, INC.; HOME CARPET INDUSTRIES, LLC; INDIAN SUMMER CARPET MILLS, INC.; INDUSTRIAL CHEMICALS, INC.; J&J INDUSTRIES, INC.; KALEEN RUGS, INC.; LEXMARK CARPET MILLS, INC.; LYLE INDUSTRIES, INC.; MFG CHEMICAL, INC.; MOHAWK CARPET, LLC; MOHAWK GROUP, INC.; MOHAWK INDUSTRIES, INC.; NPC SOUTH, INC.; ORIENTAL WEAVERS USA, INC.; S & S MILLS, INC.; SAVANNAH MILLS GROUP, LLC; SHAW INDUSTRIES, INC.; TANDUS CENTIVA, INC.; TANDUS CENTIVA US, LLC; THE DIXIE GROUP, INC.; TIARCO CHEMICAL COMPANY, INC.; VICTOR CARPET MILLS, INC.; and FICTITIOUS | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

DEFENDANTS A-J, those persons,          )
corporations, partnerships or entities  )
who acted either as principal or agent, )
for or in concert with the other named  )
Defendants and/or whose acts caused     )
or contributed to the damages           )
sustained by the Plaintiff, whose       )
identities are unknown to the Plaintiff,)
but which will be substituted by        )
amendment when ascertained,             )

        Defendants.

## ANSWER OF DEFENDANTS ECMH, LLC D/B/A CLAYTON MILLER AND EMERALD CARPETS, INC.

COMES NOW Defendants ECMH, LLC d/b/a Clayton Miller ("Clayton Miller") and Emerald Carpets, Inc. ("Emerald Carpets") (together with Clayton Miller, "Defendants") and respectfully submit their Answer to the Complaint filed by Plaintiff Water Works and Sewer Board of the City of Gadsden ("Plaintiff"), showing the Court as follows:

### FIRST DEFENSE

Plaintiff's claims fail because venue is improper in the Circuit Court of Etowah County, Alabama, as the only resident defendant, Industrial Chemicals, Inc., was fraudulently joined to prevent Defendants from removing this action to federal court.

### SECOND DEFENSE

Defendants plead the general issue.

### THIRD DEFENSE

Plaintiff's claims fail, in whole or in part, for failure to state a claim upon which relief may be granted.

### FOURTH DEFENSE

Plaintiff's claims fail, in whole or in part, to the extent they are preempted by federal law.

### FIFTH DEFENSE

Plaintiff's claims fail because, to the extent Defendants owed Plaintiff a duty of care, Defendants exercised due and reasonable care.

### SIXTH DEFENSE

Plaintiff's claims fail, in whole or in part, for lack of proximate cause.

### SEVENTH DEFENSE

Plaintiff's claims fail, in whole or in part, to the extent that Plaintiff was contributorily negligent.

### EIGHTH DEFENSE

Plaintiff's claims fail, in whole or in part, because it fails to adequately identify and name the appropriate defendants.

### NINTH DEFENSE

Plaintiff's claims fail, in whole or in part, because the injuries and damages alleged by Plaintiff were proximately caused by or contributed to by the acts of Plaintiff, other defendants, and/or other persons or entities, and said acts were an intervening and superseding cause of the injuries and damages, if any, of which Plaintiff complains.

### TENTH DEFENSE

Plaintiff's claims fail, in whole or in part, because of Plaintiff's failure to mitigate its alleged damages.

### ELEVENTH DEFENSE

Plaintiff's claims fail, in whole or in part, because they are barred by the applicable statute of limitation and/or the doctrine of laches.

### TWELFTH DEFENSE

Plaintiff's claims fail, in whole or in part, under the doctrines of waiver and/or estoppel.

### THIRTEENTH DEFENSE

Plaintiff's claims fail, in whole or in part, because they are barred under the economic injury-loss doctrine.

### FOURTEENTH DEFENSE

Plaintiff's claims fail, in whole or in part, because Plaintiff assumed the risk.

### FIFTEENTH DEFENSE

Defendants do not concede that Etowah County, Alabama is the proper venue for this matter as the Defendants cannot receive a fair trial or will be deprived of their right to a fair trial because an impartial jury cannot be seated in this action as required by Alabama law, including, without limitation, the Alabama Constitution and all amendments thereto.

### SIXTEENTH DEFENSE

Plaintiff is not entitled to any injunctive relief.

### SEVENTEENTH DEFENSE

Plaintiff is not entitled to damages.

### EIGHTEENTH DEFENSE

Plaintiff is not entitled to attorneys' fees under Alabama law.

### NINETEENTH DEFENSE

Plaintiff is not entitled to punitive damages.

### TWENTIETH DEFENSE

Defendants assert that any award of punitive damages to Plaintiff in this action constitutes a violation of the constitutional safeguards provided to Defendants under Article 1, Section 6 of the Constitution of Alabama.

### TWENTY-FIRST DEFENSE

To the extent punitive damages are sought in this matter, any such recovery that may be had is limited to the applicable cap on punitive damages specifically set forth in Ala. Code § 6-11-21 (1975).

### TWENTY-SECOND DEFENSE

The imposition of punitive damages in this case would violate Defendants' rights under the Due Process Clause of the United States Constitution and of the Alabama Constitution of 1901 because the authorization for punitive awards and unlimited punitive awards in certain circumstances has a substantial chilling effect on the exercise of fundamental rights to ordered liberty and of access to the courts. Among other things, the present procedure and standards for imposing punitive damages are unconstitutionally vague and violate due process under the aforesaid federal and state constitutional provisions by (1) failing to provide sufficiently objective and specific standards by which juries may decide whether to award punitive damages and to determine the amount of the punitive damage award; (2) failing to provide sufficiently objective and specific standards by which juries may impose punitive damages based upon the culpability of alleged tortfeasors; (3) failing to provide sufficiently objective and specific standards by which juries may award punitive damages against multiple defendants for different alleged acts of wrongdoing; (4) failing to provide sufficiently objective and specific standards by which juries may award separate judgments against alleged tortfeasors; (5) failing to provide a sufficiently clear, objective and specific standard for post-trial and appellate review of awards for punitive damages; and (6) failing to provide a meaningful opportunity for challenging the excessiveness of such awards.

### TWENTY-THIRD DEFENSE

The imposition of punitive damages in this case would violate Defendants' rights under the Equal Protection Clause of the United States Constitution, and deprive Defendants of the right to

equal protection under the law as provided in the Alabama Constitution of 1901 or otherwise under Alabama law, because the absence of sufficient and specific objective standards for the imposition of punitive damages fails to ensure equality of treatment between and among similarly situated civil defendants, because of the differences in burdens of proof and procedural safeguards applicable to criminal proceedings as opposed to civil proceedings, and because of the protection against self-incrimination applicable in criminal proceedings but not in civil proceedings.

### TWENTY-FOURTH DEFENSE

Defendants assert that any award for punitive damages to Plaintiff in this action constitutes a violation of the constitutional safeguards provided to Defendants under the Fourth Fifth, Sixth, Eighth, and Fourteenth Amendments to the United States Constitution.

### TWENTY-FIFTH DEFENSE

Subject to and without waiving or in any way limiting the foregoing defenses, Defendants answer the individually enumerated Paragraphs contained in Plaintiff's Complaint as follows:

### 1.

Defendants deny the allegations in paragraph 1.

### 2.

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 2 and, therefore, deny the same.

### 3.

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 3 and, therefore, deny the same.

### 4.

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 4 and, therefore, deny the same.

**5.**

Defendants deny the allegations in paragraph 5.

**6.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 6 and, therefore, deny the same.

**7.**

Defendants respond by stating that paragraph 7 of the Complaint sets forth legal conclusions, which do not require a response. Defendants reserve the right to dispute any and all conclusions of law and legal opinions set forth by Plaintiff in its Complaint.

**8.**

Defendants respond by stating that paragraph 8 of the Complaint sets forth legal conclusions, which do not require a response. Defendants reserve the right to dispute any and all conclusions of law and legal opinions set forth by Plaintiff in its Complaint.

**9.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 9 and, therefore, deny the same.

**10.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 10 and, therefore, deny the same.

**11.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 11 and, therefore, deny the same.

**12.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 12 and, therefore, deny the same.

**13.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 13 and, therefore, deny the same.

**14.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 14 and, therefore, deny the same.

**15.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 15 and, therefore, deny the same.

**16.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 16 and, therefore, deny the same.

**17.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 17 and, therefore, deny the same.

**18.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 18 and, therefore, deny the same.

**19.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 19 and, therefore, deny the same.

**20.**

Defendant Clayton Miller admits that it is a foreign corporation. The rest of the allegations in paragraph 20 are denied.

**21.**

Defendant Emerald Carpets admits that it is a foreign corporation. The rest of the allegations in paragraph 21 are denied.

**22.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 22 and, therefore, deny the same.

**23.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 23 and, therefore, deny the same.

**24.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 24 and, therefore, deny the same.

**25.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 25 and, therefore, deny the same.

**26.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 26 and, therefore, deny the same.

**27.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 27 and, therefore, deny the same.

**28.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 28 and, therefore, deny the same.

**29.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 29 and, therefore, deny the same.

**30.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 30 and, therefore, deny the same.

**31.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 31 and, therefore, deny the same.

**32.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 32 and, therefore, deny the same.

**33.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 33 and, therefore, deny the same.

**34.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 34 and, therefore, deny the same.

**35.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 35 and, therefore, deny the same.

**36.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 36 and, therefore, deny the same.

**37.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 37 and, therefore, deny the same.

**38.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 38 and, therefore, deny the same.

**39.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 39 and, therefore, deny the same.

**40.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 40 and, therefore, deny the same.

**41.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 41 and, therefore, deny the same.

**42.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 42 and, therefore, deny the same.

**43.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 43 and, therefore, deny the same.

**44.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 44 and, therefore, deny the same.

**45.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 45 and, therefore, deny the same.

**46.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 46 and, therefore, deny the same.

**47.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 47 as to the other defendants in this case and, therefore, deny the same.  Defendants deny the allegations in paragraph 47 as it pertains to them.

**48.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 48 and, therefore, deny the same.

**49.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 49 as to the other defendants in this case and, therefore, deny the same.  Defendants deny the allegations in paragraph 49 as it pertains to them.

**50.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 50 and, therefore, deny the same.

**51.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 51 and, therefore, deny the same.

**52.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 52 and, therefore, deny the same.

**53.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 53 and, therefore, deny the same.

**54.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 54 and, therefore, deny the same.

**55.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 55 and, therefore, deny the same.

**56.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 56 and, therefore, deny the same.

**57.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 57 and, therefore, deny the same.

**58.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 58 and, therefore, deny the same.

**59.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 59 and, therefore, deny the same.

**60.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 60 and, therefore, deny the same.

**61.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 61 and, therefore, deny the same.

**62.**

Defendants deny the allegations in paragraph 62 and, therefore, deny the same.

**63.**

Defendants incorporate and reallege their responses to all prior paragraphs as though fully set forth herein.

**64.**

Defendants respond by stating that paragraph 64 of the Complaint sets forth legal conclusions, which do not require a response. Defendants reserve the right to dispute any and all conclusions of law and legal opinions set forth by Plaintiff in its Complaint.

**65.**

Defendants deny the allegations in paragraph 65.

**66.**

Defendants deny the allegations in paragraph 66.

**67.**

Defendants incorporate and reallege their responses to all prior paragraphs as though fully set forth herein.

**68.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 68 and, therefore, deny the same.

**69.**

Defendants deny the allegations in paragraph 69.

**70.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 70 and, therefore, deny the same.

**71.**

Defendants respond by stating that paragraph 71 of the Complaint sets forth legal conclusions, which do not require a response. Defendants reserve the right to dispute any and all conclusions of law and legal opinions set forth by Plaintiff in its Complaint.

**72.**

Defendants incorporate and reallege their responses to all prior paragraphs as though fully set forth herein.

**73.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 73 and, therefore, deny the same.

**74.**

Defendants deny the allegations in paragraph 74.

**75.**

Defendants respond by stating that paragraph 75 of the Complaint sets forth legal conclusions, which do not require a response. Defendants reserve the right to dispute any and all conclusions of law and legal opinions set forth by Plaintiff in its Complaint.

**76.**

Defendants deny the allegations in paragraph 76.

**77.**

Defendants deny the allegations in paragraph 77.

**78.**

Defendants deny the allegations in paragraph 78.

**79.**

Defendants incorporate and reallege their responses to all prior paragraphs as though fully set forth herein.

**80.**

Defendants respond by stating that paragraph 80 of the Complaint sets forth legal conclusions, which do not require a response. Defendants reserve the right to dispute any and all conclusions of law and legal opinions set forth by Plaintiff in its Complaint.

**81.**

Defendants respond by stating that paragraph 81 of the Complaint sets forth legal conclusions, which do not require a response. Defendants reserve the right to dispute any and all conclusions of law and legal opinions set forth by Plaintiff in its Complaint.

**82.**

Defendants deny the allegations in paragraph 82.

**83.**

Defendants deny the allegations in paragraph 83.

**84.**

Defendants deny the allegations in paragraph 84.

**85**

Defendants incorporate and reallege their responses to all prior paragraphs as though fully set forth herein.

**86.**

Defendants respond by stating that paragraph 86 of the Complaint sets forth legal conclusions, which do not require a response. Defendants reserve the right to dispute any and all conclusions of law and legal opinions set forth by Plaintiff in its Complaint.

**87.**

Defendants respond by stating that paragraph 87 of the Complaint sets forth legal conclusions, which do not require a response. Defendants reserve the right to dispute any and all conclusions of law and legal opinions set forth by Plaintiff in its Complaint.

**General Denial**

Defendants deny each and every allegation of the Plaintiff's Complaint that is not specifically and expressly admitted herein. Defendants reserve the right to supplement and amend their Answer as it may be necessary.

**PRAYER FOR RELIEF**

WHEREFORE, Defendants respectfully pray for judgment as follows:

1.      That the Court enter judgment in favor of Defendants and against Plaintiff on any and all claims for relief;

2.      That all costs be assessed against Plaintiff; and

3. That the Court award such other and further relief to Defendants as shall appear just and proper.

Respectfully submitted this 24th day of October, 2016.

Scruggs Dodd & Brisendine, Attorneys, P.A.

/s/ E. Allen Dodd, Jr.
E. Allen Dodd, Jr. (DOD011)
J. Eric Brisendine (BRI040)

207 Alabama Ave SW
P.O. Box 681109
Fort Payne, AL 35968
Telephone: (256) 845-5932

David J. Marmins*
Georgia Bar No. 470630
Morgan E. M. Morrison*
Georgia Bar No. 470983

171 17th Street. N.W., Suite 2100
Atlanta, GA 30363
Telephone: (404) 873-8126
Facsimile: (404) 873-8127

*Attorneys for Defendants ECMH, LLC d/b/a Clayton Miller and Emerald Carpets, Inc.*

*\* Motion for Admission Pro Hac Vice forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Answer has been served upon all counsel and/or parties of record by AlaFile on this the 24th day of October, 2016.

/s/ E. Allen Dodd, Jr.
E. Allen Dodd, Jr. (DOD011)



AlaFile E-Notice

31-CV-2016-900676.00

To:  ELBERT ALLEN DODD JR.
     eadscruggs@farmerstel.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:22:52 PM

Notice Date:     10/24/2016 1:22:52 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  3M COMPANY, INC. (PRO SE)
C T CORPORATION SYSTEM
2 N JACKSON ST., STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:22:52 PM

Notice Date:     10/24/2016 1:22:52 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   APRICOT INTERNATIONAL, INC. (PRO SE)
      GUY BINETTE
      P.O. BOX 1544
      DALTON, GA, 30721-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:22:52 PM

Notice Date:      10/24/2016 1:22:52 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  ARROWSTAR, LLC (PRO SE)
     KEVIN HARRIS
     530 N. ELM STREET
     DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:22:52 PM

Notice Date:     10/24/2016 1:22:52 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To: BEAULIEU GROUP LLC (PRO SE)
    CORPORATION SERVICES COMP
    40 TECHNOLOGY PARKWAY SOU
    NORCROSS, GA, 30092-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:22:52 PM

Notice Date:     10/24/2016 1:22:52 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To: BEAULIEU OF AMERICA, INC (PRO SE)
PETER N. FARLEY
1502 CORONET DR.
DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:22:52 PM

Notice Date:     10/24/2016 1:22:52 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To: COLLINS & AIKMAN FLOOR COVERING INTERNATIONAL, INC (P
THE PRENTICE-HALL CORPORA
2711 CENTERVILLE RD. SUIT
WILMINGTON, DE, 19808-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:22:52 PM

Notice Date:     10/24/2016 1:22:52 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  DALTONIAN FLOORING, INC. (PRO SE)
     R. MIKE WITHROCK
     402 W. CUYLER ST.
     DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:22:52 PM

Notice Date:     10/24/2016 1:22:52 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  DEPENDABLE RUG MILLS, INC. (PRO SE)
     JERRY NEALEY
     515 MIRACLE DR.
     ROCKY FACE, GA, 30740-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:22:52 PM

Notice Date:     10/24/2016 1:22:52 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To: DORSETT INDUSTRIES, INC. (PRO SE)
BRYAN C. MACON
1304 MAY ST.
DALTON, GA, 30721-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:22:52 PM

Notice Date:     10/24/2016 1:22:52 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

Case 4:16-cv-01755-KOB   Document 1-2   Filed 10/26/16   Page 255 of 551



AlaFile E-Notice

31-CV-2016-900676.00

To: DYSTAR, L.P. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE STREET, NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:22:52 PM

Notice Date:      10/24/2016 1:22:52 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   ECMH, LLC D/B/A CLAYTON MILLER HOSPITALITY CARPETS (PF
JOHN T. MINOR IV
745 COLLEGE DR., SUITE B
DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:22:52 PM

Notice Date:      10/24/2016 1:22:52 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  EMERALD CARPETS, INC. (PRO SE)
     TOM MINOR
     745 COLLEGE DRIVE
     DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:22:52 PM

Notice Date:     10/24/2016 1:22:52 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  HARCROS CHEMICAL, INC. (PRO SE)
C T CORPORATION SYSTEM
2 N JACKSON ST, SUITE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:22:52 PM

Notice Date:     10/24/2016 1:22:52 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  HOME CARPET INDUSTRIES LLC (PRO SE)
     CARL D. WESTFALL
     2730 DUG GAP RD.
     DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:22:52 PM

Notice Date:     10/24/2016 1:22:52 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  INDUSTRIAL CHEMICALS, INC. (PRO SE)
WILLIAM L. WELCH
2042 MONTREAT DRIVE
BIRMINGHAM, AL, 35218-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:22:52 PM

Notice Date:     10/24/2016 1:22:52 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   J&J INDUSTRIES, INC. (PRO SE)
      JAMES E. BETHEL
      615 VALLEY DR.
      DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:22:52 PM

Notice Date:    10/24/2016 1:22:52 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To: LEXMARK CARPET MILLS INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST. SUITE
ATLANTA, GA, 30361-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:22:52 PM

Notice Date:     10/24/2016 1:22:52 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  LYLE INDUSTRIES, INC. (PRO SE)
     LYLE G. LAMAR
     1800 KIMBERLY PARK DR.
     DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:22:52 PM

Notice Date:     10/24/2016 1:22:52 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  MFG CHEMICAL, INC. (PRO SE)
CHARLES GAVIN, III
1804 KIMBERLY PARK DRIVE
DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:22:52 PM

Notice Date:     10/24/2016 1:22:52 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  MOHAWK CARPET, LLC (PRO SE)
     CORPORATION SERVICES COMP
     40 TECHNOLOGY PKWY S #300
     NORCROSS, GA, 30092-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:22:52 PM

Notice Date:     10/24/2016 1:22:52 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   MOHAWK GROUP, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTERVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:22:52 PM

Notice Date:      10/24/2016 1:22:52 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  MOHAWK INDUSTRIES, INC. (PRO SE)
     CORPORATION SERVICE COMPA
     2711 CENTERVILLE RD #400
     WILMINGTON, DE, 19808-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:22:52 PM

Notice Date:     10/24/2016 1:22:52 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  ORIENTAL WEAVERS USA, INC. (PRO SE)
     AHMED SALAMA
     3252 LOWER DUG GAP RD.
     DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:22:52 PM

Notice Date:     10/24/2016 1:22:52 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  S & S MILLS, INC. (PRO SE)
     ROBERT G. MCCURRY
     402 SELVIDGE ST.
     DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:22:52 PM

Notice Date:     10/24/2016 1:22:52 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  SAVANNAH MILLS GROUP, LLC (PRO SE)
     BENNIE M LAUGHTER
     115 WEST KING ST.
     DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:22:52 PM

Notice Date:     10/24/2016 1:22:52 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  SHAW INDUSTRIES, INC. (PRO SE)
CSC LAWYERS INCORPORATING
150 S. PERRY STREET
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:22:52 PM

Notice Date:     10/24/2016 1:22:52 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   TANDUS CENTIVA INC. (PRO SE)
      CT CORPORATION SYSTEM
      1201 PEACHTREE ST #1240
      ATLANTA, GA, 30361-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:22:52 PM

Notice Date:      10/24/2016 1:22:52 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   TANDUS CENTIVA US LLC (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:22:52 PM

Notice Date:      10/24/2016 1:22:52 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  THE DIXIE GROUP (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST. NE
ATLANTA, GA, 30361-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:22:52 PM

Notice Date:     10/24/2016 1:22:52 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   TIARCO CHEMICAL COMPANY, INC. (PRO SE)
      FREDERICK H. HOWALT, III
      1400 TIARCO DR.
      DALTON, GA, 30721-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:22:52 PM

Notice Date:     10/24/2016 1:22:52 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

To:   JONES RHON EUGENE
      rhon.jones@beasleyallen.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:22:52 PM

Notice Date:      10/24/2016 1:22:52 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  BROCKWELL GREGORY AUSTIN
     gbrockwell@lsppc.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:22:52 PM

Notice Date:     10/24/2016 1:22:52 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  FISHER CHARLES GLOVER VI
     cfisher@gkhpc.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:22:52 PM

Notice Date:        10/24/2016 1:22:52 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  GENTRY JAMES ERIK
     jimgent2317@gmail.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:22:52 PM

Notice Date:     10/24/2016 1:22:52 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

ELECTRONICALLY FILED
10/24/2016 1:24 PM
31-CV-2016-900676.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

## IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

| | |
|---|---|
| THE WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 31-CV-2016-900676.00 ) |
| 3M COMPANY; APRICOT INTERNATIONAL, INC.; ARROWSTAR, LLC; BEAULIEU GROUP, LLC; BEAULIEU OF AMERICA, INC.; COLLINS & AIKMAN FLOOR COVERING INTERNATIONAL, INC.; DALTONIAN FLOORING, INC.; DEPENDABLE RUG MILLS, INC.; DORSETT INDUSTRIES, INC.; DYSTAR, L.P.; ECMH, LLC d/b/a CLAYTON MILLER HOSPITALITY CARPETS; EMERALD CARPETS, INC.; FORTUNE CONTRACT, INC.; HARCROS CHEMICAL, INC.; HOME CARPET INDUSTRIES, LLC; INDIAN SUMMER CARPET MILLS, INC.; INDUSTRIAL CHEMICALS, INC.; J&J INDUSTRIES, INC.; KALEEN RUGS, INC.; LEXMARK CARPET MILLS, INC.; LYLE INDUSTRIES, INC.; MFG CHEMICAL, INC.; MOHAWK CARPET, LLC; MOHAWK GROUP, INC.; MOHAWK INDUSTRIES, INC.; NPC SOUTH, INC.; ORIENTAL WEAVERS USA, INC.; S & S MILLS, INC.; SAVANNAH MILLS GROUP, LLC; SHAW INDUSTRIES, INC.; TANDUS CENTIVA, INC.; TANDUS CENTIVA US, LLC; THE DIXIE GROUP, INC.; TIARCO CHEMICAL COMPANY, INC.; VICTOR CARPET MILLS, INC.; and FICTITIOUS | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

DEFENDANTS A-J, those persons,                    )
corporations, partnerships or entities            )
who acted either as principal or agent,           )
for or in concert with the other named            )
Defendants and/or whose acts caused               )
or contributed to the damages                     )
sustained by the Plaintiff, whose                 )
identities are unknown to the Plaintiff,          )
but which will be substituted by                  )
amendment when ascertained,                       )

        Defendants.

## ANSWER OF DEFENDANTS ECMH, LLC D/B/A CLAYTON MILLER AND EMERALD CARPETS, INC.

COMES NOW Defendants ECMH, LLC d/b/a Clayton Miller ("Clayton Miller") and Emerald Carpets, Inc. ("Emerald Carpets") (together with Clayton Miller, "Defendants") and respectfully submit their Answer to the Complaint filed by Plaintiff Water Works and Sewer Board of the City of Gadsden ("Plaintiff"), showing the Court as follows:

### FIRST DEFENSE

Plaintiff's claims fail because venue is improper in the Circuit Court of Etowah County, Alabama, as the only resident defendant, Industrial Chemicals, Inc., was fraudulently joined to prevent Defendants from removing this action to federal court.

### SECOND DEFENSE

Defendants plead the general issue.

### THIRD DEFENSE

Plaintiff's claims fail, in whole or in part, for failure to state a claim upon which relief may be granted.

### FOURTH DEFENSE

Plaintiff's claims fail, in whole or in part, to the extent they are preempted by federal law.

## FIFTH DEFENSE

Plaintiff's claims fail because, to the extent Defendants owed Plaintiff a duty of care, Defendants exercised due and reasonable care.

## SIXTH DEFENSE

Plaintiff's claims fail, in whole or in part, for lack of proximate cause.

## SEVENTH DEFENSE

Plaintiff's claims fail, in whole or in part, to the extent that Plaintiff was contributorily negligent.

## EIGHTH DEFENSE

Plaintiff's claims fail, in whole or in part, because it fails to adequately identify and name the appropriate defendants.

## NINTH DEFENSE

Plaintiff's claims fail, in whole or in part, because the injuries and damages alleged by Plaintiff were proximately caused by or contributed to by the acts of Plaintiff, other defendants, and/or other persons or entities, and said acts were an intervening and superseding cause of the injuries and damages, if any, of which Plaintiff complains.

## TENTH DEFENSE

Plaintiff's claims fail, in whole or in part, because of Plaintiff's failure to mitigate its alleged damages.

## ELEVENTH DEFENSE

Plaintiff's claims fail, in whole or in part, because they are barred by the applicable statute of limitation and/or the doctrine of laches.

## TWELFTH DEFENSE

Plaintiff's claims fail, in whole or in part, under the doctrines of waiver and/or estoppel.

### THIRTEENTH DEFENSE

Plaintiff's claims fail, in whole or in part, because they are barred under the economic injury-loss doctrine.

### FOURTEENTH DEFENSE

Plaintiff's claims fail, in whole or in part, because Plaintiff assumed the risk.

### FIFTEENTH DEFENSE

Defendants do not concede that Etowah County, Alabama is the proper venue for this matter as the Defendants cannot receive a fair trial or will be deprived of their right to a fair trial because an impartial jury cannot be seated in this action as required by Alabama law, including, without limitation, the Alabama Constitution and all amendments thereto.

### SIXTEENTH DEFENSE

Plaintiff is not entitled to any injunctive relief.

### SEVENTEENTH DEFENSE

Plaintiff is not entitled to damages.

### EIGHTEENTH DEFENSE

Plaintiff is not entitled to attorneys' fees under Alabama law.

### NINETEENTH DEFENSE

Plaintiff is not entitled to punitive damages.

### TWENTIETH DEFENSE

Defendants assert that any award of punitive damages to Plaintiff in this action constitutes a violation of the constitutional safeguards provided to Defendants under Article 1, Section 6 of the Constitution of Alabama.

### TWENTY-FIRST DEFENSE

To the extent punitive damages are sought in this matter, any such recovery that may be had is limited to the applicable cap on punitive damages specifically set forth in Ala. Code § 6-11-21 (1975).

### TWENTY-SECOND DEFENSE

The imposition of punitive damages in this case would violate Defendants' rights under the Due Process Clause of the United States Constitution and of the Alabama Constitution of 1901 because the authorization for punitive awards and unlimited punitive awards in certain circumstances has a substantial chilling effect on the exercise of fundamental rights to ordered liberty and of access to the courts. Among other things, the present procedure and standards for imposing punitive damages are unconstitutionally vague and violate due process under the aforesaid federal and state constitutional provisions by (1) failing to provide sufficiently objective and specific standards by which juries may decide whether to award punitive damages and to determine the amount of the punitive damage award; (2) failing to provide sufficiently objective and specific standards by which juries may impose punitive damages based upon the culpability of alleged tortfeasors; (3) failing to provide sufficiently objective and specific standards by which juries may award punitive damages against multiple defendants for different alleged acts of wrongdoing; (4) failing to provide sufficiently objective and specific standards by which juries may award separate judgments against alleged tortfeasors; (5) failing to provide a sufficiently clear, objective and specific standard for post-trial and appellate review of awards for punitive damages; and (6) failing to provide a meaningful opportunity for challenging the excessiveness of such awards.

### TWENTY-THIRD DEFENSE

The imposition of punitive damages in this case would violate Defendants' rights under the Equal Protection Clause of the United States Constitution, and deprive Defendants of the right to

equal protection under the law as provided in the Alabama Constitution of 1901 or otherwise under Alabama law, because the absence of sufficient and specific objective standards for the imposition of punitive damages fails to ensure equality of treatment between and among similarly situated civil defendants, because of the differences in burdens of proof and procedural safeguards applicable to criminal proceedings as opposed to civil proceedings, and because of the protection against self-incrimination applicable in criminal proceedings but not in civil proceedings.

### TWENTY-FOURTH DEFENSE

Defendants assert that any award for punitive damages to Plaintiff in this action constitutes a violation of the constitutional safeguards provided to Defendants under the Fourth Fifth, Sixth, Eighth, and Fourteenth Amendments to the United States Constitution.

### TWENTY-FIFTH DEFENSE

Subject to and without waiving or in any way limiting the foregoing defenses, Defendants answer the individually enumerated Paragraphs contained in Plaintiff's Complaint as follows:

**1.**

Defendants deny the allegations in paragraph 1.

**2.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 2 and, therefore, deny the same.

**3.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 3 and, therefore, deny the same.

**4.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 4 and, therefore, deny the same.

**5.**

Defendants deny the allegations in paragraph 5.

**6.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 6 and, therefore, deny the same.

**7.**

Defendants respond by stating that paragraph 7 of the Complaint sets forth legal conclusions, which do not require a response. Defendants reserve the right to dispute any and all conclusions of law and legal opinions set forth by Plaintiff in its Complaint.

**8.**

Defendants respond by stating that paragraph 8 of the Complaint sets forth legal conclusions, which do not require a response. Defendants reserve the right to dispute any and all conclusions of law and legal opinions set forth by Plaintiff in its Complaint.

**9.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 9 and, therefore, deny the same.

**10.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 10 and, therefore, deny the same.

**11.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 11 and, therefore, deny the same.

**12.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 12 and, therefore, deny the same.

**13.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 13 and, therefore, deny the same.

**14.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 14 and, therefore, deny the same.

**15.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 15 and, therefore, deny the same.

**16.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 16 and, therefore, deny the same.

**17.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 17 and, therefore, deny the same.

**18.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 18 and, therefore, deny the same.

**19.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 19 and, therefore, deny the same.

**20.**

Defendant Clayton Miller admits that it is a foreign corporation. The rest of the allegations in paragraph 20 are denied.

**21.**

Defendant Emerald Carpets admits that it is a foreign corporation. The rest of the allegations in paragraph 21 are denied.

**22.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 22 and, therefore, deny the same.

**23.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 23 and, therefore, deny the same.

**24.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 24 and, therefore, deny the same.

**25.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 25 and, therefore, deny the same.

**26.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 26 and, therefore, deny the same.

**27.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 27 and, therefore, deny the same.

**28.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 28 and, therefore, deny the same.

**29.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 29 and, therefore, deny the same.

**30.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 30 and, therefore, deny the same.

**31.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 31 and, therefore, deny the same.

**32.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 32 and, therefore, deny the same.

**33.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 33 and, therefore, deny the same.

**34.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 34 and, therefore, deny the same.

**35.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 35 and, therefore, deny the same.

**36.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 36 and, therefore, deny the same.

**37.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 37 and, therefore, deny the same.

**38.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 38 and, therefore, deny the same.

**39.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 39 and, therefore, deny the same.

**40.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 40 and, therefore, deny the same.

**41.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 41 and, therefore, deny the same.

**42.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 42 and, therefore, deny the same.

**43.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 43 and, therefore, deny the same.

**44.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 44 and, therefore, deny the same.

**45.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 45 and, therefore, deny the same.

**46.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 46 and, therefore, deny the same.

**47.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 47 as to the other defendants in this case and, therefore, deny the same.  Defendants deny the allegations in paragraph 47 as it pertains to them.

**48.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 48 and, therefore, deny the same.

**49.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 49 as to the other defendants in this case and, therefore, deny the same.  Defendants deny the allegations in paragraph 49 as it pertains to them.

**50.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 50 and, therefore, deny the same.

**51.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 51 and, therefore, deny the same.

**52.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 52 and, therefore, deny the same.

**53.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 53 and, therefore, deny the same.

**54.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 54 and, therefore, deny the same.

**55.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 55 and, therefore, deny the same.

**56.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 56 and, therefore, deny the same.

**57.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 57 and, therefore, deny the same.

**58.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 58 and, therefore, deny the same.

**59.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 59 and, therefore, deny the same.

**60.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 60 and, therefore, deny the same.

**61.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 61 and, therefore, deny the same.

**62.**

Defendants deny the allegations in paragraph 62 and, therefore, deny the same.

**63.**

Defendants incorporate and reallege their responses to all prior paragraphs as though fully set forth herein.

**64.**

Defendants respond by stating that paragraph 64 of the Complaint sets forth legal conclusions, which do not require a response. Defendants reserve the right to dispute any and all conclusions of law and legal opinions set forth by Plaintiff in its Complaint.

**65.**

Defendants deny the allegations in paragraph 65.

**66.**

Defendants deny the allegations in paragraph 66.

**67.**

Defendants incorporate and reallege their responses to all prior paragraphs as though fully set forth herein.

**68.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 68 and, therefore, deny the same.

**69.**

Defendants deny the allegations in paragraph 69.

**70.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 70 and, therefore, deny the same.

**71.**

Defendants respond by stating that paragraph 71 of the Complaint sets forth legal conclusions, which do not require a response. Defendants reserve the right to dispute any and all conclusions of law and legal opinions set forth by Plaintiff in its Complaint.

**72.**

Defendants incorporate and reallege their responses to all prior paragraphs as though fully set forth herein.

**73.**

Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 73 and, therefore, deny the same.

**74.**

Defendants deny the allegations in paragraph 74.

**75.**

Defendants respond by stating that paragraph 75 of the Complaint sets forth legal conclusions, which do not require a response. Defendants reserve the right to dispute any and all conclusions of law and legal opinions set forth by Plaintiff in its Complaint.

**76.**

Defendants deny the allegations in paragraph 76.

**77.**

Defendants deny the allegations in paragraph 77.

**78.**

Defendants deny the allegations in paragraph 78.

**79.**

Defendants incorporate and reallege their responses to all prior paragraphs as though fully set forth herein.

**80.**

Defendants respond by stating that paragraph 80 of the Complaint sets forth legal conclusions, which do not require a response. Defendants reserve the right to dispute any and all conclusions of law and legal opinions set forth by Plaintiff in its Complaint.

**81.**

Defendants respond by stating that paragraph 81 of the Complaint sets forth legal conclusions, which do not require a response. Defendants reserve the right to dispute any and all conclusions of law and legal opinions set forth by Plaintiff in its Complaint.

**82.**

Defendants deny the allegations in paragraph 82.

**83.**

Defendants deny the allegations in paragraph 83.

**84.**

Defendants deny the allegations in paragraph 84.

**85**

Defendants incorporate and reallege their responses to all prior paragraphs as though fully set forth herein.

**86.**

Defendants respond by stating that paragraph 86 of the Complaint sets forth legal conclusions, which do not require a response. Defendants reserve the right to dispute any and all conclusions of law and legal opinions set forth by Plaintiff in its Complaint.

**87.**

Defendants respond by stating that paragraph 87 of the Complaint sets forth legal conclusions, which do not require a response. Defendants reserve the right to dispute any and all conclusions of law and legal opinions set forth by Plaintiff in its Complaint.

**General Denial**

Defendants deny each and every allegation of the Plaintiff's Complaint that is not specifically and expressly admitted herein. Defendants reserve the right to supplement and amend their Answer as it may be necessary.

**PRAYER FOR RELIEF**

WHEREFORE, Defendants respectfully pray for judgment as follows:

1. That the Court enter judgment in favor of Defendants and against Plaintiff on any and all claims for relief;

2. That all costs be assessed against Plaintiff; and

17

3.      That the Court award such other and further relief to Defendants as shall

appear just and proper.

Respectfully submitted this 24th day of October, 2016.

Scruggs Dodd & Brisendine, Attorneys, P.A.

/s/ E. Allen Dodd, Jr.
E. Allen Dodd, Jr. (DOD011)
J. Eric Brisendine (BRI040)

207 Alabama Ave SW
P.O. Box 681109
Fort Payne, AL 35968
Telephone: (256) 845-5932

David J. Marmins*
Georgia Bar No. 470630
Morgan E. M. Morrison*
Georgia Bar No. 470983

171 17th Street. N.W., Suite 2100
Atlanta, GA 30363
Telephone: (404) 873-8126
Facsimile: (404) 873-8127

*Attorneys for Defendants ECMH, LLC d/b/a Clayton Miller and Emerald Carpets, Inc.*

*\* Motion for Admission Pro Hac Vice forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Answer has been served upon all counsel and/or parties of record by AlaFile on this the 24th day of October, 2016.

/s/ E. Allen Dodd, Jr.
E. Allen Dodd, Jr. (DOD011)



AlaFile E-Notice

31-CV-2016-900676.00

To:  ELBERT ALLEN DODD JR.
     eadscruggs@farmerstel.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:24:35 PM

Notice Date:     10/24/2016 1:24:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

To:  3M COMPANY, INC. (PRO SE)
C T CORPORATION SYSTEM
2 N JACKSON ST., STE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:24:35 PM

Notice Date:     10/24/2016 1:24:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  APRICOT INTERNATIONAL, INC. (PRO SE)
GUY BINETTE
P.O. BOX 1544
DALTON, GA, 30721-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:24:35 PM

Notice Date:     10/24/2016 1:24:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   ARROWSTAR, LLC (PRO SE)
      KEVIN HARRIS
      530 N. ELM STREET
      DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:24:35 PM

Notice Date:     10/24/2016 1:24:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  BEAULIEU GROUP LLC (PRO SE)
     CORPORATION SERVICES COMP
     40 TECHNOLOGY PARKWAY SOU
     NORCROSS, GA, 30092-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:24:35 PM

Notice Date:     10/24/2016 1:24:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  BEAULIEU OF AMERICA, INC (PRO SE)
PETER N. FARLEY
1502 CORONET DR.
DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:24:35 PM

Notice Date:     10/24/2016 1:24:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  COLLINS & AIKMAN FLOOR COVERING INTERNATIONAL, INC (P
     THE PRENTICE-HALL CORPORA
     2711 CENTERVILLE RD. SUIT
     WILMINGTON, DE, 19808-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:24:35 PM

Notice Date:     10/24/2016 1:24:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  DALTONIAN FLOORING, INC. (PRO SE)
     R. MIKE WITHROCK
     402 W. CUYLER ST.
     DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:24:35 PM

Notice Date:     10/24/2016 1:24:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  DEPENDABLE RUG MILLS, INC. (PRO SE)
JERRY NEALEY
515 MIRACLE DR.
ROCKY FACE, GA, 30740-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:24:35 PM

Notice Date:      10/24/2016 1:24:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  DORSETT INDUSTRIES, INC. (PRO SE)
     BRYAN C. MACON
     1304 MAY ST.
     DALTON, GA, 30721-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:24:35 PM

Notice Date:     10/24/2016 1:24:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  DYSTAR, L.P. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE STREET, NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:24:35 PM

Notice Date:     10/24/2016 1:24:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  HARCROS CHEMICAL, INC. (PRO SE)
C T CORPORATION SYSTEM
2 N JACKSON ST, SUITE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:24:35 PM

Notice Date:      10/24/2016 1:24:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To: HOME CARPET INDUSTRIES LLC (PRO SE)
CARL D. WESTFALL
2730 DUG GAP RD.
DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:24:35 PM

Notice Date:     10/24/2016 1:24:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  INDUSTRIAL CHEMICALS, INC. (PRO SE)
     WILLIAM L. WELCH
     2042 MONTREAT DRIVE
     BIRMINGHAM, AL, 35218-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:24:35 PM

Notice Date:     10/24/2016 1:24:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To: J&J INDUSTRIES, INC. (PRO SE)
JAMES E. BETHEL
615 VALLEY DR.
DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:24:35 PM

Notice Date:      10/24/2016 1:24:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  LEXMARK CARPET MILLS INC. (PRO SE)
     CT CORPORATION SYSTEM
     1201 PEACHTREE ST. SUITE
     ATLANTA, GA, 30361-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:24:35 PM

Notice Date:      10/24/2016 1:24:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  LYLE INDUSTRIES, INC. (PRO SE)
LYLE G. LAMAR
1800 KIMBERLY PARK DR.
DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:24:35 PM

Notice Date:      10/24/2016 1:24:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  MFG CHEMICAL, INC. (PRO SE)
     CHARLES GAVIN, III
     1804 KIMBERLY PARK DRIVE
     DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:24:35 PM

Notice Date:     10/24/2016 1:24:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  MOHAWK CARPET, LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGY PKWY S #300
NORCROSS, GA, 30092-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:24:35 PM

Notice Date:      10/24/2016 1:24:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   MOHAWK GROUP, INC. (PRO SE)
      CORPORATION SERVICE COMPA
      2711 CENTERVILLE RD #400
      WILMINGTON, DE, 19808-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:24:35 PM

Notice Date:      10/24/2016 1:24:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  MOHAWK INDUSTRIES, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTERVILLE RD #400
WILMINGTON, DE, 19808-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:24:35 PM

Notice Date:     10/24/2016 1:24:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  ORIENTAL WEAVERS USA, INC. (PRO SE)
     AHMED SALAMA
     3252 LOWER DUG GAP RD.
     DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:24:35 PM

Notice Date:     10/24/2016 1:24:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To: S & S MILLS, INC. (PRO SE)
ROBERT G. MCCURRY
402 SELVIDGE ST.
DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:24:35 PM

Notice Date:      10/24/2016 1:24:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  SAVANNAH MILLS GROUP, LLC (PRO SE)
     BENNIE M LAUGHTER
     115 WEST KING ST.
     DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:24:35 PM

Notice Date:      10/24/2016 1:24:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  SHAW INDUSTRIES, INC. (PRO SE)
CSC LAWYERS INCORPORATING
150 S. PERRY STREET
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:24:35 PM

Notice Date:      10/24/2016 1:24:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To: TANDUS CENTIVA INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:24:35 PM

Notice Date:     10/24/2016 1:24:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   TANDUS CENTIVA US LLC (PRO SE)
      CT CORPORATION SYSTEM
      1201 PEACHTREE ST #1240
      ATLANTA, GA, 30361-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:24:35 PM

Notice Date:      10/24/2016 1:24:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  THE DIXIE GROUP (PRO SE)
     CT CORPORATION SYSTEM
     1201 PEACHTREE ST. NE
     ATLANTA, GA, 30361-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:24:35 PM

Notice Date:     10/24/2016 1:24:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   TIARCO CHEMICAL COMPANY, INC. (PRO SE)
      FREDERICK H. HOWALT, III
      1400 TIARCO DR.
      DALTON, GA, 30721-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:24:35 PM

Notice Date:      10/24/2016 1:24:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

To:   JONES RHON EUGENE
rhon.jones@beasleyallen.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:24:35 PM

Notice Date:      10/24/2016 1:24:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   BRISENDINE JAMES ERIC
      jebscruggs@farmerstel.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:24:35 PM

Notice Date:      10/24/2016 1:24:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  BROCKWELL GREGORY AUSTIN
gbrockwell@lsppc.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:24:35 PM

Notice Date:     10/24/2016 1:24:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To: FISHER CHARLES GLOVER VI
    cfisher@gkhpc.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:24:35 PM

Notice Date:     10/24/2016 1:24:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To: GENTRY JAMES ERIK
jimgent2317@gmail.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 1:24:35 PM

Notice Date:     10/24/2016 1:24:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

Case 4:16-cv-01755-KOB   Document 1-2   Filed 10/26/16   Page 332 of 551



ELECTRONICALLY FILED
10/24/2016 3:25 PM
31-CV-2016-900676.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

# IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

THE WATER WORKS AND
SEWER BOARD OF THE CITY
OF GADSDEN,

      Plaintiff,

v.                        CIVIL ACTION NO. CV-2016-900676

3M COMPANY; APRICOT
INTERNATIONAL, INC.;
ARROWSTAR, LLC; BEAULIEU
GROUP, LLC; BEAULIEU OF
AMERICA, INC.; COLLINS &
AIKMAN FLOOR COVERING
INTERNATIONAL, INC.;
DALTONIAN FLOORING, INC.;
DEPENDABLE RUG MILLS, INC.;
DORSETT INDUSTRIES, INC.;
DYSTAR, L.P.; ECMH, LLC d/b/a
CLAYTON MILLER
HOSPITALITY CARPETS;
EMERALD CARPETS, INC.;
FORTUNE CONTRACT, INC.;
HARCROS CHEMICAL, INC.;
HOME CARPET INDUSTRIES,
LLC; INDIAN SUMMER CARPET
MILLS, INC.; INDUSTRIAL
CHEMICALS, INC.; J&J
INDUSTRIES, INC.; KALEEN
RUGS, INC.; LEXMARK CARPET
MILLS, INC.; LYLE INDUSTRIES,
INC.; MFG CHEMICAL, INC.;
MOHAWK CARPET, LLC;
MOHAWK GROUP, INC.; MOHAWK
INDUSTRIES, INC.; NPC SOUTH,
INC.; ORIENTAL WEAVERS USA,
INC.; S & S MILLS, INC.;

SAVANNAH MILLS GROUP, LLC;
SHAW INDUSTRIES, INC.;
TANDUS CENTIVA, INC.; TANDUS
CENTIVA US, LLC; THE DIXIE
GROUP, INC.; TIARCO CHEMICAL
COMPANY, INC.; VICTOR CARPET
MILLS, INC.; and FICTITIOUS
DEFENDANTS A-J, those persons,
corporations, partnerships or entities
who acted either as principal or agent,
for or in concert with the other named
Defendants and/or whose acts caused
or contributed to the damages
sustained by the Plaintiff, whose
identities are unknown to the Plaintiff,
but which will be substituted by
amendment when ascertained,

        Defendants.

## AMENDED ANSWER

Comes now the Defendant VICTOR CARPET MILLS, INC. ("Defendant"), by and through counsel of record, James E. Gentry, and amends its answer as follows:

1. Defendant incorporates and reasserts all defenses set forth in its original Answer.

2. This Court lacks personal jurisdiction over Defendant.

3. Venue is not proper.

4. There was insufficiency of process and/or insufficiency of service of process.

5. Defendant pleads assumption of the risk, contributory negligence, estoppel, waiver, and res judicata.

6. Defendant reserves the right to supplement and/or amend its Answer further.

/s James E. Gentry
James E. Gentry

<u>Of Counsel:</u>
James E. Gentry, LLC
Attorney at Law
601 Greensboro Avenue, Suite 1-A
Tuscaloosa, Alabama 35401
(205) 349-4147
Email:  jimgent2317@gmail.com


## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 20, 2016, I electronically filed the foregoing with the Clerk of the Court by using the e-filing system which will send a notice of electronic filing to all parties and/or their counsel of record:

      Jere L. Beasley
      Rhon E. Jones
      Richard D. Stratton
      Grant M. Cofer
      BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
      P.O. Box 4160
      Montgomery, AL 36103

      Roger H. Bedford
      ROGER BEDFORD & ASSOCIATES, P.C.
      P.O. Box 370
      Russellville, AL 35653

      Gregory A. Brockwell
      LEITMAN, SIEGAL & PAYNE, P.C.
      420 20th Street North, Suite 2000
      Birmingham, AL 35203

            /s James E. Gentry
            James E. Gentry



AlaFile E-Notice

31-CV-2016-900676.00

To:   JAMES ERIK GENTRY
        jimgent2317@gmail.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 3:25:38 PM

Notice Date:        10/24/2016 3:25:38 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  3M COMPANY, INC. (PRO SE)
C T CORPORATION SYSTEM
2 N JACKSON ST., STE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 3:25:38 PM

Notice Date:     10/24/2016 3:25:38 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   APRICOT INTERNATIONAL, INC. (PRO SE)
GUY BINETTE
P.O. BOX 1544
DALTON, GA, 30721-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 3:25:38 PM

Notice Date:      10/24/2016 3:25:38 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  ARROWSTAR, LLC (PRO SE)
     KEVIN HARRIS
     530 N. ELM STREET
     DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 3:25:38 PM

Notice Date:     10/24/2016 3:25:38 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  BEAULIEU GROUP LLC (PRO SE)
     CORPORATION SERVICES COMP
     40 TECHNOLOGY PARKWAY SOU
     NORCROSS, GA, 30092-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 3:25:38 PM

Notice Date:     10/24/2016 3:25:38 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  BEAULIEU OF AMERICA, INC (PRO SE)
     PETER N. FARLEY
     1502 CORONET DR.
     DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 3:25:38 PM

Notice Date:     10/24/2016 3:25:38 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  COLLINS & AIKMAN FLOOR COVERING INTERNATIONAL, INC (P
     THE PRENTICE-HALL CORPORA
     2711 CENTERVILLE RD. SUIT
     WILMINGTON, DE, 19808-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 3:25:38 PM

Notice Date:     10/24/2016 3:25:38 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  DALTONIAN FLOORING, INC. (PRO SE)
R. MIKE WITHROCK
402 W. CUYLER ST.
DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 3:25:38 PM

Notice Date:      10/24/2016 3:25:38 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   DEPENDABLE RUG MILLS, INC. (PRO SE)
      JERRY NEALEY
      515 MIRACLE DR.
      ROCKY FACE, GA, 30740-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 3:25:38 PM

Notice Date:      10/24/2016 3:25:38 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   DORSETT INDUSTRIES, INC. (PRO SE)
      BRYAN C. MACON
      1304 MAY ST.
      DALTON, GA, 30721-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 3:25:38 PM

Notice Date:      10/24/2016 3:25:38 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  DYSTAR, L.P. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE STREET, NE
ATLANTA, GA, 30361-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 3:25:38 PM

Notice Date:     10/24/2016 3:25:38 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To: HARCROS CHEMICAL, INC. (PRO SE)
C T CORPORATION SYSTEM
2 N JACKSON ST, SUITE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 3:25:38 PM

Notice Date:     10/24/2016 3:25:38 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To: HOME CARPET INDUSTRIES LLC (PRO SE)
CARL D. WESTFALL
2730 DUG GAP RD.
DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 3:25:38 PM

Notice Date:     10/24/2016 3:25:38 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  INDUSTRIAL CHEMICALS, INC. (PRO SE)
     WILLIAM L. WELCH
     2042 MONTREAT DRIVE
     BIRMINGHAM, AL, 35218-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 3:25:38 PM

Notice Date:     10/24/2016 3:25:38 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   J&J INDUSTRIES, INC. (PRO SE)
      JAMES E. BETHEL
      615 VALLEY DR.
      DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 3:25:38 PM

Notice Date:     10/24/2016 3:25:38 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   LEXMARK CARPET MILLS INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST. SUITE
ATLANTA, GA, 30361-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 3:25:38 PM

Notice Date:      10/24/2016 3:25:38 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  LYLE INDUSTRIES, INC. (PRO SE)
     LYLE G. LAMAR
     1800 KIMBERLY PARK DR.
     DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 3:25:38 PM

Notice Date:     10/24/2016 3:25:38 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  MFG CHEMICAL, INC. (PRO SE)
     CHARLES GAVIN, III
     1804 KIMBERLY PARK DRIVE
     DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 3:25:38 PM

Notice Date:      10/24/2016 3:25:38 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  MOHAWK CARPET, LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGY PKWY S #300
NORCROSS, GA, 30092-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 3:25:38 PM

Notice Date:     10/24/2016 3:25:38 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  MOHAWK GROUP, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTERVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 3:25:38 PM

Notice Date:    10/24/2016 3:25:38 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  MOHAWK INDUSTRIES, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTERVILLE RD #400
WILMINGTON, DE, 19808-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 3:25:38 PM

Notice Date:     10/24/2016 3:25:38 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  ORIENTAL WEAVERS USA, INC. (PRO SE)
     AHMED SALAMA
     3252 LOWER DUG GAP RD.
     DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 3:25:38 PM

Notice Date:      10/24/2016 3:25:38 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  S & S MILLS, INC. (PRO SE)
     ROBERT G. MCCURRY
     402 SELVIDGE ST.
     DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 3:25:38 PM

Notice Date:      10/24/2016 3:25:38 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  SAVANNAH MILLS GROUP, LLC (PRO SE)
     BENNIE M LAUGHTER
     115 WEST KING ST.
     DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 3:25:38 PM

Notice Date:     10/24/2016 3:25:38 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   SHAW INDUSTRIES, INC. (PRO SE)
CSC LAWYERS INCORPORATING
150 S. PERRY STREET
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 3:25:38 PM

Notice Date:    10/24/2016 3:25:38 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  TANDUS CENTIVA INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 3:25:38 PM

Notice Date:     10/24/2016 3:25:38 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   TANDUS CENTIVA US LLC (PRO SE)
      CT CORPORATION SYSTEM
      1201 PEACHTREE ST #1240
      ATLANTA, GA, 30361-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 3:25:38 PM

Notice Date:     10/24/2016 3:25:38 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To: THE DIXIE GROUP (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST. NE
ATLANTA, GA, 30361-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 3:25:38 PM

Notice Date:     10/24/2016 3:25:38 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   TIARCO CHEMICAL COMPANY, INC. (PRO SE)
      FREDERICK H. HOWALT, III
      1400 TIARCO DR.
      DALTON, GA, 30721-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 3:25:38 PM

Notice Date:     10/24/2016 3:25:38 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

To:   JONES RHON EUGENE
      rhon.jones@beasleyallen.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 3:25:38 PM

Notice Date:     10/24/2016 3:25:38 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

To:  DODD ELBERT ALLEN JR.
     eadscruggs@farmerstel.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 3:25:38 PM

Notice Date:    10/24/2016 3:25:38 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  BRISENDINE JAMES ERIC
jebscruggs@farmerstel.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 3:25:38 PM

Notice Date:     10/24/2016 3:25:38 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  BROCKWELL GREGORY AUSTIN
     gbrockwell@lsppc.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 3:25:38 PM

Notice Date:      10/24/2016 3:25:38 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

To:  FISHER CHARLES GLOVER VI
cfisher@gkhpc.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/24/2016 3:25:38 PM

Notice Date:     10/24/2016 3:25:38 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

ELECTRONICALLY FILED
10/25/2016 4:00 PM
31-CV-2016-900676.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

# STATE OF ALABAMA

**Unified Judicial System**

31-ETOWAH

Revised 3/5/08

Cas

☐ District Court  ☑ Circuit Court

CV2

| WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC. | **CIVIL MOTION COVER SHEET** |
|---|---|
| | *Name of Filing Party:* D009 - DORSETT INDUSTRIES, INC. |

*Name, Address, and Telephone No. of Attorney or Party. If Not Represented.*

CODY D ROBINSON

301 Broad Street

GADSDEN, AL 35901

*Attorney Bar No.:* ROB150

☐ Oral Arguments Requested

## TYPE OF MOTION

| Motions Requiring Fee | Motions Not Requiring Fee |
|---|---|
| ☐ Default Judgment ($50.00) | ☐ Add Party |
| ☐ Joinder in Other Party's Dispositive Motion (i.e.Summary Judgment, Judgment on the Pleadings, orother Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Amend |
| | ☐ Change of Venue/Transfer |
| | ☐ Compel |
| ☐ Judgment on the Pleadings ($50.00) | ☐ Consolidation |
| ☐ Motion to Dismiss, or in the Alternative SummaryJudgment($50.00) | ☐ Continue |
| | ☐ Deposition |
| ☐ Renewed Dispositive Motion(Summary Judgment,Judgment on the Pleadings, or other DispositiveMotion not pursuant to Rule 12(b)) ($50.00) | ☐ Designate a Mediator |
| | ☐ Judgment as a Matter of Law (during Trial) |
| ☐ Summary Judgment pursuant to Rule 56($50.00) | ☐ Disburse Funds |
| ☐ Motion to Intervene ($297.00) | ☑ Extension of Time |
| ☐ Other _____ | ☐ In Limine |
| pursuant to Rule _____ ($50.00) | ☐ Joinder |
| | ☐ More Definite Statement |
| *Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees. | ☐ Motion to Dismiss pursuant to Rule 12(b) |
| | ☐ New Trial |
| ☐ Local Court Costs $  0 | ☐ Objection of Exemptions Claimed |
| | ☐ Pendente Lite |
| | ☐ Plaintiff's Motion to Dismiss |
| | ☐ Preliminary Injunction |
| | ☐ Protective Order |
| | ☐ Quash |
| | ☐ Release from Stay of Execution |
| | ☐ Sanctions |
| | ☐ Sever |
| | ☐ Special Practice in Alabama |
| | ☐ Stay |
| | ☐ Strike |
| | ☐ Supplement to Pending Motion |
| | ☐ Vacate or Modify |
| | ☐ Withdraw |
| | ☐ Other |
| | pursuant to Rule _____ (Subject to Filing Fee) |

| Check here if you have filed or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees) ☐ | Date: 10/25/2016 3:57:45 PM | Signature of Attorney or Party /s/ CODY D ROBINSON |
|---|---|---|

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.

**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.


ELECTRONICALLY FILED
10/25/2016 4:00 PM
31-CV-2016-900676.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

## IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

|  |  |  |
|---|---|---|
| THE WATER WORKS AND | ) | |
| SEWER BOARD OF THE CITY | ) | |
| OF GADSDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 31-CV-2016-900676.00 |
| | ) | |
| | ) | |
| 3M COMPANY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT DORSETT INDUSTRIES, INC.'S
## CONSENT MOTION FOR EXTENSION OF TIME TO
## ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT

Pursuant to Ala. R. Civ. P. 6, Defendant Dorsett Industries, Inc. files this Consent Motion

for Extension of Time to Answer, Move or Otherwise Respond to the Complaint, and in support

thereof states as follows:

1.      On or about September 22, 2016, Plaintiff filed its Complaint in this Court.

Dorsett was served by certified mail on or about September 28, 2016.  Dorsett's Answer or

Response to the Complaint is due on or before October 28, 2016.

2.      On October 24, 2016, counsel for Dorsett Michael B. Terry conferred with Rhon

E. Jones, Counsel for Plaintiff, regarding the timing of Dorsett's response to the Complaint.

Counsel for Plaintiff consented to Dorsett's request to extend the time for filing the response to

the Complaint through and including November 7, 2016.

3.      The relief requested is for good cause and will not result in undue delay in the

administration of this case.

1497115.1

4.      No other extensions of time have been previously requested in this case.

For the foregoing reasons, Plaintiff and Dorsett jointly request that the Court extend the time for responding to Plaintiff's Complaint to <u>November 7, 2016</u>.

This 25th day of October, 2016

Respectfully submitted,

Cody D. Robinson, Esq.
Alabama Bar No. *8481-078R*
Email: crobinson@brunsonlawfirm.com
BRUNSON, ROBINSON & HUFFSTUTLER,
Attorneys, P.A.
Historic Meeks Building
301 Broad Street
Gadsden, AL 35901
Telephone:      (256) 546-9205
*Attorney for Defendant Dorsett Industries, Inc.*

CONSENTED TO BY

Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, Alabama 35653
Phone: (334)-269-2343
*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2016, I electronically filed the foregoing with the

Clerk of the Court by using the e-filing system which will send a notice of electronic filing to all

parties and/or their counsel of record:

Jere L. Beasley
Rhon E. Jones
Richard D. Stratton
Grant M. Cofer
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103
*Attorneys for Plaintiff*

Roger H. Bedford
ROGER BEDFORD & ASSOCIATES, P.C.
P.O. Box 370
Russellville, AL 35653
*Attorneys for Plaintiff*

Gregory A. Brockwell
LEITMAN, SIEGAL & PAYNE, P.C.
420 20th Street North, Suite 2000
Birmingham, AL 35203
*Attorneys for Defendants, NPC South, Inc., Indian Summer Carpet Mills, Inc .and
  Fortune Contract, Inc.*

James E. Gentry, LLC
Attorney at Law
601 Greensboro Avenue, Suite 1-A
Tuscaloosa, Alabama 35401
*Attorneys for Defendant, Victor Carpet Mills, Inc.*

/s/ Cody D. Robinson
Cody D. Robinson, Esq.
Alabama Bar No. 8431-O78R
Email: crobinson@brunsonlawfirm.com

ELECTRONICALLY FILED
10/25/2016 4:00 PM
31-CV-2016-900676.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

## IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

| | | |
|---|---|---|
| WATER WORKS AND SEWER BOARD | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | **Case No.:** CV-2016-900676.00 |
| | ) | |
| 3M COMPANY, INC., | ) | |
| APRICOT INTERNATIONAL, INC., | ) | |
| ARROWSTAR, LLC, | ) | |
| BEAULIEU GROUP LLC, | ) | |
| BEAULIEU OF AMERICA, INC, | ) | |
| COLLINS & AIKMAN FLOOR COVER ET AL, | ) | |
| Defendants. | ) | |

### ORDER EXTENDING THE TIME FOR DORSETT INDUSTRIES, INC. TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT

Upon consideration of Dorsett Industries, Inc.'s Consent Motion for Extension of Time to Answer, Move or Otherwise Respond to the Complaint, and for good cause, it is hereby **ORDERED** that the motion is **GRANTED**. Dorsett Industries, Inc.'s response to Plaintiff's Complaint is due November 7, 2016.

DONE this[To be filled by the Judge].

/s/[To be filled by the Judge]
_____

CIRCUIT JUDGE



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  CODY D ROBINSON
     codyrobinson1@yahoo.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/25/2016 4:00:30 PM

D009 DORSETT INDUSTRIES, INC.
MOTION FOR EXTENSION OF TIME
[Filer: ROBINSON CODY DEWAYNE]

Notice Date:     10/25/2016 4:00:30 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To: 3M COMPANY, INC. (PRO SE)
C T CORPORATION SYSTEM
2 N JACKSON ST., STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/25/2016 4:00:30 PM

D009 DORSETT INDUSTRIES, INC.
MOTION FOR EXTENSION OF TIME
[Filer: ROBINSON CODY DEWAYNE]

Notice Date:     10/25/2016 4:00:30 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  APRICOT INTERNATIONAL, INC. (PRO SE)
GUY BINETTE
P.O. BOX 1544
DALTON, GA, 30721-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/25/2016 4:00:30 PM

D009 DORSETT INDUSTRIES, INC.
MOTION FOR EXTENSION OF TIME
[Filer: ROBINSON CODY DEWAYNE]

Notice Date:      10/25/2016 4:00:30 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   ARROWSTAR, LLC (PRO SE)
      KEVIN HARRIS
      530 N. ELM STREET
      DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/25/2016 4:00:30 PM

D009 DORSETT INDUSTRIES, INC.
MOTION FOR EXTENSION OF TIME
[Filer: ROBINSON CODY DEWAYNE]

Notice Date:      10/25/2016 4:00:30 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   BEAULIEU GROUP LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGY PARKWAY SOU
NORCROSS, GA, 30092-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/25/2016 4:00:30 PM

D009 DORSETT INDUSTRIES, INC.
MOTION FOR EXTENSION OF TIME
[Filer: ROBINSON CODY DEWAYNE]

Notice Date:     10/25/2016 4:00:30 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  BEAULIEU OF AMERICA, INC (PRO SE)
PETER N. FARLEY
1502 CORONET DR.
DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/25/2016 4:00:30 PM

D009 DORSETT INDUSTRIES, INC.
MOTION FOR EXTENSION OF TIME
[Filer: ROBINSON CODY DEWAYNE]

Notice Date:      10/25/2016 4:00:30 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   COLLINS & AIKMAN FLOOR COVERING INTERNATIONAL, INC (P
      THE PRENTICE-HALL CORPORA
      2711 CENTERVILLE RD. SUIT
      WILMINGTON, DE, 19808-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/25/2016 4:00:30 PM

D009 DORSETT INDUSTRIES, INC.
MOTION FOR EXTENSION OF TIME
[Filer: ROBINSON CODY DEWAYNE]

Notice Date:      10/25/2016 4:00:30 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  DALTONIAN FLOORING, INC. (PRO SE)
     R. MIKE WITHROCK
     402 W. CUYLER ST.
     DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/25/2016 4:00:30 PM

D009 DORSETT INDUSTRIES, INC.
MOTION FOR EXTENSION OF TIME
[Filer: ROBINSON CODY DEWAYNE]

Notice Date:      10/25/2016 4:00:30 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  DEPENDABLE RUG MILLS, INC. (PRO SE)
JERRY NEALEY
515 MIRACLE DR.
ROCKY FACE, GA, 30740-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/25/2016 4:00:30 PM

D009 DORSETT INDUSTRIES, INC.
MOTION FOR EXTENSION OF TIME
[Filer: ROBINSON CODY DEWAYNE]

Notice Date:     10/25/2016 4:00:30 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To: DORSETT INDUSTRIES, INC. (PRO SE)
BRYAN C. MACON
1304 MAY ST.
DALTON, GA, 30721-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/25/2016 4:00:30 PM

D009 DORSETT INDUSTRIES, INC.
MOTION FOR EXTENSION OF TIME
[Filer: ROBINSON CODY DEWAYNE]

Notice Date:     10/25/2016 4:00:30 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  DYSTAR, L.P. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE STREET, NE
ATLANTA, GA, 30361-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/25/2016 4:00:30 PM

D009 DORSETT INDUSTRIES, INC.
MOTION FOR EXTENSION OF TIME
[Filer: ROBINSON CODY DEWAYNE]

Notice Date:      10/25/2016 4:00:30 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   HARCROS CHEMICAL, INC. (PRO SE)
      C T CORPORATION SYSTEM
      2 N JACKSON ST, SUITE 605
      MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/25/2016 4:00:30 PM

D009 DORSETT INDUSTRIES, INC.
MOTION FOR EXTENSION OF TIME
[Filer: ROBINSON CODY DEWAYNE]

Notice Date:      10/25/2016 4:00:30 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   HOME CARPET INDUSTRIES LLC (PRO SE)
CARL D. WESTFALL
2730 DUG GAP RD.
DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/25/2016 4:00:30 PM

D009 DORSETT INDUSTRIES, INC.
MOTION FOR EXTENSION OF TIME
[Filer: ROBINSON CODY DEWAYNE]

Notice Date:     10/25/2016 4:00:30 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   INDUSTRIAL CHEMICALS, INC. (PRO SE)
      WILLIAM L. WELCH
      2042 MONTREAT DRIVE
      BIRMINGHAM, AL, 35218-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/25/2016 4:00:30 PM

D009 DORSETT INDUSTRIES, INC.

MOTION FOR EXTENSION OF TIME

[Filer: ROBINSON CODY DEWAYNE]

Notice Date:     10/25/2016 4:00:30 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   J&J INDUSTRIES, INC. (PRO SE)
      JAMES E. BETHEL
      615 VALLEY DR.
      DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/25/2016 4:00:30 PM

D009 DORSETT INDUSTRIES, INC.
MOTION FOR EXTENSION OF TIME
[Filer: ROBINSON CODY DEWAYNE]

Notice Date:      10/25/2016 4:00:30 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  LEXMARK CARPET MILLS INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST. SUITE
ATLANTA, GA, 30361-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/25/2016 4:00:30 PM

D009 DORSETT INDUSTRIES, INC.
MOTION FOR EXTENSION OF TIME
[Filer: ROBINSON CODY DEWAYNE]

Notice Date:      10/25/2016 4:00:30 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To: LYLE INDUSTRIES, INC. (PRO SE)
LYLE G. LAMAR
1800 KIMBERLY PARK DR.
DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/25/2016 4:00:30 PM

D009 DORSETT INDUSTRIES, INC.
MOTION FOR EXTENSION OF TIME
[Filer: ROBINSON CODY DEWAYNE]

Notice Date:      10/25/2016 4:00:30 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   MFG CHEMICAL, INC. (PRO SE)
CHARLES GAVIN, III
1804 KIMBERLY PARK DRIVE
DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/25/2016 4:00:30 PM

D009 DORSETT INDUSTRIES, INC.
MOTION FOR EXTENSION OF TIME
[Filer: ROBINSON CODY DEWAYNE]

Notice Date:      10/25/2016 4:00:30 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   MOHAWK CARPET, LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGY PKWY S #300
NORCROSS, GA, 30092-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/25/2016 4:00:30 PM

D009 DORSETT INDUSTRIES, INC.
MOTION FOR EXTENSION OF TIME
[Filer: ROBINSON CODY DEWAYNE]

Notice Date:     10/25/2016 4:00:30 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  MOHAWK GROUP, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTERVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/25/2016 4:00:30 PM

D009 DORSETT INDUSTRIES, INC.
MOTION FOR EXTENSION OF TIME
[Filer: ROBINSON CODY DEWAYNE]

Notice Date:      10/25/2016 4:00:30 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  MOHAWK INDUSTRIES, INC. (PRO SE)
     CORPORATION SERVICE COMPA
     2711 CENTERVILLE RD #400
     WILMINGTON, DE, 19808-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/25/2016 4:00:30 PM

D009 DORSETT INDUSTRIES, INC.
MOTION FOR EXTENSION OF TIME
[Filer: ROBINSON CODY DEWAYNE]

Notice Date:     10/25/2016 4:00:30 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   ORIENTAL WEAVERS USA, INC. (PRO SE)
AHMED SALAMA
3252 LOWER DUG GAP RD.
DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/25/2016 4:00:30 PM

D009 DORSETT INDUSTRIES, INC.
MOTION FOR EXTENSION OF TIME
[Filer: ROBINSON CODY DEWAYNE]

Notice Date:     10/25/2016 4:00:30 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  S & S MILLS, INC. (PRO SE)
     ROBERT G. MCCURRY
     402 SELVIDGE ST.
     DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/25/2016 4:00:30 PM

D009 DORSETT INDUSTRIES, INC.
MOTION FOR EXTENSION OF TIME
[Filer: ROBINSON CODY DEWAYNE]

Notice Date:     10/25/2016 4:00:30 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   SAVANNAH MILLS GROUP, LLC (PRO SE)
      BENNIE M LAUGHTER
      115 WEST KING ST.
      DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/25/2016 4:00:30 PM

D009 DORSETT INDUSTRIES, INC.
MOTION FOR EXTENSION OF TIME
[Filer: ROBINSON CODY DEWAYNE]

Notice Date:     10/25/2016 4:00:30 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  SHAW INDUSTRIES, INC. (PRO SE)
CSC LAWYERS INCORPORATING
150 S. PERRY STREET
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/25/2016 4:00:30 PM

D009 DORSETT INDUSTRIES, INC.
MOTION FOR EXTENSION OF TIME
[Filer: ROBINSON CODY DEWAYNE]

Notice Date:      10/25/2016 4:00:30 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   TANDUS CENTIVA INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/25/2016 4:00:30 PM

D009 DORSETT INDUSTRIES, INC.
MOTION FOR EXTENSION OF TIME
[Filer: ROBINSON CODY DEWAYNE]

Notice Date:      10/25/2016 4:00:30 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   TANDUS CENTIVA US LLC (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/25/2016 4:00:30 PM

D009 DORSETT INDUSTRIES, INC.
MOTION FOR EXTENSION OF TIME
[Filer: ROBINSON CODY DEWAYNE]

Notice Date:      10/25/2016 4:00:30 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To: THE DIXIE GROUP (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST. NE
ATLANTA, GA, 30361-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/25/2016 4:00:30 PM

D009 DORSETT INDUSTRIES, INC.
MOTION FOR EXTENSION OF TIME
[Filer: ROBINSON CODY DEWAYNE]

Notice Date:     10/25/2016 4:00:30 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   TIARCO CHEMICAL COMPANY, INC. (PRO SE)
      FREDERICK H. HOWALT, III
      1400 TIARCO DR.
      DALTON, GA, 30721-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/25/2016 4:00:30 PM

D009 DORSETT INDUSTRIES, INC.
MOTION FOR EXTENSION OF TIME
[Filer: ROBINSON CODY DEWAYNE]

Notice Date:     10/25/2016 4:00:30 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   JONES RHON EUGENE
      rhon.jones@beasleyallen.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/25/2016 4:00:30 PM

D009 DORSETT INDUSTRIES, INC.

MOTION FOR EXTENSION OF TIME

[Filer: ROBINSON CODY DEWAYNE]

Notice Date:      10/25/2016 4:00:30 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   DODD ELBERT ALLEN JR.
      eadscruggs@farmerstel.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/25/2016 4:00:30 PM

D009 DORSETT INDUSTRIES, INC.
MOTION FOR EXTENSION OF TIME
[Filer: ROBINSON CODY DEWAYNE]

Notice Date:    10/25/2016 4:00:30 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  BRISENDINE JAMES ERIC
jebscruggs@farmerstel.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/25/2016 4:00:30 PM

D009 DORSETT INDUSTRIES, INC.
MOTION FOR EXTENSION OF TIME
[Filer: ROBINSON CODY DEWAYNE]

Notice Date:     10/25/2016 4:00:30 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  BROCKWELL GREGORY AUSTIN
gbrockwell@lsppc.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/25/2016 4:00:30 PM

D009 DORSETT INDUSTRIES, INC.
MOTION FOR EXTENSION OF TIME
[Filer: ROBINSON CODY DEWAYNE]

Notice Date:      10/25/2016 4:00:30 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  FISHER CHARLES GLOVER VI
     cfisher@gkhpc.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/25/2016 4:00:30 PM

D009 DORSETT INDUSTRIES, INC.
MOTION FOR EXTENSION OF TIME
[Filer: ROBINSON CODY DEWAYNE]

Notice Date:     10/25/2016 4:00:30 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  GENTRY JAMES ERIK
      jimgent2317@gmail.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/25/2016 4:00:30 PM

D009 DORSETT INDUSTRIES, INC.
MOTION FOR EXTENSION OF TIME
[Filer: ROBINSON CODY DEWAYNE]

Notice Date:      10/25/2016 4:00:30 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

Case 4:16-cv-01755-KOB   Document 1-2   Filed 10/26/16   Page 409 of 551

ELECTRONICALLY FILED
10/25/2016 4:24 PM
31-CV-2016-900676.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

**IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA**

```
WATER WORKS AND SEWER BOARD,      )
Plaintiff,                        )
                                  )
V.                                ) Case No.:   CV-2016-900676.00
                                  )
3M COMPANY, INC.,                 )
APRICOT INTERNATIONAL, INC.,      )
ARROWSTAR, LLC,                   )
BEAULIEU GROUP LLC ET AL,         )
Defendants.                       )
```

<u>ORDER EXTENDING THE TIME FOR DORSETT INDUSTRIES, INC. TO ANSWER,
MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT</u>

Upon consideration of Dorsett Industries, Inc.'s Consent Motion for Extension of Time to Answer, Move or Otherwise Respond to the Complaint, and for good cause, it is hereby **ORDERED** that the motion is **GRANTED**.  Dorsett Industries, Inc.'s response to Plaintiff's Complaint is due November 7, 2016.

**DONE this 25th day of October, 2016.**

**/s/ WILLIAM H RHEA III**
**CIRCUIT JUDGE**

Processed by:  sh



**AlaFile E-Notice**

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   JONES RHON EUGENE
      rhon.jones@beasleyallen.com

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

A court action was entered in the above case on 10/25/2016 4:24:40 PM

ORDER

[Filer: ]

Disposition:      GRANTED
Judge:            WHR

Notice Date:      10/25/2016 4:24:40 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   ROBINSON CODY DEWAYNE
      codyrobinson1@yahoo.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

A court action was entered in the above case on 10/25/2016 4:24:40 PM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           WHR

Notice Date:     10/25/2016 4:24:40 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   DODD ELBERT ALLEN JR.
       eadscruggs@farmerstel.com

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

A court action was entered in the above case on 10/25/2016 4:24:40 PM

ORDER

[Filer: ]

Disposition:      GRANTED
Judge:            WHR

Notice Date:      10/25/2016 4:24:40 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To: BRISENDINE JAMES ERIC
jebscruggs@farmerstel.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

A court action was entered in the above case on 10/25/2016 4:24:40 PM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           WHR

Notice Date:     10/25/2016 4:24:40 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  BROCKWELL GREGORY AUSTIN
     gbrockwell@lsppc.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

A court action was entered in the above case on 10/25/2016 4:24:40 PM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           WHR

Notice Date:     10/25/2016 4:24:40 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  FISHER CHARLES GLOVER VI
     cfisher@gkhpc.com

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

A court action was entered in the above case on 10/25/2016 4:24:40 PM

ORDER

[Filer: ]

Disposition:      GRANTED
Judge:            WHR

Notice Date:      10/25/2016 4:24:40 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   GENTRY JAMES ERIK
      jimgent2317@gmail.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

A court action was entered in the above case on 10/25/2016 4:24:40 PM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           WHR

Notice Date:     10/25/2016 4:24:40 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  3M COMPANY, INC. (PRO SE)
C T CORPORATION SYSTEM
2 N JACKSON ST., STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

A court action was entered in the above case on 10/25/2016 4:24:40 PM

ORDER

[Filer: ]

Disposition:      GRANTED
Judge:            WHR

Notice Date:      10/25/2016 4:24:40 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  APRICOT INTERNATIONAL, INC. (PRO SE)
GUY BINETTE
P.O. BOX 1544
DALTON, GA, 30721-0000

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

A court action was entered in the above case on 10/25/2016 4:24:40 PM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           WHR

Notice Date:     10/25/2016 4:24:40 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   ARROWSTAR, LLC (PRO SE)
      KEVIN HARRIS
      530 N. ELM STREET
      DALTON, GA, 30720-0000

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

A court action was entered in the above case on 10/25/2016 4:24:40 PM

ORDER

[Filer: ]

Disposition:    GRANTED
Judge:          WHR

Notice Date:    10/25/2016 4:24:40 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  BEAULIEU GROUP LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGY PARKWAY SOU
NORCROSS, GA, 30092-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

A court action was entered in the above case on 10/25/2016 4:24:40 PM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           WHR

Notice Date:     10/25/2016 4:24:40 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To: BEAULIEU OF AMERICA, INC (PRO SE)
PETER N. FARLEY
1502 CORONET DR.
DALTON, GA, 30720-0000

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

A court action was entered in the above case on 10/25/2016 4:24:40 PM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           WHR

Notice Date:     10/25/2016 4:24:40 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To: COLLINS & AIKMAN FLOOR COVERING INTERNATIONAL, INC (P
THE PRENTICE-HALL CORPORA
2711 CENTERVILLE RD. SUIT
WILMINGTON, DE, 19808-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

A court action was entered in the above case on 10/25/2016 4:24:40 PM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           WHR

Notice Date:     10/25/2016 4:24:40 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To: DALTONIAN FLOORING, INC. (PRO SE)
R. MIKE WITHROCK
402 W. CUYLER ST.
DALTON, GA, 30720-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

A court action was entered in the above case on 10/25/2016 4:24:40 PM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           WHR

Notice Date:     10/25/2016 4:24:40 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To: DEPENDABLE RUG MILLS, INC. (PRO SE)
JERRY NEALEY
515 MIRACLE DR.
ROCKY FACE, GA, 30740-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

A court action was entered in the above case on 10/25/2016 4:24:40 PM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           WHR

Notice Date:     10/25/2016 4:24:40 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  DYSTAR, L.P. (PRO SE)
     CT CORPORATION SYSTEM
     1201 PEACHTREE STREET, NE
     ATLANTA, GA, 30361-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

A court action was entered in the above case on 10/25/2016 4:24:40 PM

ORDER

[Filer: ]

Disposition:   GRANTED
Judge:         WHR

Notice Date:   10/25/2016 4:24:40 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  HARCROS CHEMICAL, INC. (PRO SE)
C T CORPORATION SYSTEM
2 N JACKSON ST, SUITE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

A court action was entered in the above case on 10/25/2016 4:24:40 PM

ORDER

[Filer: ]

Disposition:      GRANTED
Judge:            WHR

Notice Date:      10/25/2016 4:24:40 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   HOME CARPET INDUSTRIES LLC (PRO SE)
CARL D. WESTFALL
2730 DUG GAP RD.
DALTON, GA, 30720-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

A court action was entered in the above case on 10/25/2016 4:24:40 PM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           WHR

Notice Date:     10/25/2016 4:24:40 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  INDUSTRIAL CHEMICALS, INC. (PRO SE)
     WILLIAM L. WELCH
     2042 MONTREAT DRIVE
     BIRMINGHAM, AL, 35218-0000

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

A court action was entered in the above case on 10/25/2016 4:24:40 PM

ORDER

[Filer: ]

Disposition:    GRANTED
Judge:          WHR

Notice Date:    10/25/2016 4:24:40 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  J&J INDUSTRIES, INC. (PRO SE)
JAMES E. BETHEL
615 VALLEY DR.
DALTON, GA, 30720-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

A court action was entered in the above case on 10/25/2016 4:24:40 PM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           WHR

Notice Date:     10/25/2016 4:24:40 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  LEXMARK CARPET MILLS INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST. SUITE
ATLANTA, GA, 30361-0000

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

A court action was entered in the above case on 10/25/2016 4:24:40 PM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           WHR

Notice Date:     10/25/2016 4:24:40 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  LYLE INDUSTRIES, INC. (PRO SE)
LYLE G. LAMAR
1800 KIMBERLY PARK DR.
DALTON, GA, 30720-0000

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

A court action was entered in the above case on 10/25/2016 4:24:40 PM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           WHR

Notice Date:     10/25/2016 4:24:40 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  MFG CHEMICAL, INC. (PRO SE)
CHARLES GAVIN, III
1804 KIMBERLY PARK DRIVE
DALTON, GA, 30720-0000

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

A court action was entered in the above case on 10/25/2016 4:24:40 PM

ORDER

[Filer: ]

Disposition:      GRANTED
Judge:            WHR

Notice Date:      10/25/2016 4:24:40 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  MOHAWK CARPET, LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGY PKWY S #300
NORCROSS, GA, 30092-0000

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

A court action was entered in the above case on 10/25/2016 4:24:40 PM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           WHR

Notice Date:     10/25/2016 4:24:40 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To: MOHAWK GROUP, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTERVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

A court action was entered in the above case on 10/25/2016 4:24:40 PM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           WHR

Notice Date:     10/25/2016 4:24:40 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  MOHAWK INDUSTRIES, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTERVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

A court action was entered in the above case on 10/25/2016 4:24:40 PM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           WHR

Notice Date:     10/25/2016 4:24:40 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   ORIENTAL WEAVERS USA, INC. (PRO SE)
      AHMED SALAMA
      3252 LOWER DUG GAP RD.
      DALTON, GA, 30720-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

A court action was entered in the above case on 10/25/2016 4:24:40 PM

ORDER

[Filer: ]

Disposition:    GRANTED
Judge:          WHR

Notice Date:    10/25/2016 4:24:40 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00
Judge: WILLIAM H. RHEA

To: S & S MILLS, INC. (PRO SE)
ROBERT G. MCCURRY
402 SELVIDGE ST.
DALTON, GA, 30720-0000

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

A court action was entered in the above case on 10/25/2016 4:24:40 PM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           WHR

Notice Date:     10/25/2016 4:24:40 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  SAVANNAH MILLS GROUP, LLC (PRO SE)
BENNIE M LAUGHTER
115 WEST KING ST.
DALTON, GA, 30720-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

A court action was entered in the above case on 10/25/2016 4:24:40 PM

ORDER

[Filer: ]

Disposition:   GRANTED
Judge:         WHR

Notice Date:   10/25/2016 4:24:40 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   SHAW INDUSTRIES, INC. (PRO SE)
CSC LAWYERS INCORPORATING
150 S. PERRY STREET
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

A court action was entered in the above case on 10/25/2016 4:24:40 PM

ORDER

[Filer: ]

Disposition:      GRANTED
Judge:            WHR

Notice Date:      10/25/2016 4:24:40 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   TANDUS CENTIVA INC. (PRO SE)
      CT CORPORATION SYSTEM
      1201 PEACHTREE ST #1240
      ATLANTA, GA, 30361-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

A court action was entered in the above case on 10/25/2016 4:24:40 PM

ORDER

[Filer: ]

Disposition:    GRANTED
Judge:          WHR

Notice Date:    10/25/2016 4:24:40 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   TANDUS CENTIVA US LLC (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

A court action was entered in the above case on 10/25/2016 4:24:40 PM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           WHR

Notice Date:     10/25/2016 4:24:40 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   THE DIXIE GROUP (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST. NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

A court action was entered in the above case on 10/25/2016 4:24:40 PM

ORDER

[Filer: ]

Disposition:      GRANTED
Judge:            WHR

Notice Date:      10/25/2016 4:24:40 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

DOCUMENT 121



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To: TIARCO CHEMICAL COMPANY, INC. (PRO SE)
FREDERICK H. HOWALT, III
1400 TIARCO DR.
DALTON, GA, 30721-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

A court action was entered in the above case on 10/25/2016 4:24:40 PM

ORDER

[Filer: ]

Disposition:      GRANTED
Judge:            WHR

Notice Date:      10/25/2016 4:24:40 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



ELECTRONICALLY FILED
10/25/2016 5:45 PM
31-CV-2016-900676.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

## IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

| | |
|---|---|
| THE WATER WORKS AND SEWER BOARD<br>OF THE CITY OF GADSDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. |
| | )   31-CV-2016-900676 |
| 3M COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

### ANSWER AND DEFENSES OF ARROWSTAR, LLC

COMES NOW Defendant Arrrowstar, LLC ("Arrowstar"), by and through undersigned counsel, and files this its Answer and Defenses to Plaintiff's Complaint, showing this Honorable Court as follows:

### FIRST DEFENSE

Arrowstar shows that Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Arrowstar asserts the defense of lack of personal jurisdiction.

### THIRD DEFENSE

Arrowstar asserts the defense of lack of subject matter jurisdiction.

### FOURTH DEFENSE

Arrowstar asserts the defense of improper venue.

### FIFTH DEFENSE

Arrowstar asserts the defense of failure to join a party under Rule 19.

**SIXTH DEFENSE**

Arrowstar asserts the defenses of contributory negligence and/or of assumption of the risk.

**SEVENTH DEFENSE**

Arrowstar asserts the equitable defenses of laches and unclean hands.

**EIGHTH DEFENSE**

Arrowstar has not caused the release of release of toxic chemicals, including perfluorinated compounds ("PFC") perfluorooctanoic acid ("PFOA"), perfluorooctane sulfonate ("PFOS"), and related chemicals.

**NINTH DEFENSE**

Arrowstar has not acted or failed to act negligently, willfully, or wantonly in regard to toxic chemicals, including perfluorinated compounds ("PFC") perfluorooctanoic acid ("PFOA"), perfluorooctane sulfonate ("PFOS"), and related chemicals

**TENTH DEFENSE**

Arrowstar has not caused any damage to Plaintiff.

**ELEVENTH DEFENSE**

Plaintiff's contributory negligence is an equal or greater cause of any damages Plaintiff may prove it has suffered.

**TWELFTH DEFENSE**

If Plaintiff is able to prove any damages, Plaintiff has failed to mitigate such damages.

**THIRTEENTH DEFENSE**

If Plaintiff is able to prove any damages, the damages attributed by Plaintiff to Arrowstar were caused by others for which Arrowstar has no responsibility or legal liability.

28377958 v1

## FOURTEENTH DEFENSE

Arrowstar has not acted or failed to act in such a way as to give rise to any claim for attorney fees and expenses of litigation.

## FIFTEENTH DEFENSE

Arrowstar has not acted or failed to act in such a way as to give rise to any claim for punitive damages.

## SIXTEENTH DEFENSE

In response to the numbered paragraphs of Plaintiff's Complaint, Arrowstar responds as follows:

1.      Arrowstar denies the allegations of paragraph 1 insofar as the same pertain specifically to Arrowstar.  Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 1.

2.      Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 2.

3.      Arrowstar admits that it supplies chemical products to manufacturing facilities located upstream of Gadsden Water's intake site, in or near the City of Dalton, Georgia. Arrowstar denies that it "uses PFCs, such as PFOA and PFOS, at [its] facilities to impart water, stain, and grease resistance to [its] carpet and other textile products."  Arrowstar denies that "[i]ndustrial wastewater discharged from [its] manufacturing plants contains high levels of PFOA and PFOS."

Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 3.

3

4.      Arrowstar denies the allegations of paragraph 4 insofar as the same pertain specifically to Arrowstar.  Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 4.

5.      Arrowstar denies the allegations of paragraph 5 insofar as the same pertain specifically to Arrowstar.  Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 5.

6.      Arrowstar denies that Plaintiff is entitled to the relief sought from Arrowstar in paragraph 6, and denies any remaining allegations in paragraph 6 insofar as the same pertain specifically to Arrowstar.

7.      Arrowstar denies the allegations of paragraph 7.

8.      Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 8.

9.      Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 9.

10.      Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 10.

11.      Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 11.

12.      Arrow admits it is a foreign corporation.  Arrowstar denies the remaining allegations of paragraph 12.

13.      Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13.

28377958 v1

14.     Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 14.

15.     Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 15.

16.     Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 16.

17.     Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 17.

18.     Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 18.

19.     Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 19.

20.     Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 20.

21.     Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 21.

22.     Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 22.

23.     Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 23.

24.     Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 24.

28377958 v1

25.     Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 25.

26.     Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 26.

27.     Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 27.

28.     Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 28.

29.     Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 29.

30.     Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 30.

31.     Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 31.

32.     Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 32.

33.     Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 33.

34.     Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 34.

35.     Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 35.

36.      Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 36.

37.      Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 37.

38.      Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 38.

39.      Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 39.

40.      Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 40.

41.      Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 41.

42.      Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 42.

43.      Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 43.

44.      Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 44.

45.      Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 45.

46.      Arrowstar admits that the City of Dalton, Georgia contains many carpet manufacturing plants.  Arrowstar admits that a significant proportion of the world's carpet is produced within a 65-mile radius of the City of Dalton.  Arrowstar admits that these

manufacturing plants, representing some of the named defendants herein and as well as unnamed entities, have used chemicals in the stain-resistant carpet manufacturing process. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 46.

47.     Arrowstar admits it is one of many chemical suppliers to one or more manufacturing facilities in and around Dalton. Arrowstar admits Dalton Utilities wastewater treatment plants treat industrial wastewater before pumping it to a Land Application System ("LAS") where it is sprayed onto the property. Arrowstar denies that "[it] discharge[s] PFOA, PFOS, and related chemicals in [its] industrial wastewater." Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 47 and demands strict proof thereof.

48.     Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 48 and demands strict proof thereof.

49.     Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 49 and demands strict proof thereof.

50.     Arrowstar admits there are human health risks associated with exposure to PFOA and PFOS. Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 50 and demands strict proof thereof.

51.     Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 51 and demands strict proof thereof.

52.     Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 52.

28377958 v1

53.     Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 53.

54.     Arrowstar admits that the EPA has taken regulatory action concerning the use of PFOA, PFOS, and related chemicals.  Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 54 and demands strict proof thereof.

55.     Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 55 and demands strict proof thereof.

56.     Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 56 and demands strict proof thereof.

57.     Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 57 and demands strict proof thereof.

58.     Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 58 and demands strict proof thereof.

59.     Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 59 and demands strict proof thereof.

60.     Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 60 and demands strict proof thereof.

61.     Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 61 and demands strict proof thereof.

62.     Arrowstar denies the allegations of paragraph 62 insofar as the same pertain specifically to Arrowstar.  Arrowstar is without knowledge or information sufficient to form a

belief as to the truth of the remaining allegations of paragraph 62 and demands strict proof thereof.

63.     Arrowstar incorporates all prior paragraphs by reference as if fully set forth herein.

64.     Arrowstar denies the allegations of paragraph 64 insofar as the same pertain specifically to Arrowstar.  Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 64 and demands strict proof thereof.

65.     Arrowstar denies the allegations of paragraph 65 insofar as the same pertain specifically to Arrowstar.  Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 65 and demands strict proof thereof.

66.     Arrowstar denies the allegations of paragraph 66 insofar as the same pertain specifically to Arrowstar.  Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 66 and demands strict proof thereof.

* * *

Arrowstar denies any allegations in the final paragraph under Count One, which begins "WHEREFORE, PREMISES CONSIDERED . . .".

67.     Arrowstar incorporates all prior paragraphs by reference as if fully set forth herein.

68.     Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 68 and demands strict proof thereof.

10

69.     Arrowstar denies the allegations of paragraph 69 insofar as the same pertain specifically to Arrowstar.  Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 69 and demands strict proof thereof.

70.     Arrowstar denies the allegations of paragraph 70 insofar as the same pertain specifically to Arrowstar.  Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 70 and demands strict proof thereof.

71.     Arrowstar denies the allegations of paragraph 71 insofar as the same pertain specifically to Arrowstar.  Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 71 and demands strict proof thereof.

* * *

Arrowstar denies any allegations in the final paragraph under Count Two, which begins "WHEREFORE, PREMISES CONSIDERED . . .".

72.     Arrowstar incorporates all prior paragraphs by reference as if fully set forth herein.

73.     Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 73 and demands strict proof thereof.

74.     Arrowstar denies the allegations of paragraph 74 insofar as the same pertain specifically to Arrowstar.  Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 74 and demands strict proof thereof.

28377958 v1

75.     Arrowstar denies the allegations of paragraph 75 insofar as the same pertain specifically to Arrowstar.  Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 75 and demands strict proof thereof.

76.     Arrowstar denies the allegations of paragraph 76 insofar as the same pertain specifically to Arrowstar.  Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 76 and demands strict proof thereof.

77.     Arrowstar denies the allegations of paragraph 77 insofar as the same pertain specifically to Arrowstar.  Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 77 and demands strict proof thereof.

78.     Arrowstar denies the allegations of paragraph 78 insofar as the same pertain specifically to Arrowstar.  Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 78 and demands strict proof thereof.

* * *

Arrowstar denies any allegations in the final paragraph under Count Three, which begins "WHEREFORE, PREMISES CONSIDERED . . .".

79.     Arrowstar incorporates all prior paragraphs by reference as if fully set forth herein.

80.     Arrowstar denies the allegations of paragraph 80 insofar as the same pertain specifically to Arrowstar.  Arrowstar is without knowledge or information sufficient to form a

28377958 v1

belief as to the truth of the remaining allegations of paragraph 80 and demands strict proof thereof.

81.     Arrowstar denies the allegations of paragraph 81 insofar as the same pertain specifically to Arrowstar.  Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 81 and demands strict proof thereof.

82.     Arrowstar denies the allegations of paragraph 82 insofar as the same pertain specifically to Arrowstar.  Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 82 and demands strict proof thereof.

83.     Arrowstar denies the allegations of paragraph 83 insofar as the same pertain specifically to Arrowstar.  Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 83 and demands strict proof thereof.

84.     Arrowstar denies the allegations of paragraph 84 insofar as the same pertain specifically to Arrowstar.  Arrowstar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 84 and demands strict proof thereof.

* * *

Arrowstar denies any allegations in the final paragraph under Count Four, which begins "WHEREFORE, PREMISES CONSIDERED . . .".

85.     Arrowstar incorporates all prior paragraphs by reference as if fully set forth herein.

86.     Arrowstar denies that Plaintiff is entitled to the relief requested from Arrowstar in paragraph 86.  Arrowstar denies any remaining allegation in paragraph 86 and demands strict proof thereof.

87.     Arrowstar denies that Plaintiff is entitled to the relief requested from Arrowstar in paragraph 87.  Arrowstar denies any remaining allegation in paragraph 87 and demands strict proof thereof.

* * *

Arrowstar denies any allegations in the final paragraph under Count Five, which begins "WHEREFORE, PREMISES CONSIDERED . . .".

88.     Arrowstar denies Plaintiff is entitled to any relief sought from Arrowstar in the section entitled "Relief Demanded."  Arrowstar denies any remaining allegations therein.

89.     Arrowstar denies any allegations not otherwise expressly admitted herein.

WHEREFORE, Arrowstar prays that Plaintiff's Complaint be dismissed as against Arrowstar, with all costs borne by Plaintiff.

This 25th day of October, 2016.

/s/ C. Paul Cavender
C. Paul Cavender (CAV002)
E-mail:pcavende@burr.com
D. Matthew Centeno ASB-9270-X18M
E-mail:mcenteno@burr.com

Attorneys for Arrowstar, LLC

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street
Suite 3400
Birmingham, AL  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

28377958 v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 25th day of October, 2016:

Harlan I. Prater, IV, Esq.
Lightfoot, Franklin & White, LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203-3200
Phone: (205) 581-0720
Fax:    (205) 581-0799
Email: hprater@lightfootlaw.com
*Attorney for 3M Company*

Warren N. Coppedge, Jr., Esq.
Email: warren@coppedgefirm.com
Stephen Michmerhuizen, Esq.
Email: steve@coppedgefirm.com
Coppedge & Associates PC
508 South Thornton Avenue
Dalton, GA 30720
Phone: (706) 226-0040
Fax:    (706) 226-0050
*Attorneys for Apricot International, Inc.*

Ken Sansom, Esq.
Phone:   (205) 986-3622
Fax:      (205) 986-3639
Email: ksansom@spotswoodllc.com
Michael Morris, Esq.
Phone:   (205) 986-3663
Fax:      (205) 986-3639
Email: mmorris@spotswoodllc.com
Spotswood Sansom & Sansbury LLC
One Federal Place
1819 Fifth Avenue North
Suite 1050
Birmingham, AL 35203
Peter Farley, Esq.
McGuire Woods
Promenade
1230 Peachtree Street, N.E.
Suite 2100
Atlanta, GA 30309-3534
Phone: (404) 443-5623

Fax:    (404) 443-5680
Email: pfarley@mcguirewoods.com
*Attorneys for Beaulieu Group, LLC*

Ken Sansom, Esq.
Phone:   (205) 986-3622
Fax:      (205) 986-3639
Email: ksansom@spotswoodllc.com
Michael Morris, Esq.
Phone:   (205) 986-3663
Fax:      (205) 986-3639
Email: mmorris@spotswoodllc.com
Spotswood Sansom & Sansbury LLC
One Federal Place
1819 Fifth Avenue North
Suite 1050
Birmingham, AL 35203
Peter Farley, Esq.
McGuire Woods
Promendade
1230 Peachtree Street, N.E.
Suite 2100
Atlanta, GA 30309-3534
Phone: (404) 443-5623
Fax:    (404) 443-5680
Email: pfarley@mcguirewoods.com
*Attorneys for Beaulieu of America, Inc.*

E. Britton Monroe, Esq.
Phone: (205) 967-8822
Fax:    (205) 967-2380
Email: bmonroe@lgwmlaw.com
Bryan A. Grayson, Esq.
Phone: (205) 967-8822
Fax:    (205) 402-4062
Email: bgrayson@lgwmlaw.com
Lloyd, Gray, Whitehead & Monroe, P.C.
880 Montclair Road
Suite 100
Birmingham, AL 35213
*Attorneys for Daltonian Flooring, Inc.*

M. Jerome "Jay" Elmore, Esq.
Bondurant Mixson & Elmore LLP
One Atlantic Center
1201 W. Peachtree St., NW
Suite 3900
Atlanta, GA 30309
Phone:   (404) 881-4130
Fax:       (404) 881-4111
Email: elmore@bmelaw.com
***Attorneys for Dorsett Industries, Inc.***

Steve Weber, Esq.
Parker Poe Adams & Bernstein
Three Wells Fargo Center
401 S. Tryon Street
Suite 3000
Charlotte, NC 20202
Phone:   (704) 335-9065
Fax:       (704) 372-7426
Email: steveweber@parkerpoe.com
***Attorneys for Dystar, L.P.***

David J. Marmins, Esq.
Phone:   (404) 873-8126
Fax:       (404) 273-4929
Email: david.marmins@agg.com
Morgan E.M. Morrison, Esq.
Phone:   (404) 873-8148
Fax:       (404) 873-8149
Email: morgan.morrison@agg.com
Arnall Golden Gregory LLP
171 17th Street,  NW Suite 2100
Atlanta, GA 30363
***Attorneys for ECMH, LLC***
***d/b/a Clayton Miller Hospitality Carpets***

David J. Marmins, Esq.
Phone:   (404) 873-8126
Fax:       (404) 273-4929
Email: david.marmins@agg.com
Morgan E.M. Morrison, Esq.
Phone:   (404) 873-8148
Fax:       (404) 873-8149
Email: morgan.morrison@agg.com
Arnall Golden Gregory LLP
171 17th Street,  NW
Suite 2100
Atlanta, GA 30363
***Attorneys for Emerald Carpets, Inc.***

Gregory A. Brockwell, Esq.
Leitman, Siegal & Payne, P.C.
Wells Fargo Tower
420 20th Street North
Suite 2000
Birmingham, AL 35203
Phone:  (205) 251-5900
Fax:       (205) 986-5071
Email:   gbrockwell@lsppc.com
***Attorney for Fortune Contract, Inc.***

D. Bart Turner, Esq.
Phone:   (205) 767-8870
Email:  bturner@kmcllaw.com
Alan Truitt, Esq.
Phone:   (205) 777-7972
Email: atruitt@kmcllaw.com
Kazmerak Mowrey Laseter LLP
3008 7th Avenue South
Birmingham, AL 35233
***Attorneys for Harcros Chemical, Inc.***

Gregory A. Brockwell, Esq.
Leitman, Siegal & Payne, P.C.
Wells Fargo Tower
420 20th Street North Suite 2000
Birmingham, AL 35203
Phone:  (205) 251-5900
Fax:       (205) 986-5071
Email:   gbrockwell@lsppc.com
***Attorneys for Indian Summer Carpet Mills,***
***Inc.***

E. Britton Monroe, Esq.
Phone: (205) 967-8822
Fax:      (205) 967-2380
Email: bmonroe@lgwmlaw.com
Bryan A. Grayson, Esq.
Phone: (205) 967-8822
Fax:      (205) 402-4062
Email: bgrayson@lgwmlaw.com
Lloyd, Gray, Whitehead & Monroe, P.C.
880 Montclair Road
Suite 100
Birmingham, AL 35213
***Attorneys for Industrial Chemicals, Inc.***

16

Michael Dumitru, Esq.
Phone: (423) 785-8331
Fax:    (423) 321-1789
michael.dumitru@millermartin.com
W. Randall "Randy" Wilson, Esq.
Phone: (423) 785-8382
Fax:    (423) 321-1577
Email: randy.wilson@millermartin.com
Miller & Martin PLLC
Volunteer Building Suite 1200
832 Georgia Avenue
Chattanooga, TN 37402
*Attorneys for J & J Industries, Inc.*

Matt Brownfield, Esq.
Phone:    (423) 933-2731
Fax:      (423) 756-6518
Email: mbrownfield@gkhpc.com
David C. Higney, Esq.
Phone:    (423)756-8400 ext. 230
Fax:      (423) 756-0643
Email: dhigney@gkhpc.com
Grant Konvalinka & Harrison, PC
Republic Center, Ninth Floor
633 Chestnut Street
Chattanooga, TN 37450
*Attorneys for Kaleen Rugs, Inc.*

Anthony N. Upshaw, Esq.
McDermott Will & Emery LLP
333 SE 2nd Avenue
Suite 4500
Miami, Florida 33131-4336
Phone:    (305) 347-6540
Cell:      (305) 799-7815
Fax:      (305) 675-8031
Email: aupshaw@mwe.com
*Attorney for Lexmark Carpet Mills, Inc.*

Steven F. Casey, Esq.
Jones Walker
One Federal Place
Suite 100
1819 5th Avenue N
Birmingham, AL 35203
Phone: (205) 244-5282
Fax:    (205) 244-5482
Email: scasey@joneswalker.com
*Attorneys for Lyle Industries, Inc.*

Richard Broughton, Esq.
Ball, Ball, Matthews & Novak, P.A.
445 Dexter Avenue
Suite 9045
Montgomery, AL 36104
Phone:   (334) 387-2888
Cell:     (334) 462-3781
Fax:      (334) 387-3222
Email:   rbroughton@ball-ball.com
*Attorneys for MFG Chemical, Inc.*

Doug Scribner, Esq.
Phone: (404) 881-7752
Fax:    (404) 253-8846
Email: doug.scribner@alston.com
David Carpenter, Esq.
Phone: (404) 881-7881
Fax:    (404) 253-8291
Email: david.carpenter@alston.com
Geoff Rathgeber, Esq.
Phone: (404) 881-4974
Fax:    (404) 253-8424
Email: geoff.rathgeber@alston.com
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309-3424
*Attorneys for Mohawk Carpet, LLC*

Doug Scribner, Esq.
Phone: (404) 881-7752
Fax:    (404) 253-8846
Email: doug.scribner@alston.com
David Carpenter, Esq.
Phone: (404) 881-7881
Fax:    (404) 253-8291
Email: david.carpenter@alston.com
Geoff Rathgeber, Esq.
Phone: (404) 881-4974
Fax:    (404) 253-8424
Email: geoff.rathgeber@alston.com
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309-3424
*Attorneys for Mohawk Industries, Inc.*

Gregory A. Brockwell, Esq.
Leitman, Siegal & Payne, P.C.
Wells Fargo Tower
420 20th Street North Suite 2000
Birmingham, AL 35203
Phone:   (205) 251-5900
Fax:      (205) 986-5071
Email:   gbrockwell@lsppc.com
**Attorneys for NPC South, Inc.**

Matt Brownfield, Esq.
Phone:    (423) 933-2731
Fax:       (423) 756-6518
Email: mbrownfield@gkhpc.com
David C. Higney, Esq.
Phone:    (423)756-8400 ext. 230
Fax:       (423) 756-0643
Email: dhigney@gkhpc.com
Grant Konvalinka & Harrison, PC
Republic Center, Ninth Floor
633 Chestnut Street
Chattanooga, TN 37450
**Attorneys for Oriental Weavers USA, Inc.**

Robert G. McCurry, Esq.
The McCurry Law Firm, LLC
122 W. King Street
Dalton, GA 30720
Phone: (706) 279-1174
Fax:     (706) 279-1183
Email: rmccurry@mccurrylaw.com
**Attorneys for S & S Mills, Inc.**

Bennie M. Laughter, Esq.
Bennie M. Laughter, LLC
P.O. Box 1005
Dalton, GA 30722-1005
Phone: (706) 529-5255
Fax:     (706) 529-5259
Email: laughterlaw@optilink.us
**Attorneys for Savannah Mills Group, LLC**

William V. Custer, Esq.
Phone: (404) 572-6868
Email: bill.custer@bryancave.com
Jennifer B. Dempsey. Esq.
Phone: (404) 572-6985
Email: jennifer.dempsey@bryancave.com
Bryan Cave LLP

One Atlantic Center
Fourteenth Floor
1201 W. Peachtree Street, NW
Atlanta, GA 30309
Fax: (404) 572-6999
Alfred F. "Buddy" Smith, Jr.
Bainbridge, Mims, Rogers & Smith, LLP
The Luckie Building, Suite 415
600 Luckie Drive
Birmingham, AL 35223
Phone:  (205) 879-1100
Fax:      (205) 879-4300
Email: asmith@bainbridgemims.com
**Attorneys for Shaw Industries, Inc.**

G. Donald Johnson, Esq.
Phone: (404) 888-7456
Fax:     (404) 870-4878
Email: djohnson@wcsr.com
Michael Sullivan, Esq.
Phone: (404) 879-2438
Fax:     (404) 879-2938
Email: msullivan@wcsr.com
Womble Carlyle
Atlantic Station
271 17th Street, NW
Suite 2400
Atlanta, GA 30363-1017
**Attorneys for Tandus Centiva, Inc.**

G. Donald Johnson, Esq.
Phone: (404) 888-7456
Fax:     (404) 870-4878
Email: djohnson@wcsr.com
Michael Sullivan, Esq.
Phone: (404) 879-2438
Fax:     (404) 879-2938
Email: msullivan@wcsr.com
Womble Carlyle
Atlantic Station
271 17th Street, NW
Suite 2400
Atlanta, GA 30363-1017
**Attorneys for Tandus Centiva US, LLC**

18

Michael Dumitru, Esq.
Phone: (423) 785-8331
Fax:     (423) 321-1789
Email:
michael.dumitru@millermartin.com
W. Randall "Randy" Wilson, Esq.
Phone: (423) 785-8382
Fax:     (423) 321-1577
Email: randy.wilson@millermartin.com
Miller & Martin PLLC
Volunteer Building
Suite 1200
832 Georgia Avenue
Chattanooga, TN 37402
**Attorneys for The Dixie Group, Inc.**

Stephen E. O'Day, Esq.
Smith, Gambrell, and Russell, LLP
Promenade, Suite 3100
1230 Peachtree Street, NE
Atlanta, GA 30309
Phone:   (404) 815-3527
Fax:       (404) 685-6827
Email: soday@sgrlaw.com
**Attorneys for Tiarco Chemical Company, Inc.**

Jim Gentry, Esq.
601 Greensboro Avenue
Tuscaloosa, AL 35401
Phone: (205) 349-4147
Email:  jimgent2317@gmail.com
**Attorneys for Victor Carpet Mills, Inc**.

*Dependable Rug Mills, Inc.*
c/o Jerry Nealey
1515 Chattanooga Road
Dalton, GA  30720
Phone:  (706) 278-2045
Email:  drmi@optilink.us

*Home Carpet Industries, LLC*
c/o Scott Cunningham
Email:  scott@homecarpet.com

*/s/ C. Paul Cavender*
OF COUNSEL



AlaFile E-Notice

31-CV-2016-900676.00

To:   Charles P. Cavender Mr.
      pcavende@burr.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/25/2016 5:45:35 PM

Notice Date:      10/25/2016 5:45:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   3M COMPANY, INC. (PRO SE)
      C T CORPORATION SYSTEM
      2 N JACKSON ST., STE 605
      MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/25/2016 5:45:35 PM

Notice Date:      10/25/2016 5:45:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   APRICOT INTERNATIONAL, INC. (PRO SE)
      GUY BINETTE
      P.O. BOX 1544
      DALTON, GA, 30721-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/25/2016 5:45:35 PM

Notice Date:      10/25/2016 5:45:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  ARROWSTAR, LLC (PRO SE)
KEVIN HARRIS
530 N. ELM STREET
DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/25/2016 5:45:35 PM

Notice Date:      10/25/2016 5:45:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  BEAULIEU GROUP LLC (PRO SE)
     CORPORATION SERVICES COMP
     40 TECHNOLOGY PARKWAY SOU
     NORCROSS, GA, 30092-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/25/2016 5:45:35 PM

Notice Date:     10/25/2016 5:45:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  BEAULIEU OF AMERICA, INC (PRO SE)
     PETER N. FARLEY
     1502 CORONET DR.
     DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/25/2016 5:45:35 PM

Notice Date:     10/25/2016 5:45:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  COLLINS & AIKMAN FLOOR COVERING INTERNATIONAL, INC (P
THE PRENTICE-HALL CORPORA
2711 CENTERVILLE RD. SUIT
WILMINGTON, DE, 19808-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/25/2016 5:45:35 PM

Notice Date:      10/25/2016 5:45:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  DALTONIAN FLOORING, INC. (PRO SE)
     R. MIKE WITHROCK
     402 W. CUYLER ST.
     DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/25/2016 5:45:35 PM

Notice Date:     10/25/2016 5:45:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  DEPENDABLE RUG MILLS, INC. (PRO SE)
     JERRY NEALEY
     515 MIRACLE DR.
     ROCKY FACE, GA, 30740-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/25/2016 5:45:35 PM

Notice Date:     10/25/2016 5:45:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To: DYSTAR, L.P. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE STREET, NE
ATLANTA, GA, 30361-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/25/2016 5:45:35 PM

Notice Date:     10/25/2016 5:45:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  HARCROS CHEMICAL, INC. (PRO SE)
     C T CORPORATION SYSTEM
     2 N JACKSON ST, SUITE 605
     MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/25/2016 5:45:35 PM

Notice Date:     10/25/2016 5:45:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  HOME CARPET INDUSTRIES LLC (PRO SE)
     CARL D. WESTFALL
     2730 DUG GAP RD.
     DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/25/2016 5:45:35 PM

Notice Date:     10/25/2016 5:45:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  INDUSTRIAL CHEMICALS, INC. (PRO SE)
     WILLIAM L. WELCH
     2042 MONTREAT DRIVE
     BIRMINGHAM, AL, 35218-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/25/2016 5:45:35 PM

Notice Date:     10/25/2016 5:45:35 PM

                                                    CASSANDRA JOHNSON
                                                    CIRCUIT COURT CLERK
                                                    ETOWAH COUNTY, ALABAMA
                                                    801 FORREST AVENUE
                                                    SUITE 202
                                                    GADSDEN, AL, 35901

                                                    256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  J&J INDUSTRIES, INC. (PRO SE)
JAMES E. BETHEL
615 VALLEY DR.
DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/25/2016 5:45:35 PM

Notice Date:     10/25/2016 5:45:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   LEXMARK CARPET MILLS INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST. SUITE
ATLANTA, GA, 30361-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/25/2016 5:45:35 PM

Notice Date:      10/25/2016 5:45:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   LYLE INDUSTRIES, INC. (PRO SE)
      LYLE G. LAMAR
      1800 KIMBERLY PARK DR.
      DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/25/2016 5:45:35 PM

Notice Date:      10/25/2016 5:45:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To: MFG CHEMICAL, INC. (PRO SE)
CHARLES GAVIN, III
1804 KIMBERLY PARK DRIVE
DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/25/2016 5:45:35 PM

Notice Date:     10/25/2016 5:45:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  MOHAWK CARPET, LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGY PKWY S #300
NORCROSS, GA, 30092-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/25/2016 5:45:35 PM

Notice Date:     10/25/2016 5:45:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  MOHAWK GROUP, INC. (PRO SE)
     CORPORATION SERVICE COMPA
     2711 CENTERVILLE RD #400
     WILMINGTON, DE, 19808-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/25/2016 5:45:35 PM

Notice Date:    10/25/2016 5:45:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  MOHAWK INDUSTRIES, INC. (PRO SE)
     CORPORATION SERVICE COMPA
     2711 CENTERVILLE RD #400
     WILMINGTON, DE, 19808-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/25/2016 5:45:35 PM

Notice Date:      10/25/2016 5:45:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To: ORIENTAL WEAVERS USA, INC. (PRO SE)
AHMED SALAMA
3252 LOWER DUG GAP RD.
DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/25/2016 5:45:35 PM

Notice Date:    10/25/2016 5:45:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  S & S MILLS, INC. (PRO SE)
     ROBERT G. MCCURRY
     402 SELVIDGE ST.
     DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/25/2016 5:45:35 PM

Notice Date:     10/25/2016 5:45:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  SAVANNAH MILLS GROUP, LLC (PRO SE)
     BENNIE M LAUGHTER
     115 WEST KING ST.
     DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/25/2016 5:45:35 PM

Notice Date:      10/25/2016 5:45:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   SHAW INDUSTRIES, INC. (PRO SE)
CSC LAWYERS INCORPORATING
150 S. PERRY STREET
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/25/2016 5:45:35 PM

Notice Date:      10/25/2016 5:45:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   TANDUS CENTIVA INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/25/2016 5:45:35 PM

Notice Date:      10/25/2016 5:45:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   TANDUS CENTIVA US LLC (PRO SE)
      CT CORPORATION SYSTEM
      1201 PEACHTREE ST #1240
      ATLANTA, GA, 30361-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/25/2016 5:45:35 PM

Notice Date:     10/25/2016 5:45:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  THE DIXIE GROUP (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST. NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/25/2016 5:45:35 PM

Notice Date:     10/25/2016 5:45:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  TIARCO CHEMICAL COMPANY, INC. (PRO SE)
FREDERICK H. HOWALT, III
1400 TIARCO DR.
DALTON, GA, 30721-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/25/2016 5:45:35 PM

Notice Date:      10/25/2016 5:45:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

To:   JONES RHON EUGENE
      rhon.jones@beasleyallen.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/25/2016 5:45:35 PM

Notice Date:      10/25/2016 5:45:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   ROBINSON CODY DEWAYNE
      codyrobinson1@yahoo.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/25/2016 5:45:35 PM

Notice Date:      10/25/2016 5:45:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

To:  DODD ELBERT ALLEN JR.
     eadscruggs@farmerstel.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/25/2016 5:45:35 PM

Notice Date:     10/25/2016 5:45:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:  BRISENDINE JAMES ERIC
     jebscruggs@farmerstel.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/25/2016 5:45:35 PM

Notice Date:     10/25/2016 5:45:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To:   BROCKWELL GREGORY AUSTIN
       gbrockwell@lsppc.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/25/2016 5:45:35 PM

Notice Date:      10/25/2016 5:45:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

To:  FISHER CHARLES GLOVER VI
     cfisher@gkhpc.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/25/2016 5:45:35 PM

Notice Date:     10/25/2016 5:45:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

To: GENTRY JAMES ERIK
jimgent2317@gmail.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following answer was FILED on 10/25/2016 5:45:35 PM

Notice Date:       10/25/2016 5:45:35 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

ELECTRONICALLY FILED
10/26/2016 11:28 AM
31-CV-2016-900676.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

# STATE OF ALABAMA

**Unified Judicial System**

31-ETOWAH

Revised 3/5/08

☐ District Court   ☑ Circuit Court

Cas...

CV2...

### CIVIL MOTION COVER SHEET

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.

*Name of Filing Party:* D034 - TIARCO CHEMICAL COMPANY, INC.

*Name, Address, and Telephone No. of Attorney or Party. If Not Represented.*

PETER M. CROFTON ESQ.

1230 PEACHTREE ST. NE

ATLANTA, GA 30309

*Attorney Bar No.:* CRO051

☐ Oral Arguments Requested

## TYPE OF MOTION

| Motions Requiring Fee | Motions Not Requiring Fee |
|---|---|
| ☐ Default Judgment ($50.00) | ☐ Add Party |
| ☐ Joinder in Other Party's Dispositive Motion (i.e. Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Amend |
| | ☐ Change of Venue/Transfer |
| | ☐ Compel |
| ☐ Judgment on the Pleadings ($50.00) | ☐ Consolidation |
| ☐ Motion to Dismiss, or in the Alternative Summary Judgment($50.00) | ☐ Continue |
| | ☐ Deposition |
| ☐ Renewed Dispositive Motion(Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Designate a Mediator |
| | ☐ Judgment as a Matter of Law (during Trial) |
| ☐ Summary Judgment pursuant to Rule 56($50.00) | ☐ Disburse Funds |
| ☐ Motion to Intervene ($297.00) | ☐ Extension of Time |
| ☐ Other _____ | ☐ In Limine |
| pursuant to Rule _____ ($50.00) | ☐ Joinder |
| | ☐ More Definite Statement |
| *Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees. | ☑ Motion to Dismiss pursuant to Rule 12(b) |
| | ☐ New Trial |
| ☐ Local Court Costs $ 0 | ☐ Objection of Exemptions Claimed |
| | ☐ Pendente Lite |
| | ☐ Plaintiff's Motion to Dismiss |
| | ☐ Preliminary Injunction |
| | ☐ Protective Order |
| | ☐ Quash |
| | ☐ Release from Stay of Execution |
| | ☐ Sanctions |
| | ☐ Sever |
| | ☐ Special Practice in Alabama |
| | ☐ Stay |
| | ☐ Strike |
| | ☐ Supplement to Pending Motion |
| | ☐ Vacate or Modify |
| | ☐ Withdraw |
| | ☐ Other |
| | pursuant to Rule _____ (Subject to Filing Fee) |

Check here if you have filed  or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees)   ☐

Date:
10/26/2016 11:24:39 AM

Signature of Attorney or Party
/s/ PETER M. CROFTON ESQ.

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.
**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.

ELECTRONICALLY FILED
10/26/2016 11:28 AM
31-CV-2016-900676.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

THE WATER WORKS AND SEWER )
BOARD OF THE CITY OF GADSDEN, )
 )
Plaintiff, )        CIVIL ACTION FILE
 )        NO. 31-CV-2016-900676.00
v. )
 )
3M COMPANY, et al., )
 )
Defendants. )
_____ )

## DEFENDANT TIARCO CHEMICAL COMPANY, INC.'S
## MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Defendant Tiarco Chemical Company, Inc., appearing specially by and through its attorneys, Smith, Gambrell & Russell, LLP and without submitting to the jurisdiction of this Court or waiving its objections to jurisdiction, respectfully moves the Court to enter an Order dismissing it from this litigation pursuant to A.R.C.P. 12(b)(2). In support of this Motion, Tiarco Chemical Company, Inc. shows the following, as supported by the Affidavit of J. Christopher Horton, which is attached as Exhibit "A" to the Supporting Memorandum.

1.      Tiarco Chemical Company, Inc. is a Georgia corporation, has never engaged in any business activity, and does not conduct business in, or have any minimum contacts with, the State of Alabama to support personal jurisdiction.

2.      WHEREFORE, Defendant Tiarco Chemical Company, Inc. respectfully requests that this Court enter an Order dismissing it from this matter, with all costs to be taxed against Plaintiff.

A proposed Order is attached for the Court's convenience as Exhibit "1."

This 26th day of October, 2016.

SMITH, GAMBRELL & RUSSELL, LLP

/s/ Peter M. Crofton
Peter M. Crofton
Alabama Bar No. ASB-4856-R67P
pcrofton@sgrlaw.com

Of counsel:
Stephen E. O'Day
Georgia Bar No. 549337
soday@sgrlaw.com
Andrew M. Thompson
Georgia Bar No. 707319
athompson@sgrlaw.com

Suite 3100, Promenade
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309-3592
404-815-3500 (telephone)
404-685-7001 (facsimile)

Attorneys for Tiarco Chemical Company, Inc.

# **EXHIBIT 1**

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

THE WATER WORKS AND SEWER    )
BOARD OF THE CITY OF GADSDEN,    )
    )
    Plaintiff,    )    CIVIL ACTION FILE
    )    NO. 31-CV-2016-900676.00
    v.    )
    )
3M COMPANY, et al.,    )
    )
    Defendants.    )
    )

## ORDER

This matter is before the Court upon Defendant Tiarco Chemical Company, Inc.'s ("Tiarco") Motion to Dismiss for Lack of Personal Jurisdiction, and having reviewed said Motion and supporting Memorandum, the Affidavit of J. Christopher Horton, and other relevant matters of record, and for good cause shown,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED** and Tiarco Chemical Company, Inc. is dismissed with prejudice from the above-styled action.

**SO ORDERED** this _____ day of _____, 2016.

_____
The Honorable William H. Rhea
Etowah County Circuit Court Judge

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

| | | |
|---|---|---|
| THE WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION FILE NO. 31-CV-2016-900676.00 |
| v. | ) ) | |
| 3M COMPANY, et al., | ) ) | |
| Defendants. | ) ) ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the within and foregoing **DEFENDANT'S TIARCO CHEMICAL COMPANY, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** upon Plaintiff's attorneys of record by electronic or U.S. mail as follows:

Rhon E. Jones, Esq.
Beasley, Allen, Crow, Methvin, Portis &
 Miles, P.C.
P.O. Box 4160
Montgomery, AL 36103

Roger H. Bedford
Roger Bedford & Associates, P.C.
P.O. Box 370
Russellville, AL 35653

And by electronic mail to all defense counsel of record.

This 26th day of October, 2016.

*/s/ Peter M. Crofton*
Attorney for Tiarco Chemical Company, Inc.



ELECTRONICALLY FILED
10/26/2016 11:28 AM
31-CV-2016-900676.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

## IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

| | | |
|---|---|---|
| WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | **Case No.:**  CV-2016-900676.00 |
| | ) | |
| 3M COMPANY, INC., | ) | |
| APRICOT INTERNATIONAL, INC., | ) | |
| ARROWSTAR, LLC, | ) | |
| BEAULIEU GROUP LLC, | ) | |
| BEAULIEU OF AMERICA, INC, | ) | |
| COLLINS & AIKMAN FLOOR | ) | |
| COVERING INTERNATIONAL, INC | ) | |
| ET AL, | ) | |
| Defendants. | ) | |

**Order Regarding Tiarco Chemical Company, Inc.'s Motion to Dismiss**

### ORDER

This matter is before the Court upon Defendant Tiarco Chemical Company, Inc.'s ("Tiarco") Motion to Dismiss for Lack of Personal Jurisdiction, and having reviewed said Motion and supporting Memorandum, the Affidavit of J. Christopher Horton, and other relevant matters of record, and for good cause shown,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED** and Tiarco Chemical Company, Inc. is dismissed with prejudice from the above-styled action.

DONE this[To be filled by the Judge].

/s/[To be filled by the Judge]

CIRCUIT JUDGE

ELECTRONICALLY FILED
10/26/2016 11:28 AM
31-CV-2016-900676.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

| | |
|---|---|
| THE WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN,<br><br>Plaintiff,<br><br>v.<br><br>3M COMPANY, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CIVIL ACTION FILE
NO. 31-CV-2016-900676.00

## DEFENDANT TIARCO CHEMICAL COMPANY, INC.'S MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS

This matter is before the Court upon consideration of Defendant Tiarco Chemical Company, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction pursuant to A.R.C.P. 12(b)(2).

## I.   BACKGROUND

Tiarco Chemical Company, Inc. is a Georgia corporation and was formed, and continues to file annual registrations with the Georgia Secretary of State, for the purpose of reserving the name "Tiarco Chemical Company, Inc." (*Affidavit of J. Christopher Horton, attached hereto as Exhibit A, at ¶ 3*). Tiarco Chemical Company, Inc. does not engage in any business activities whatsoever, and has never engaged in any business activities in Alabama or anywhere else. (*Id.* at ¶¶ 3-4). Tiarco Chemical Company, Inc. has no executive or administrative functions. (*Id.*). It is not licensed to do business in Alabama and does not maintain a registered agent for service of process in Alabama.  (*Id.* at ¶ 4). It does not hold an interest in any property in Alabama.  (*Id*). It does not have any production or retail facilities in Alabama, and it has no employees in Alabama. (*Id.*).  Because Tiarco Chemical Company, Inc. has no contacts whatsoever with the State of Alabama, there is no basis for this Court to exercise personal jurisdiction over it.

## II.     APPLICABLE LAW

The plaintiff carries the burden of proving the trial court's personal jurisdiction over the defendant. *Hiller Investments Inc. v. Insultech Grp., Inc.*, 957 So. 2d 1111, 1114 (Ala. 2006) (citing *Ex parte Covington Pike Dodge, Inc.*, 904 So. 2d 226, 229 (Ala. 2004)).  Plaintiff does not and cannot meet its burden in this case.  The undisputed facts show that this Court may not exercise either specific or general personal jurisdiction over Tiarco Chemical Company, Inc. in this case consistent with the due process requirements of the United States Constitution.

The Alabama Supreme Court has held that the "extent of an Alabama court's personal jurisdiction over a person or corporation is governed by Rule 4.2, Ala. R. Civ. P., Alabama's 'long-arm rule,' bounded by the limits of due process under the federal and state constitutions." *Ex parte DBI, Inc.*, 23 So. 3d 635, 643-44 (Ala. 2009) (citing *Sieber v. Campbell*, 810 So. 2d 641, 644 (Ala. 2001)); *Hiller Investments Inc.*, 957 So. 2d at 1115 ("Rule 4.2, Ala. R. Civ. P., extends the personal jurisdiction of the Alabama courts to the limit of due process under the federal and state constitutions").

The Alabama Supreme Court further explained that it has "interpreted the due process guaranteed under the Alabama Constitution to be coextensive with the due process guaranteed under the United States Constitution." *Ex parte DBI, Inc.*, 23 So. 3d at 643-44 (quoting *Elliott v. Van Kleef*, 830 So. 2d 726, 730 (Ala. 2002)).  The Alabama Supreme Court stated:

> [t]he Due Process Clause of the Fourteenth Amendment permits a forum state to subject a non-resident defendant to its courts only when that defendant has sufficient 'minimum contacts' with the forum state. *International Shoe Co. v. Washington*, 326 U.S. 310, 316, 66 S. Ct. 154, 90 L.Ed. 95 (1945). The critical question with regard to the nonresident defendant's contacts is whether the contacts are such that the nonresident defendant 'should reasonably anticipate being haled into court' in the forum state.' *Burger King Corp. v. Rudzewicz*, 471 U.S. 462, 473, 105 S.Ct. 2174, 85 L.Ed.2d 528 (1985), quoting *World-Wide Volkswagen Corp. v. Woodson*, 444 U.S. 286, 295, 100 S. Ct. 559, 62 L.Ed.2d 490 (1980).

*Ex parte DBI, Inc.*, 23 So. 3d at 644 (quoting *Elliot*, 830 So. 2d at 730).

The United States Supreme Court has explained that there are two categories of personal jurisdiction, "specific" and "general," either of which could satisfy constitutional requirements. *Daimler AG v. Bauman,* 134 S. Ct. 746, 754 (2014). As set forth below, Plaintiff has not carried its burden of establishing that Tiarco Chemical Company, Inc. is subject to either type of personal jurisdiction in this action.

## III. DISCUSSION

### A.   Tiarco Chemical Company, Inc. Is Not Subject To "Specific" Personal Jurisdiction.

"Specific" personal jurisdiction arises where "the in-state activities of the corporate defendant 'ha[d] not only been continuous and systematic, but also g[a]ve rise to the liabilities sued on.'" *Daimler*, 134 S. Ct. at 754, *quoting International Shoe Co. v. Washington,* 326 U.S. 310, 317 (1945). The commission of occasional acts in the forum might be enough to confer specific personal jurisdiction over a corporate defendant but only if the suit related to that in-state activity. *Daimler*, 134 S. Ct. at 754.

This Court cannot exercise specific personal jurisdiction over Tiarco Chemical Company, Inc. because it does not engage in any activities in Alabama. Where, as here, a defendant has engaged in no allegedly tortious conduct—and moreover no conduct *at all*—in the forum state, exercise of specific jurisdiction is inappropriate. Tiarco Chemical Company, Inc. is a Georgia corporation and was formed, and continues to file annual registrations with the Georgia Secretary of State, for the purpose of reserving the name "Tiarco Chemical Company, Inc." (*Horton Affidavit* at ¶ 3). Tiarco Chemical Company, Inc. does not engage in any business activities whatsoever, and has never engaged in any business activities. (*Id.* at ¶¶ 3-4). Tiarco Chemical

Company, Inc. has no executive, administrative, or other functions. (*Id.* at ¶ 3). Contrary to the allegations in the Complaint, Tiarco Chemical Company, Inc. is not licensed to do business in Alabama and does not maintain a registered agent for service of process in Alabama. (*Id.* at ¶ 4). It does not hold an interest in any property in Alabama. (*Id.*). It does not have any production or retail facilities in Alabama, and it has no employees in Alabama. (*Id.*). Because Tiarco Chemical Company, Inc. has no activity whatsoever in Alabama, there is no basis for this Court to exercise specific personal jurisdiction over Tiarco Chemical Company, Inc.

### B.   Tiarco Chemical Company, Inc. Is Not Subject To "General" Personal Jurisdiction.

A court may exercise general personal jurisdiction over a nonresident defendant only where the defendant's "continuous corporate operations within a state [are] so substantial and of such a nature as to justify suit against it on causes of action arising from dealings entirely distinct from those activities." *Daimler*, 134 S. Ct. at 754 (*quoting International Shoe*, 326 U.S. at 318). "A court may assert general jurisdiction over foreign (sister-state or foreign-country) corporations to hear any and all claims against them when their affiliations with the State are so 'continuous and systematic' as to render them essentially *at home* in the forum State." *Daimler*, 134 S. Ct. at 754, *quoting Goodyear Dunlop Tires Operations, S.A. v. Brown*, 564 U.S. 915, 919 (2011) (emphasis added).

If a court may exercise general personal jurisdiction over a defendant, then that defendant may be sued in that court on any claims whatsoever, no matter where in the world those claims arose and regardless of whether the claims have any relation at all to the forum jurisdiction. *Daimler,* 134 S. Ct. at 751. For that reason and for fairness, the U.S. Supreme Court has significantly restricted the availability of general jurisdiction. Even a defendant's "substantial,

continuous, and systematic course of business" in the forum is not enough. *Daimler,* 134 S. Ct. at 761. Rather, the defendant must be "fairly regarded as at home" in the forum:

> *Goodyear* made clear that only a limited set of affiliations with a forum will render a defendant amenable to all-purpose jurisdiction there. 'For an individual, the paradigm forum for the exercise of general jurisdiction is the individual's domicile; for a corporation, it is an equivalent place, one in which the corporation is *fairly regarded as at home.'* . . . With respect to a corporation, the place of incorporation and principal place of business are 'paradig[m] . . . bases for general jurisdiction.' . . . Those affiliations have the virtue of being *unique* -- that is, each ordinarily indicates only one place -- as well as easily ascertainable. . . . These bases afford plaintiffs recourse to at least one clear and certain forum in which a corporate defendant may be sued on any and all claims.

*Daimler,* 134 S. Ct. at 760 (citations omitted) (emphasis added).

The Complaint alleges simply that Tiarco Chemical Company, Inc. is authorized to conduct business in Alabama and is "causing injury in Etowah County." (*Compl.* at ¶ 43). The facts do not show, and Plaintiff has not even alleged, that Tiarco Chemical Company, Inc. conducts activities in Alabama that would come close to meeting the Supreme Court's standard for the exercise of general personal jurisdiction over it. First, the allegation that Tiarco Chemical Company, Inc. is authorized to conduct business in Alabama is patently wrong. (*Horton Affidavit* at ¶ 4). Second, the Complaint does not allege and the facts do not show that Tiarco Chemical Company, Inc. has any activities *at all* in Alabama, much less the type of contacts required to show that it is fairly considered "at home" in Alabama. (*Id.* at ¶¶ 3-4). Thus, just as with specific personal jurisdiction, there is also no basis for general personal jurisdiction over Tiarco Chemical Company, Inc.[1]

---

[1] Similarly, if the Plaintiff intended to sue the "Tiarco Chemical" division of Textile Rubber and Chemical Company, Inc., Textile Rubber and Chemical Company, Inc. is also *not* subject to personal jurisdiction in this Court because it has not had sufficient minimum contacts with Alabama to support personal jurisdiction. (*Horton Affidavit* at ¶¶ 5-6).

## IV.  __CONCLUSION__

For the within and foregoing reasons, Defendant Tiarco Chemical Company, Inc. respectfully requests that this Court dismiss it from this case.

This 26th day of October, 2016.

SMITH, GAMBRELL & RUSSELL, LLP


*/s/ Peter M. Crofton*
Peter M. Crofton
Alabama Bar No. ASB-4856-R67P
pcrofton@sgrlaw.com

Of counsel:
Stephen E. O'Day
Georgia Bar No. 549337
soday@sgrlaw.com
Andrew M. Thompson
Georgia Bar No. 707319
athompson@sgrlaw.com

Suite 3100, Promenade
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309-3592
404-815-3500 (telephone)
404-685-7001 (facsimile)

Attorneys for Tiarco Chemical Company, Inc.

# **<u>EXHIBIT A</u>**

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

| | |
|---|---|
| THE WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN,<br><br>    Plaintiff,<br><br>v.<br><br>3M COMPANY, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION<br>       FILE NO. 31-CV-2016-900676.00 |

## AFFIDAVIT OF J. CHRISTOPHER HORTON

| | |
|---|---|
| STATE OF GEORGIA | ) |
| | ) |
| COUNTY OF WHITFIELD | ) |

Now appeared before me, a person authorized by law to administer oaths, J. CHRISTOPHER HORTON, who after first being duly sworn on oath stated as follows.

1.

My name is J. Christopher Horton. I am over the age of eighteen, and I am competent in all respects to give the testimony set forth herein. I have personal knowledge of the facts stated herein and know them to be true.

2.

I hold the position of Chief Financial Officer of Tiarco Chemical Company, Inc., which is a Georgia corporation with a principal office address of 1300 Tiarco Drive, Dalton, Georgia, 30721.

3.

Tiarco Chemical Company, Inc. does not engage in any business activities whatsoever, has never engaged in any business activities, and has no executive, administrative, or other

functions.   Tiarco Chemical Company, Inc. was formed, and continues to file annual registrations with the Georgia Secretary of State, for the purpose of reserving the name "Tiarco Chemical Company, Inc."

4.

Tiarco Chemical Company, Inc. is not licensed to do business in Alabama, does not maintain a registered agent for service of process in Alabama, does not hold an interest in any property in Alabama, does not have any production or retail facilities in Alabama, and has no employees in Alabama.

5.

Similarly, if the Plaintiff intended to sue the "Tiarco Chemical" division of Textile Rubber and Chemical Company, Inc., I am also the Chief Financial Officer of Textile Rubber and Chemical Company, Inc., which is a Georgia corporation with its principal office at 1300 Tiarco Drive, Dalton, Georgia, 30721.

6.

I am familiar with the operations of Textile Rubber and Chemical Company, Inc. and its divisions, and Textile Rubber and Chemical Company, Inc. is not licensed to do business in Alabama, does not maintain a registered agent for service of process in Alabama, does not hold an interest in any property in Alabama, does not have any production or retail facilities in Alabama, and has no employees in Alabama.

2

FURTHER AFFIANT SAYETH NOT.

_____
J. CHRISTOPHER HORTON

Sworn to and subscribed before me

this 25<u>th</u> day of _October_ , 2016.

_Cynthia L. Harrison_
NOTARY PUBLIC

My Commission Expires:
_January 24, 2017_

3

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

THE WATER WORKS AND SEWER )
BOARD OF THE CITY OF GADSDEN, )
)
    Plaintiff, )    CIVIL ACTION FILE
)    NO. 31-CV-2016-900676.00
    v. )
)
3M COMPANY, et al., )
)
    Defendants. )
_____ )

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the within and foregoing **DEFENDANT TIARCO CHEMICAL COMPANY, INC.'S MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS** upon Plaintiff's attorneys of record by electronic or U.S. mail as follows:

Rhon E. Jones, Esq.          Roger H. Bedford
Beasley, Allen, Crow, Methvin, Portis &    Roger Bedford & Associates, P.C.
   Miles, P.C.               P.O. Box 370
P.O. Box 4160             Russellville, AL  35653
Montgomery, AL  36103

And by electronic mail to all defense counsel of record.

This 26th day of October, 2016.

                         */s/ Peter M. Crofton*
                         Attorney for Tiarco Chemical Company, Inc.



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   PETER M. CROFTON ESQ.
      pcrofton@sgrlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/26/2016 11:28:48 AM

D034 TIARCO CHEMICAL COMPANY, INC.
MOTION TO DISMISS PURSUANT TO RULE 12(B)
[Filer: CROFTON PETER MONTGOMERY]

Notice Date:      10/26/2016 11:28:48 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  3M COMPANY, INC. (PRO SE)
C T CORPORATION SYSTEM
2 N JACKSON ST., STE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/26/2016 11:28:48 AM

D034 TIARCO CHEMICAL COMPANY, INC.
MOTION TO DISMISS PURSUANT TO RULE 12(B)
[Filer: CROFTON PETER MONTGOMERY]

Notice Date:    10/26/2016 11:28:48 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  APRICOT INTERNATIONAL, INC. (PRO SE)
GUY BINETTE
P.O. BOX 1544
DALTON, GA, 30721-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/26/2016 11:28:48 AM

D034 TIARCO CHEMICAL COMPANY, INC.
MOTION TO DISMISS PURSUANT TO RULE 12(B)
[Filer: CROFTON PETER MONTGOMERY]

Notice Date:     10/26/2016 11:28:48 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  BEAULIEU GROUP LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGY PARKWAY SOU
NORCROSS, GA, 30092-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/26/2016 11:28:48 AM

D034 TIARCO CHEMICAL COMPANY, INC.
MOTION TO DISMISS PURSUANT TO RULE 12(B)
[Filer: CROFTON PETER MONTGOMERY]

Notice Date:      10/26/2016 11:28:48 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  BEAULIEU OF AMERICA, INC (PRO SE)
     PETER N. FARLEY
     1502 CORONET DR.
     DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/26/2016 11:28:48 AM

D034 TIARCO CHEMICAL COMPANY, INC.
MOTION TO DISMISS PURSUANT TO RULE 12(B)
[Filer: CROFTON PETER MONTGOMERY]

Notice Date:     10/26/2016 11:28:48 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  COLLINS & AIKMAN FLOOR COVERING INTERNATIONAL, INC (P
THE PRENTICE-HALL CORPORA
2711 CENTERVILLE RD. SUIT
WILMINGTON, DE, 19808-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/26/2016 11:28:48 AM

D034 TIARCO CHEMICAL COMPANY, INC.
MOTION TO DISMISS PURSUANT TO RULE 12(B)
[Filer: CROFTON PETER MONTGOMERY]

Notice Date:     10/26/2016 11:28:48 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   DALTONIAN FLOORING, INC. (PRO SE)
      R. MIKE WITHROCK
      402 W. CUYLER ST.
      DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/26/2016 11:28:48 AM

D034 TIARCO CHEMICAL COMPANY, INC.
MOTION TO DISMISS PURSUANT TO RULE 12(B)
[Filer: CROFTON PETER MONTGOMERY]

Notice Date:     10/26/2016 11:28:48 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  DEPENDABLE RUG MILLS, INC. (PRO SE)
JERRY NEALEY
515 MIRACLE DR.
ROCKY FACE, GA, 30740-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/26/2016 11:28:48 AM

D034 TIARCO CHEMICAL COMPANY, INC.
MOTION TO DISMISS PURSUANT TO RULE 12(B)
[Filer: CROFTON PETER MONTGOMERY]

Notice Date:      10/26/2016 11:28:48 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   DYSTAR, L.P. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE STREET, NE
ATLANTA, GA, 30361-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/26/2016 11:28:48 AM

D034 TIARCO CHEMICAL COMPANY, INC.
MOTION TO DISMISS PURSUANT TO RULE 12(B)
[Filer: CROFTON PETER MONTGOMERY]

Notice Date:      10/26/2016 11:28:48 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   HARCROS CHEMICAL, INC. (PRO SE)
C T CORPORATION SYSTEM
2 N JACKSON ST, SUITE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/26/2016 11:28:48 AM

D034 TIARCO CHEMICAL COMPANY, INC.
MOTION TO DISMISS PURSUANT TO RULE 12(B)
[Filer: CROFTON PETER MONTGOMERY]

Notice Date:      10/26/2016 11:28:48 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  HOME CARPET INDUSTRIES LLC (PRO SE)
CARL D. WESTFALL
2730 DUG GAP RD.
DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/26/2016 11:28:48 AM

D034 TIARCO CHEMICAL COMPANY, INC.
MOTION TO DISMISS PURSUANT TO RULE 12(B)
[Filer: CROFTON PETER MONTGOMERY]

Notice Date:     10/26/2016 11:28:48 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  INDUSTRIAL CHEMICALS, INC. (PRO SE)
WILLIAM L. WELCH
2042 MONTREAT DRIVE
BIRMINGHAM, AL, 35218-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/26/2016 11:28:48 AM

D034 TIARCO CHEMICAL COMPANY, INC.
MOTION TO DISMISS PURSUANT TO RULE 12(B)
[Filer: CROFTON PETER MONTGOMERY]

Notice Date:      10/26/2016 11:28:48 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  J&J INDUSTRIES, INC. (PRO SE)
JAMES E. BETHEL
615 VALLEY DR.
DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/26/2016 11:28:48 AM

D034 TIARCO CHEMICAL COMPANY, INC.
MOTION TO DISMISS PURSUANT TO RULE 12(B)
[Filer: CROFTON PETER MONTGOMERY]

Notice Date:      10/26/2016 11:28:48 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  LEXMARK CARPET MILLS INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST. SUITE
ATLANTA, GA, 30361-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/26/2016 11:28:48 AM

D034 TIARCO CHEMICAL COMPANY, INC.
MOTION TO DISMISS PURSUANT TO RULE 12(B)
[Filer: CROFTON PETER MONTGOMERY]

Notice Date:     10/26/2016 11:28:48 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  LYLE INDUSTRIES, INC. (PRO SE)
     LYLE G. LAMAR
     1800 KIMBERLY PARK DR.
     DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/26/2016 11:28:48 AM

D034 TIARCO CHEMICAL COMPANY, INC.
MOTION TO DISMISS PURSUANT TO RULE 12(B)
[Filer: CROFTON PETER MONTGOMERY]

Notice Date:     10/26/2016 11:28:48 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  MFG CHEMICAL, INC. (PRO SE)
CHARLES GAVIN, III
1804 KIMBERLY PARK DRIVE
DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/26/2016 11:28:48 AM

D034 TIARCO CHEMICAL COMPANY, INC.
MOTION TO DISMISS PURSUANT TO RULE 12(B)
[Filer: CROFTON PETER MONTGOMERY]

Notice Date:      10/26/2016 11:28:48 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To: MOHAWK CARPET, LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGY PKWY S #300
NORCROSS, GA, 30092-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/26/2016 11:28:48 AM

D034 TIARCO CHEMICAL COMPANY, INC.
MOTION TO DISMISS PURSUANT TO RULE 12(B)
[Filer: CROFTON PETER MONTGOMERY]

Notice Date:     10/26/2016 11:28:48 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To: MOHAWK GROUP, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTERVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/26/2016 11:28:48 AM

D034 TIARCO CHEMICAL COMPANY, INC.
MOTION TO DISMISS PURSUANT TO RULE 12(B)
[Filer: CROFTON PETER MONTGOMERY]

Notice Date:     10/26/2016 11:28:48 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   MOHAWK INDUSTRIES, INC. (PRO SE)
      CORPORATION SERVICE COMPA
      2711 CENTERVILLE RD #400
      WILMINGTON, DE, 19808-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/26/2016 11:28:48 AM

D034 TIARCO CHEMICAL COMPANY, INC.
MOTION TO DISMISS PURSUANT TO RULE 12(B)
[Filer: CROFTON PETER MONTGOMERY]

Notice Date:    10/26/2016 11:28:48 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  ORIENTAL WEAVERS USA, INC. (PRO SE)
AHMED SALAMA
3252 LOWER DUG GAP RD.
DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/26/2016 11:28:48 AM

D034 TIARCO CHEMICAL COMPANY, INC.
MOTION TO DISMISS PURSUANT TO RULE 12(B)
[Filer: CROFTON PETER MONTGOMERY]

Notice Date:      10/26/2016 11:28:48 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  S & S MILLS, INC. (PRO SE)
     ROBERT G. MCCURRY
     402 SELVIDGE ST.
     DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/26/2016 11:28:48 AM

D034 TIARCO CHEMICAL COMPANY, INC.
MOTION TO DISMISS PURSUANT TO RULE 12(B)
[Filer: CROFTON PETER MONTGOMERY]

Notice Date:    10/26/2016 11:28:48 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  SAVANNAH MILLS GROUP, LLC (PRO SE)
     BENNIE M LAUGHTER
     115 WEST KING ST.
     DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/26/2016 11:28:48 AM

D034 TIARCO CHEMICAL COMPANY, INC.
MOTION TO DISMISS PURSUANT TO RULE 12(B)
[Filer: CROFTON PETER MONTGOMERY]

Notice Date:     10/26/2016 11:28:48 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   SHAW INDUSTRIES, INC. (PRO SE)
      CSC LAWYERS INCORPORATING
      150 S. PERRY STREET
      MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/26/2016 11:28:48 AM

D034 TIARCO CHEMICAL COMPANY, INC.
MOTION TO DISMISS PURSUANT TO RULE 12(B)
[Filer: CROFTON PETER MONTGOMERY]

Notice Date:      10/26/2016 11:28:48 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   TANDUS CENTIVA INC. (PRO SE)
      CT CORPORATION SYSTEM
      1201 PEACHTREE ST #1240
      ATLANTA, GA, 30361-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/26/2016 11:28:48 AM

D034 TIARCO CHEMICAL COMPANY, INC.
MOTION TO DISMISS PURSUANT TO RULE 12(B)
[Filer: CROFTON PETER MONTGOMERY]

Notice Date:    10/26/2016 11:28:48 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  TANDUS CENTIVA US LLC (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/26/2016 11:28:48 AM

D034 TIARCO CHEMICAL COMPANY, INC.
MOTION TO DISMISS PURSUANT TO RULE 12(B)
[Filer: CROFTON PETER MONTGOMERY]

Notice Date:     10/26/2016 11:28:48 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   THE DIXIE GROUP (PRO SE)
      CT CORPORATION SYSTEM
      1201 PEACHTREE ST. NE
      ATLANTA, GA, 30361-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/26/2016 11:28:48 AM

D034 TIARCO CHEMICAL COMPANY, INC.
MOTION TO DISMISS PURSUANT TO RULE 12(B)
[Filer: CROFTON PETER MONTGOMERY]

Notice Date:      10/26/2016 11:28:48 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   TIARCO CHEMICAL COMPANY, INC. (PRO SE)
      FREDERICK H. HOWALT, III
      1400 TIARCO DR.
      DALTON, GA, 30721-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/26/2016 11:28:48 AM

D034 TIARCO CHEMICAL COMPANY, INC.
MOTION TO DISMISS PURSUANT TO RULE 12(B)
[Filer: CROFTON PETER MONTGOMERY]

Notice Date:      10/26/2016 11:28:48 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   JONES RHON EUGENE
      rhon.jones@beasleyallen.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/26/2016 11:28:48 AM

D034 TIARCO CHEMICAL COMPANY, INC.
MOTION TO DISMISS PURSUANT TO RULE 12(B)
[Filer: CROFTON PETER MONTGOMERY]

Notice Date:      10/26/2016 11:28:48 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   CAVENDER CHARLES PAUL
pcavende@burr.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/26/2016 11:28:48 AM

D034 TIARCO CHEMICAL COMPANY, INC.
MOTION TO DISMISS PURSUANT TO RULE 12(B)
[Filer: CROFTON PETER MONTGOMERY]

Notice Date:      10/26/2016 11:28:48 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  CENTENO DOUGLAS MATTHEW
      mcenteno@burr.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/26/2016 11:28:48 AM

D034 TIARCO CHEMICAL COMPANY, INC.
MOTION TO DISMISS PURSUANT TO RULE 12(B)
[Filer: CROFTON PETER MONTGOMERY]

Notice Date:     10/26/2016 11:28:48 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   ROBINSON CODY DEWAYNE
      codyrobinson1@yahoo.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/26/2016 11:28:48 AM

D034 TIARCO CHEMICAL COMPANY, INC.
MOTION TO DISMISS PURSUANT TO RULE 12(B)
[Filer: CROFTON PETER MONTGOMERY]

Notice Date:     10/26/2016 11:28:48 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   DODD ELBERT ALLEN JR.
      eadscruggs@farmerstel.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/26/2016 11:28:48 AM

D034 TIARCO CHEMICAL COMPANY, INC.
MOTION TO DISMISS PURSUANT TO RULE 12(B)
[Filer: CROFTON PETER MONTGOMERY]

Notice Date:      10/26/2016 11:28:48 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  BRISENDINE JAMES ERIC
     jebscruggs@farmerstel.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/26/2016 11:28:48 AM

D034 TIARCO CHEMICAL COMPANY, INC.
MOTION TO DISMISS PURSUANT TO RULE 12(B)
[Filer: CROFTON PETER MONTGOMERY]

Notice Date:      10/26/2016 11:28:48 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



**AlaFile E-Notice**

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:   BROCKWELL GREGORY AUSTIN
gbrockwell@lsppc.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/26/2016 11:28:48 AM

D034 TIARCO CHEMICAL COMPANY, INC.
MOTION TO DISMISS PURSUANT TO RULE 12(B)
[Filer: CROFTON PETER MONTGOMERY]

Notice Date:      10/26/2016 11:28:48 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  FISHER CHARLES GLOVER VI
     cfisher@gkhpc.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/26/2016 11:28:48 AM

D034 TIARCO CHEMICAL COMPANY, INC.
MOTION TO DISMISS PURSUANT TO RULE 12(B)
[Filer: CROFTON PETER MONTGOMERY]

Notice Date:     10/26/2016 11:28:48 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

DOCUMENT 128



AlaFile E-Notice

31-CV-2016-900676.00

Judge: WILLIAM H. RHEA

To:  GENTRY JAMES ERIK
      jimgent2317@gmail.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN V. 3M COMPANY, INC.
31-CV-2016-900676.00

The following matter was FILED on 10/26/2016 11:28:48 AM

D034 TIARCO CHEMICAL COMPANY, INC.
MOTION TO DISMISS PURSUANT TO RULE 12(B)
[Filer: CROFTON PETER MONTGOMERY]

Notice Date:     10/26/2016 11:28:48 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150