# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| THE WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 4:16-cv-01755-KOB ) |
| 3M COMPANY, et al., | ) ) |
| Defendants. | ) |

## RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT MOHAWK GROUP, INC.

Pursuant to Fed. R. Civ. P. 7.1 defendant Mohawk Group, Inc., by and through its undersigned counsel, certifies that it is a privately held company, does not have a parent corporation, and that no publicly held corporation owns 10% or more of its stock.

Dated: November 7, 2016

/s/ Alfred F. Smith, Jr.
Alfred F. Smith, Jr.
Sela S. Blanton
Bainbridge, Mims, Rogers, and Smith, LLP
600 Luckie Drive
Birmingham, Alabama 35223
Ph: (205) 879-1100; Fax: (205) 879-4300
E-mail: asmith@bainbridgemims.com
         sblanton@bainbridgemims.com
*Counsel for Mohawk Group, Inc.*

## CERTIFICATE OF SERVICE

I certify that this document has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

This 7th day of November, 2016.

                                              /s/ Alfred F. Smith, Jr.
                                              Alfred F. Smith, Jr.