FILED

2017 Sep-25  PM 03:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| **THE WATER WORKS AND SEWER BOARD OF GADSDEN,** ] | |
| ] | |
| **Plaintiff,** ] | |
| ] | |
| **v.** ] | **CASE NO.: 4:16-CV-1755-KOB** |
| ] | |
| **3M COMPANY, et al.** ] | |
| ] | |
| **Defendants.** ] | |

## ORDER TO REMAND

This matter comes before the court on the Plaintiff's "Motion to Remand." (doc. 164). For the reasons provided in the court's Memorandum Opinion, the court finds Plaintiff did not fraudulently join the non-diverse Defendant, and thus the court lacks subject matter jurisdiction over this matter. Therefore, the court **GRANTS** Plaintiff's motion and **REMANDS** this case to state court.

All other motions pending in this matter are **DENIED** as **MOOT**.

**DONE** and **ORDERED** this 25th day of September, 2017.

KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE