# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | | |
|---|---|---|
| THE WATER WORKS AND SEWER BOARD OF THE CITY OF GADSDEN, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action No. 4:16-cv-01755-KOB |
| 3M COMPANY *et al.*, | ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEAL

Notice is given that Defendants Mohawk Industries, Inc. and Mohawk Carpet, LLC hereby appeal to the United States Court of Appeals for the Eleventh Circuit from this Court's findings in its Memorandum Opinion [Doc. 202] entered in this action on September 25, 2017, this Court's Order to Remand [Doc. 203] entered in this action on September 25, 2017, and all adverse rulings subsumed therein.

Dated this 24th day of October, 2017.

                                            Respectfully submitted,

                                            s/ Jonathan E. Wells _____
                                            Jonathan E. Wells
                                            Georgia Bar No. 747819
                                            Doug Scribner
                                            Georgia Bar No. 632755
                                            David B. Carpenter
                                            Georgia Bar No. 292101
                                            Geoffrey C. Rathgeber
                                            Georgia Bar No. 195334

Alston & Bird, LLP
One Atlantic Center
1201 West Peachtree Street

LEGAL02/37624611v2

- 2 -

Atlanta, Georgia 30309-3424
404-881-7000 – phone
404-881-7777 – facsimile

           H. Edgar Howard

FORD, HOWARD & CORNETT, P.C.
(location) 140 South 9th Street
Gadsden, AL 35901
(mail) P.O. Box 388
Gadsden, AL 35902
Ph. 256-546-5432
Fax 256-546-5435
www.fordhowardcornett.com
ed@fordhowardcornett.com


    Attorneys for Defendants Mohawk Carpet, LLC and Mohawk Industries, Inc.

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon counsel of record by electronic filing in the United States District Court for the Northern District of Alabama, which service satisfies the requirements of Local Rule 5.6 and the Federal Rules of Civil Procedure.

Respectfully submitted this 24th day of October, 2017.

                                        ALSTON & BIRD, LLP

                                        s/ Jonathan E. Wells
                                        Jonathan E. Wells