FILED
2018 Feb-22  PM 03:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 22, 2018

Sharon Harris
U.S. District Court
Hugo L. Black United States Courthouse
1729 5TH AVE N
BIRMINGHAM, AL 35203

Appeal Number: 17-14775-HH
Case Style: Water Works and Sewer Board v. Mohawk Carpet LLC, et al
District Court Docket No: 4:16-cv-01755-KOB

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Christopher Bergquist, HH
Phone #: 404-335-6169

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 17-14775-HH

_____

THE WATER WORKS AND SEWER BOARD OF GADSDEN,

                                                                                    Plaintiff-Appellee,

versus

3M COMPANY, et al.,

                                                                                    Defendants,

MOHAWK CARPET, LLC,
MOHAWK INDUSTRIES, INC.,

                                                                           Defendants-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

Before: WILLIAM PRYOR, JORDAN and JULIE CARNES, Circuit Judges.

BY THE COURT:

    This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Mohawk Carpet, LLC and Mohawk Industries, Inc. seek to appeal from the district court's September 25, 2017 order remanding this action to Alabama state court. The district court remanded the lawsuit pursuant to the plaintiff's motion to remand that was filed within 30 days of the notice of removal and because it concluded that it lacked subject matter jurisdiction. Therefore, the district court's remand order is based on 28 U.S.C. § 1447(c), and so it is not appealable. *See* 28 U.S.C. § 1447(d); *Hernandez v. Seminole Cty., Fla.*, 334 F.3d 1233, 1237-38 (11th Cir. 2003)

(concluding that it was "well-established law" that § 1447(d) bars appellate review of remand decisions based on fraudulent joinder status in diversity cases); *Whole Health Chiropractic & Wellness, Inc. v. Humana Med. Plan, Inc.*, 254 F.3d 1317, 1319 (11th Cir. 2001). Any pending motions are DENIED AS MOOT. No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir. R. 27-2 and all other applicable rules.